**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____
                                    )
CORNADO, FABIAN,                    )   **INMATE**
              Plaintiff(s)          )   **CIVIL**
                                    )   **RIGHTS**
       vs.                          )   **COMPLAINT**
                                    )   **PURSUANT TO**
N.Y.P.D.                            )   **42 U.S.C. § 1983**
23rd PCT (MAN)   Defendant(s)       )
_____ )   Civil Case No.: 9:

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
OCT 27 2009
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2. Plaintiff: CORNADO, FABIAN.
   Address: Mohawk Correctional Facility. 6100 School Road. Rome, New York 13440

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Badge # (1320)
      Official Position: Office
      Address: 23rd PCT
               162 E 102st
               N.Y., NY. 10029.

Form E (2) (a) . 1

Charles Brown (#949)

b.  Defendant: TERREL ANDERSON (#03814).
    Official Position: Police officer.

    Address: 23rd PCT

c.  Defendant: Charles Brown (#949)
    Official Position: Police officer.

    Address: 23rd PCT.

Additional Defendants may be added on a separate sheet of paper.

4. **PLACE OF PRESENT CONFINEMENT**

   a. Is there a prisoner grievance procedure at this facility?

      ( ) Yes    (X) No

   b. If your answer to 4(a) is YES, did you present the facts relating to your complaint in this grievance program?

      ( ) Yes    (X) No

      If your answer to 4(b) is YES:

      (i) What steps did you take?

      (ii) What was the final result of your grievance?

Form E (2) (a) . 2

If your answer to 4(b) is NO:

Why did you choose to not present the facts relating to your complaint in the prison's grievance program?

IT did NOT (COR) CONCERN the Prison System.

c. If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

( ) Yes          (X) No

If your answer to 4(c) is YES:

(i) What steps did you take?

_____

_____

(ii) What was the **final** result regarding your complaint?

_____

_____

If your answer to 4(c) is NO:

Why did you choose to not complain about the facts relating to your complaint in such prison?

N/A.

_____

5. **PREVIOUS LAWSUITS**

a. Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

( ) Yes          (X) No

b. If your answer to 5(a) is YES you must describe any and all lawsuits, currently pending or closed, in the space provided on the next page.

Form E (2) (a) . 3

For **EACH** such lawsuit, provide the following information:

  i. Parties to previous lawsuit:

  Plaintiffs: _____

  Defendants: _____

  ii. Court (if federal court, name District; if state court, name County:

  _____

  iii. Docket number: _____

  iv. Name of Judge to whom case was assigned:

  _____

  v. Disposition (dismissed? on appeal? still pending?)

  _____

  vi. Approximate date of filing prior lawsuit:

  _____

  vii. Approximate date of disposition:

  _____

6. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary.)

SEE ATTACHED COPIES

_____
_____
_____
_____
_____
_____

Form E (2) (a) . 4

7. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

SEE COPY ATTACHED.

**SECOND CAUSE OF ACTION**

**THIRD CAUSE OF ACTION**

Form E (2) (a) . 5

8. Plaintiff(s) demand(s) a trial by

    Jury  -or-  Court

    (Circle only one).

9. PRAYER FOR RELIEF

    WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

    _____

    _____

    _____

    _____

    _____

    _____

    I declare under penalty of perjury that the foregoing is true and correct.

    DATED: _____

    _____
    Signature of Plaintiff(s)
    (all Plaintiffs must sign)

Form E (2) (a) . 6

☆ U.S. GOVERNMENT PRINTING OFFICE: 1997 - 510-722/50001