2

Famian Cororado 07-R-2873
Mohawk C.F.
6100 School Rd
P.O.Box 8451
Rome, N.Y. 13442

Stephan Krawitz
Attorney at Law
271 Madison Ave
New York, NY 10016

5/5/09

To ' Stephan Krawitz

My name is Cornado Famian # 07-R-2873 at the Mohawk C.F.; and would like to explain the accounts of 7/29/06 the day in which I was arrested and viciously beaten by police officers from the warrant squad.

I had on a previous occasion received a summons for drinking out in public. Having received a summons, I sent a money order to the court to pay the summons. However, the court returned my money order for not being properly filled out. I never returned to court and a warrant for my arrest was issued.

When the police from the warrant squad initially came to my house looking for me, I was not home, I was actually out fishing at the river. A few days latter when they returned to my resident, they I was not there, and found me down by East River fishing.

At this time they proceeded to viciously beat me to the point where they knocked out two of my front teeth and cracked two ribs on my left side. While laying on the ground they also proceeded to kick me all over my head and face, causing several bruises to my forehead and left side of my jaw. The police told me they were kicking my ass for making them have to look for me.

After the vicious beating, I was unconscious, so they took me to the hospital at which time they refused to allow me to get proper and adequate

medical attention. They would only let the doctor look me over physically. The doctor even protested and stated that it was his duty to provide me with medical attention, but that he was not being allowed to perform his duties due to these interference. I was taken to the 23 pct and arrested.

I know that this letter is coming to you a little late due to time to put in a law suit, but I still have time to but in a 1983 suit against the warrant squad officer for beating me up this way. I have all my medical records and still get medical treatment for the injuries I received that day.

I hope you will help me this this matter and if you want, I will send you all the medical records I have and any other information about this case. I could get a little help and put in the 1983 suit because off the time limit for the 1983. You could always ask the court to amend my complete.

I would like to thank you for your time on this matter.

Yours truly,

PS, You was recommended by Dan.N.



**POLICE DEPARTMENT**
**LEGAL BUREAU**
F.O.I.L. Unit, Room 110C
One Police Plaza
New York, NY 10038

2

Riverview Correctional Facility
Famian Cornado 07R2873
P.O Box 247
Ogdensburg NY 13669

7/31/2008

File #   2008-PL-3601
Your File #

Dear Sir or Madam:

This is in response to your letter dated 7/11/2008 that was received by this office on 7/15/2008 in which you requested access to certain records under the New York State Freedom of Information Law (FOIL).

As a preliminary matter, it appears that some of the records you have requested may be in the possession of this department and, if so, may be disclosable under FOIL. However, before you can be granted access to specific records or portions thereof that are responsive to your request, a search for such records must be conducted. If records responsive to your request are located, such records must be reviewed to assess the applicability of any particular exemptions from disclosure set forth in FOIL.

Due to the large volume of pending FOIL requests, which are processed in the order in which they are received, and due to the fact that NYPD records are kept in many offices located in five counties, it is anticipated that your request will require more than twenty days. It is anticipated that a determination will be reached on 12/1/2008.

This is not a denial of the records you requested. Should your request be denied in whole or in part after review by this unit, you will then be advised in writing of the reason for denial, if any, and the name of the Records Access Appeals Officer.

Please be further advised that Associate Investigator Hippolyte has been assigned to handle this request, and any further inquiries or correspondence should be addressed to his/her attention.

Sincerely,

James Russo
Sergeant

COURTESY • PROFESSIONALISM • RESPECT



**POLICE DEPARTMENT**
**LEGAL BUREAU**
F.O.I.L. Unit, Room 110C
One Police Plaza
New York, NY 10038

Mohawk Correctional Facility                                        8/13/2009
 Famian Cornado 07-R-2873
6100 school Road, P.O. Box 8451
Rome NY 13442-8451

                                                            File #    2009-PL-3834
                                                            Your File #

Dear Sir or Madam:

   This is in response to your letter dated 7/9/2009 that was received by this office on 7/20/2009 in which you requested access to certain records under the New York State Freedom of Information Law (FOIL).

   As a preliminary matter, it appears that some of the records you have requested may be in the possession of this department and, if so, may be disclosable under FOIL. However, before you can be granted access to specific records or portions thereof that are responsive to your request, a search for such records must be conducted. If records responsive to your request are located, such records must be reviewed to assess the applicability of any particular exemptions from disclosure set forth in FOIL.

   Due to the large volume of pending FOIL requests, which are processed in the order in which they are received, and due to the fact that NYPD records are kept in many offices located in five counties, it is anticipated that your request will require more than twenty days. It is anticipated that a determination will be reached on 11/20/2009.

   This is not a denial of the records you requested. Should your request be denied in whole or in part after review by this unit, you will then be advised in writing of the reason for denial, if any, and the name of the Records Access Appeals Officer.

   Please be further advised that Associate Investigator Hippolyte has been assigned to handle this request, and any further inquiries or correspondence should be addressed to his/her attention.

                                                    Sincerely,

                                                    James Russo
                                                    Sergeant

COURTESY • PROFESSIONALISM • RESPECT

PD036 151 (Rev 1-93) Serial

NYC Department of Health and Mental Hygiene

## DEPARTMENT OF RADIOLOGY

### REQUEST FOR X-RAY

| X - RAY # | EXAMINATION | FACILITY | HOUSING AREA |
|---|---|---|---|
| **EXAMINATION REQUESTED** | ☐ GI Series | *Cww -10* | |
| | ☐ Barium Enema | **NAME** | |
| *CXR* | ☐ I.V. Pyelogram | *COINADO, FABIIAN* | |
| *PA/LAT* | ☐ Chest Routine | **I.D. #** *349061334 3* | |
| | ☐ Abdomen | | |
| | ☐ Skull | **D.O.B.** *7/7/56* | |

**HISTORY AND CLINICAL INFORMATION**

*R/o PTB*

| Ordered By | Request Date | TIME IN |
|---|---|---|
| Approved By M.D. | Date Approved | |

| Age | Sex *M* | |
|---|---|---|
| Previous X-Ray ☐ Yes ☐ No | | TIME OUT |
| Females: Pregnant ☐ Yes ☐ No | If Yes: Date of last period | |

**HISTORY OF ALLERGIES** *N/A*

**FILM USED**

| 14x17 | 14x14 | 11x14 | 10x12 | 8x10 | Signed: |
|---|---|---|---|---|---|
| | | | | | Date |

**DO NOT WRITE BELOW THIS LINE - FOR RADIOLOGY USE ONLY**

**REPORT**

X
R
A
Y

R
E
P
O
R
T

_____          _____
DATE                                RADIOLOGIST M.D.

Appeal                     Date: 12/09/2008
                    File #08PL102988
THIS                07R2873 Riverview
                    Correctional Facility
Decision            P.O. Box 247
                    Ogdensburg N.y. 13669
To: Sergeant. James Russo
Police Department
Legal Bureau
T.O.T.J. Unit. Room 110C
One Police Plaza New York N.y 10038.
        I would Like for you To Send me
My Minutes For The First Time That The Judge
Request For me To Be Taken To The Hospital
But They Never Did After I Was Transfered
From One Court To Another.
        This Document That I Am Requesting
Is The original one With the Day and Time
Of My arrest, I Don't agree With The
District Attorney Or The police on The arrest
# M0665 92 17 For The Day of 7/30/2006
        The Original Arrest # Is As Follows
# M0665 92 70 14 on 7/30/2006 By
PCT   23
CASE # 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
                    Thank you For your Time

073756 CURNADO, PANTAN
073756
07/13/2007 NEW YORK
DOB: 07/07/1956

CORRECTIONAL SERVICES

**...ORY**

☐ ADMISSION    ☐ PAROLE VIOLATION

☐ PRE-PAROLE    ☐ OTHER *(Specify)*

| SOCIAL SECURITY NO. | NAME (LAST, FIRST) | | | | | INMATE NO. | MARRIED ☐<br>SINGLE ☐<br>WIDOWED ☐<br>DIVORCED ☐ | FACILITY NO. |
|---|---|---|---|---|---|---|---|---|

| BIRTH DATE | BIRTH PLACE | SEX | RACE | RELIGION |
|---|---|---|---|---|
| | Cuba | MALE ☒<br>FEMALE ☐ | BLACK ☐  HISPANIC ☐<br>WHITE ☐   OTHER ☐ | |

**FAMILY HISTORY:**

| | | AGE(S) | HEALTH STATUS<br>*(CAUSE OF DEATH / SIGNIFICANT HEREDITARY DISEAESES)* |
|---|---|---|---|
| FATHER | ALIVE ☒<br>DEAD ☐ | | ∅ |
| MOTHER | ALIVE ☒<br>DEAD ☐ | | ∅ |
| SIBLINGS<br>TOTAL NO. 10  3 S | NO. LIVING 4<br>NO. DEAD ___ | | ∅ |

**PAST HISTORY - USE # FOR DATES & DETAILS OF ILLNESS BELOW:**

| | YES | NO | DATE | | YES | NO | DATE | | YES | NO | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. EPILEPSY / SEIZURES | ☐ | ☒ | | 10. BLEEDING DISORDER | ☐ | ☒ | | 18. HEART SURGERY | ☐ | ☒ | |
| 2. DIABETES | ☐ | ☒ | | 11. MEASLES | ☐ | ☒ | | 19. BACT. ENDOCARDITIS | ☐ | ☒ | |
| 3. HYPERTENSION | ☐ | ☒ | | 12. MUMPS | ☐ | ☒ | | 20. PACE MAKER | ☐ | ☒ | |
| 4. TUBERCULOSIS | ☒ PPD⊕ | | | 13. CHICKENPOX | ☐ | ☒ | | 21. SICKLE CELL TRAIT | ☐ | ☒ | |
| 5. HEPATITIS | ☐ | ☒ | | 14. PROSTHETIC | ☐ | ☒ | | 22. CARCINOMA/SARCOMA/ | ☐ | ☒ | |
| 6. MENTAL DISORDER | ☐ | ☒ | | IMPLANTS | | | | LYMPHOMA | | | |
| 7. ASTHMA | ☐ | ☒ | | 15. CARDIAC | ☐ | ☒ | | 23. HEARING IMPAIRMENT | ☐ | ☒ | |
| 8. VENEREAL CONDITIONS | ☐ | ☒ | | 16. RADIATION THERAPY | ☐ | ☒ | | 24. VISION IMPAIRMENT | ☐ | ☒ | |
| 9. H / O HIV TESTING | ☐ | ☒ | | 17. PREVIOUS | | | | 25. ALLERGIES TO MEDS/ | ☐ | ☒ | |
| | | | | HOSPITALIZATION | | | | OTHER | | | |

**IMMUNIZATIONS:**

| | YES | NO | DATE |
|---|---|---|---|
| MMR | ☐ | ☐ | |
| DIPTHERIA / TETANUS | ☐ | ☐ | |
| HEPATITIS B | ☐ | ☐ | |
| OTHER (LIST) | ☐ | ☐ | |

**DRUGS AND NARCOTICS PRIOR TO ADMISSION:**

| | YES | NO | NEVER | DATE<br>STOPPED | DAILY<br>AMOUNT |
|---|---|---|---|---|---|
| TOBACCO | ☒ | ☐ | ☐ | | |
| ALCOHOL | ☒ | ☐ | ☐ | | |
| NARCOTICS | ☐ | ☒ | ☐ | | |

LIST DRUGS AND METHODS OF ADMINISTRATION:

**DETAILS:**

GSW – ∅
SW – ∅
Fx – Ⓛ leg 1978
Op – ∅

**HAVE YOU EVER HAD SEX WITH:**

☐ MEN    ☐ WOMEN    ☐ BOTH
☐ PROSTITUTES    ☐ IVDU
☐ MULTISEXUAL PARTNERS

**PRESENT SYMPTOMS:**

PPD ⊕ No hx of RX until DOCS

**CURRENT MEDICATIONS OR TREATMENTS:**
LIST DRUGS AND DOSAGES:

∅

**PREVIOUS HEALTH RECORDS *(NAME, ADDRESS):***

**NEAREST RELATIVE *(RELATIONSHIP, NAME, ADDRESS):***

HEALTH PROVIDER
SIGNATURE: _____ *J. Statter Rn* _____    DATE: 7/14/07

document further update information on AHR

(04/98) REVISED          **WHITE - INMATE HEALTH RECORD**          YELLOW - DENTAL RECORD

# DENTAL TREATMENT RECORD

Name: Cornado, F      DIN: 07R2873

2

| Date (Mo/Da/Yr) | Tooth Number | ADA Class | Diagnostic - Treatment - Remarks | Dentist Signature |
|---|---|---|---|---|
| 7/14/9 | (cont'd) | | /P — c/o soreness #27 w B. gual on facial — overextended flange shortened. | |
| | | | P/ — c/o pain w/a biting esp #9 (also says is loose but is non-mobile however #7+8 are mobile + worn from occlusal having #27) | |
| | | | Fits OK but has numerous bite interferences 2° to P/ not functioning in CR (which actually leaves him no interocclusal space due to supererupted, etc.) Pt wants #7-9 out + new P/P. Told will still have bite issues but may be able to adjust once troublesome mobile teeth out. | |
| | | | Agreed to rch for exos #7-9 + then new P/P presently. No time frame discussed.    T. WHITE, D.D.S. | |
| 8/10/9 | | | Pt in ♡ acute distress. Extensive use of translator (Blanceaux 03R2950) ā tx. | |
| | | | Reviewed TP per above. SC is still #9 + ill fitting P/P (does not have them today). Agrees to exo of #9 + heavily worn/mobile #7+8 today (cont'd) | |

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL FACILITY

**DENTAL TREATMENT RECORD**

SP063 (1/97)

Name _Cornado, F_   DIN _07R2873_

| *Date (Mo/Da/Yr) | Tooth Number | ADA Class | Diagnostic - Treatment - Remarks | Dentist Signature |
|---|---|---|---|---|
| 8/10/9 | (cont'd) | | Per discussion @ last visit. Then will send forward for new "plastic" P/P + start once healing occurs + if approved. Told may not be approved for a new P/P but should be approved for a relief P/P per DOCS guidelines. Did well Septocaine 4% 1:100K (alf, ref) pal inf / PDL x 2 carps total) | |
| | 7,8,9 | | Exo 7, 8, 9  PDT  day of Sx, no mgt (already has for pain) per T.W start profen per TW | T. WHITE, D.D.S. |

NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES

**NAME** Conrado F.

**DENTAL CLINICAL RECORD**

**DIN** _____

| DATE (MO/DA/YR) | TOOTH NUMBER | ADA Class | DIAGNOSTIC - TREATMENT - REMARKS | DENTIST SIGNATURE |
|---|---|---|---|---|

**MAY 01 2009** — s/c – wants copies of records – resp sent
T. WHITE, D.D.S.

**JUN 15 2009** — s/c – wants eval (?) c translator – resp
T. WHITE, D.D.S.

**JUN 30 2009** — Eval (translator used) Has numerous (vague) oral c/o but mostly speaks of problems c P/P (which he does not have today)

Also points to #9 & 22 (unclear what specific c/o is)

PA taken #9 – aside from chronic perio issues & wear, appears WNL. Did see significant wear #7 + 8 & palatal – assume from #27 occl? Pt has no acute c/o this area however.

Pt overall – briefly discussed existing perio (edentulism?)

Plan – resched for another eval but c P/P this time. No TP discussed today but said may need to, or no further extractions (Pt had said he needed) Full mouth ext @ one point)
T. WHITE, D.D.S.

**7/14/9** — Pt arrives ē P/P – went back to dorm for them. End of appt translate by Dr. ____



 **The Legal Aid Society** - Prisoners' Rights Project
199 WATER STREET NEW YORK, NY 10038 TEL: (212) 577-3530 FAX: (212) 509-8433  www.legal-aid.org

Theodore A. Levine
*President*

Steven Banks
*Attorney–in–Chief*

Adriene L. Holder
*Attorney-in-Charge*
*Civil Practice*

John Boston
*Project Director*
*Prisoners' Rights Project*

March 10, 2009

Mr. Famian Conrado, 07R2873
P.O. Box 247
Riverview Correctional Facility
Ogdensburg, NY 13669

Dear Mr. Conrado:

　　I received your letter postmarked 3/3/09 and 3/4/09. However, I can't read them because they are written in Spanish. If you could please send all your information in English I might be able to help you. In my last letter I sent you information about our office, so you know we are a small office and we do not have the staff to translate your materials so we can understand them. We have appreciated your writing in English previously.

　　We don't seem to have copies in this office of your "legal work". Also, we do not pay the facility to copy your medical records. If you are having any other problems, please write to us again-in English.

　　Sincerely,
　　Tina Smith

3

2



## The Legal Aid Society - Prisoners' Rights Project
199 WATER STREET NEW YORK, NY 10038 TEL: (212) 577-3530 FAX: (212) 509-8433 www.legal-aid.org

Theodore A. Levine
*President*

Steven Banks
*Attorney–in–Chief*

Adriene L. Holder
*Attorney-in-Charge*
*Civil Practice*

John Boston
*Project Director*
*Prisoners' Rights Project*

March 24, 2009

Mr. Famian Cornado, 07r2873:
Mid-State Correctional Facility
P.O. Box 2500
Marcy, N.Y. 13403

Dear Mr. Cornado:

I received your letters postmarked March 11 & 16, 2009. I did have difficulty understanding your Spanish. However, I think I understood your needs, if not please write again. In response I have written to your superintendent, a copy of which is enclosed. We will let you know as soon as we receive a response. Meanwhile, if there is any change in your situation, please let this office know.

Sincerely,

Tina Smith
Legal Intern

Enc:
letter on inmate's behalf
originals of 6 items sent to us.

4

**The Legal Aid Society** - Prisoners' Rights Project
199 WATER STREET NEW YORK, NY 10038 TEL: (212) 577-3530 FAX: (212) 509-8433  www.legal-aid.org

Theodore A. Levine
*President*

Steven Banks
*Attorney–in-Chief*

Adriene L. Holder
*Attorney-in-Charge*
*Civil Practice*

John Boston
*Project Director*
*Prisoners' Rights Project*

Superintendent Kenneth Perlman
Mid-State Correctional Facility
P.O.Box 216
River Rd.
Marcy, N.Y. 13403-0216

Dear Superintendent Perlman:

I am writing ON behalf of Mr. Famian Cornado, 07R2873. Mr. Cornado is virtually exclusively Spanish-speaking which inhibits his ability to convey his needs.  as we understand it, he is having problems with his vision and his eyes and believes he needs to see an ophthalmologist. MR. Cornado has a history of ophthalmologic problems; he has had a previous operation on his eyes and has been told that additional procedures are needed to improve his eyesight.  In addition, as we understand it, not only is Mr. Cornado having these vision problems, but he has been denied the privilege of having proper eyeglass lenses so he can see.

Could you please make sure he has access to proper care for his eyes, including access to specialists as appropriate? In addition, given his history of eye problems, it is critical that he receive appropriate glasses.

Mr. Cornado also indicates that he has dentures. They are apparently not fitting properly, causing him significant discomfort.  Could you ensure that he be seen by a dentist to help him with problems with his dentures and any other dental issues that may be contributing to the pain.

Thank you for your attention to these matters.

Sincerely,

Tina Smith
Legal Intern

3

**The Legal Aid Society** - Prisoners' Rights Project
199 WATER STREET NEW YORK, NY 10038 TEL: (212) 577-3530 FAX: (212) 509-8433  www.legal-aid.org

Theodore A. Levine
*President*

Steven Banks
*Attorney–in–Chief*

Adriene L. Holder
*Attorney–in–Charge*
*Civil Practice*

John Boston
*Project Director*
*Prisoners' Rights Project*

May 5, 2009

Mr. Famian Cornado,07r2873:
Mid-State Correctional Facility
P.O.Box 2500
Marcy, N.Y. 13403

Estimado Sr. Cornado:

    Recibí su letra matasellada el 29 de marzo de 2009. Creo que usted tenía una operación y que usted está teniendo dolor en su área del estómago. Usted no puede dormir en su estómago. Es usted que tiene apuro con ¿un testículo derecho, este correcto? Usted se parece desear una radiografía de esa área. ¿Usted también se parece desear ver a un urólogo, está eso correcto?

    Todavía estamos esperando una respuesta de su superintendente

    Sinceramente,

    Tina Smith
    Interno legal

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _Coronado, James_ DOB _7/7/__

FROM _OBCC_ , _347 66 13543_
   Correctional institution     Inmate no.

Referred to _Ophthalmology_ Ward / Clinic

Hospital _RCH_ / Clinic no.

NP 01/19

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Head trauma 6
mos ago. Blurred
vision since then,
scintillations on
eye movement.
NKD ?108

Request:

① Rule out melanoma

Date _1/5/07_ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

80/20/10
20/30

R/ -0.10 -1.75 × 90 20/15
+1.00 -0.75 × 105 20/5

Date _01/19/07_ Physician _____

Reminder: Fully Complete the Problem List

HS 5014 (Rev. 5/94)

# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name *Cornaog*    First Name: *Famian*    B&C # *349061334*3

Date: of Appointment: *1/5/07*    Facility: *GMDC*

---

**(B) SPECIALTY CLINIC:**

☐ Audiology ☐ GI ☐ Optometry ☐ Oral Surgery

☐ Cardiology ☐ Hand ☐ Orthopedic ☐ Surgery

☐ Dermatology ☑ Neurology ☐ PT ☐ Urology

☐ ENT ☐ Ophthalmology ☐ Podiatry ☐ Mammo / Sonography

☐ OB / GYN

---

**(C) PROVIDER INFORMATION:**

☑ Seen (no follow-up appt needed)
☐ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | **Follow-up Appt. within** | |
|---|---|---|
| | ☐ 2 weeks | ☐ 8 weeks |
| | ☐ 4 weeks | ☐ 12 weeks |
| | ☐ 6 weeks | ☐ Other:_____ |

| | Yes | No | N/A |
|---|---|---|---|
| Medication order(s) written: | ☐ | ☑ | ☐ |
| Problem list in RIIS updated: | ☐ | ☑ | ☐ |
| F/u appt. updated in RIIS: | ☐ | ☑ | ☐ |
| Specialty Recommendation(s): | ☑ | ☐ | ☐ |

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. *Eye*    4. _____

2. _____    5. _____

3. _____    6. _____

_____    Harold Appel, M.D.    JAN 05 2007
Signature    Provider Stamp    Date

---

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____    Date: _____

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

## TREATMENT & MEDICATION RECORD

Month _____ / _____ / _____ Year

Allergies: _____

| TREATMENT OR MEDICATION DOSE & ROUTE & DATE OF MD ORDER | | | DATE → TIME → | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start Date* | Renewal Date | Stop Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Injection Site Abbreviations:**
LL = Left Leg
RL = Right Leg
LG = Left Gluteus
RG = Right Gluteus

**Abbreviations:**
R = Refused      LA = Left Arm
H = Hold         RA = Right Arm
DC = Discontinued  LAB = Left Abdomen
                 RAB = Right Abdomen

INITIAL KEY

| INITIALS | NAME | INITIALS | NAME |
|---|---|---|---|
| | | | |

| Patient's Name | DIN | Facility |
|---|---|---|
| | 0 4 R 2 8 2 3 | C U C F |

3179 (01/98)

*Write START DATE in ink; RENEWAL DATE and STOP DATE in pencil.*

Report ID: IRC00100

# Pharmacy Order
## Sorted by: Start Date

1/19/2007
11:14:42 AM

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Cornado, Famian** | Book & Case: | **349-06-13343** | NYSID: | **0737582M** |
| DOB: | **7/7/1956** | Site/Housing: | **GMDC/M13A** | | |
| Drug: | **TobraDex** | | | Dosage: | **0.3-0.1%** |
| Form: | **Suspension** | SIG: | **1 gtt qid OU** | | |
| Reason: | Other ~~Pingueculitis~~ | Start: | **1/19/2007** | Duration: | **30 days** |
| Written by: | **Austin White, Physician** | | | | |
| Approved by: | | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

DC:

# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: *Coronado* First Name: *Famain* B&C #: *34906133 43*

Date: of Appointment: *1/19/07* Facility: *Gmpc*

---

**(B) SPECIALTY CLINIC:**

☐ Audiology      ☐ GI          ☑ Optometry      ☐ Oral Surgery

☐ Cardiology     ☐ Hand        ☐ Orthopedic     ☐ Surgery

☐ Dermatology    ☐ Neurology   ☐ PT             ☐ Urology

☐ ENT            ☐ Ophthalmology ☐ Podiatry      ☐ Mammo / Sonography

                                                  ☐ OB / GYN

---

**(C) PROVIDER INFORMATION:**

☑ Seen (no follow-up appt needed)
☐ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☑ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☑ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☑ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☑ No | ☐ N/A |

**Follow-up Appt. within**

☐ 2 weeks    ☐ 8 weeks
☐ 4 weeks    ☐ 12 weeks
☐ 6 weeks    ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____

2. _____    5. _____

3. _____    ~~stin White~~
                                 ~~ptometrist~~

_____    _____    *01/19/07*
Signature                  Provider Stamp             Date

---

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____    Date: _____

 **NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

### EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 8/25/07 | 8:c |
| C73 | ⊝ response X3 |
| IP | |
| | |
| | |
| | Joseph Thomas, MD |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

CHS 288 (Rev. 3/05)

Report ID: IRC00100

## Pharmacy Order
### Sorted by: Start Date

3/26/2007
9:47:56 AM

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Cornado, Famian** | Book & Case: | **349-06-13343** | NYSID: | **0737582M** |
| DOB: | **7/7/1956** | Site/Housing: | **GMDC/M13A** | | |
| Drug: | **Maalox Plus** | | | Dosage: | **225-200-25MG/5ML** |
| Form: | **Suspension** | SIG: | **30cc/BID** | | |
| Reason: | **Other - dyspepsia** | Start: | **3/26/2007** | Duration: | **4 days** |
| Written by: | **Lynn Devivo, PA - Physician Assistant** | | | | |
| Approved by: | | | | Pharm: | |
| Allergies: | **NKA** | | | | |

## DC:



Page 1 of 1



**NYC Health**
THE NEW YORK CITY
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

Cornade, Famian
3490613343

| DATE | OBSERVATIONS |
|------|--------------|
| 3/26/07 | S/ C/O "gas" x 2 days, N/V, |
| 73 | melena or hematchezia |
| S/C | BP 126/70 /76 temp 99 |
| C73 | No de people contact |
| gyn | |
| | A) Dyspepsia |
| | Lynn Devivo, PA |
| 4/5/07 | s.c |
| C73 | (R) eye "bump" - weeks or |
| 9P | may be months. no pain no watering |
| | R/o pterygium (R) |
| | photo PERLA 4mm no dge |
| | IOT (digital) wnl |
| | refer to oph. |
| | Joseph Thomas, MD |

'S 288 (Rev. 3/05)

**CHS FORM A**

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

## MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

ALLERGIES _____

---

**4**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**1**

| PATIENT LAST NAME *Cornado* | | FIRST NAME *Famian* | |
|---|---|---|---|
| ID # *3490613343* | | LOCATION *GMDC* | |
| DRUG *Visine -A* | | | NEW |
| INDICATION | | | |
| DOSE *2gts* | ROUTE *both eyes* | | RENEW |
| FREQUENCY *BID* | | DURATION *X 7d* | CHANGE |
| DATE *4/14/1* | TIME | | |
| MD / PA SIGNATURE *Devivo* Lynn Devivo, PA | | | |
| D / C DATE | NURSE | TIME | RPH |

---

**5**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID # | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**2**

| PATIENT LAST NAME *Cornado* | | FIRST NAME *Famian* | |
|---|---|---|---|
| ID # *349* | | LOCATION | |
| DRUG *D/C Artifical tear* | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE *Devivo* Lynn Devivo, PA | | | |
| D / C DATE | NURSE | TIME | RPH |

---

**6**

| PATIENT LAST NAME | | FIRST NAME | |
|---|---|---|---|
| ID# | | LOCATION | |
| DRUG | | | NEW |
| INDICATION | | | |
| DOSE | ROUTE | | RENEW |
| FREQUENCY | | DURATION | CHANGE |
| DATE | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

**3**

| PATIENT LAST NAME *Cornado* | | FIRST NAME *Famian* | |
|---|---|---|---|
| ID# *349 0613343* | | LOCATION *C73* | |
| DRUG *Artificial tear* | | | NEW |
| INDICATION | Joseph Thomas, MD | | |
| DOSE *1 dp* | ROUTE *R eye* | | RENEW |
| FREQUENCY *TID* | | DURATION *14d* | CHANGE |
| DATE *4/5/0?* | TIME | | |
| MD / PA SIGNATURE | | | |
| D / C DATE | NURSE | TIME | RPH |

---

CHS 312 (Rev. 4/04)    NURSE COPY–WHITE;  PHARMACY–YELLOW;  CHART–PINK

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _Cornado, Famian_ DOB _7/7/56_

FROM _CF3_, _349 06 3343_
Correctional institution          Inmate no.

Referred to _Optometry_ Ward / Clinic

Hospital _____ / Clinic no. _____

Leave blank for hospital use

(P1) on Island

Chief complaint or findings:

(R) eye raised lesson
R/o pterygium.

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Med: Artificial tears.

Request:

Joseph Thomas, MD

Date _4/5/07_ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev. 5/04)          *Reminder: Fully Complete the Problem List*



**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

CORNADO  FAMIAN
349-06 - 13343.

| DATE | OBSERVATIONS |
|---|---|
| 4/23/07 | P.A. NOTE S/C. |
| 6mm∿/am13 | Ⓢ Pt. requesting renewal of visine for his itchy eyes |
| 11:15ᴬ | does not want any drops ē alcohol |
| | #I c/o ↑ flatulence , who R1N requesting stool/softening |
| | Ⓞ VS 98' ↓ 68  118/74 |
| | EYES: GOMI, PERRLA, sclerae mildly injected. |
| | conjunctivae mild injection. |
| | Abd: +↓ BS, soft, nontender · RIN |
| | Ⓐ Allergic Conjunctivitis |
| | Dyspepsia |
| | RIN. |
| | Ⓟ Visine A Iī gtts OU · BID |
| | Maalox 30 cc QID |
| | Colace 100 f BID |
| | P.P. f/up |
| | Pt - OE. |
| | Fu Pm |
| | Scott Parks, RPA-C |
| | Ⓡ Depress |
| 4/29/07 | S · C |
| 1773 | S⟶ Was not called by eye doctor yet |
| 930ᴬ | Came on a sick call friday but |
| | do not know if they will send him |
| | to eye doctor · No new issues |
| | O⟶ Rb pterigium. ⊖ dge ⊖ pain |
| | VS→98— 14—74—140/82 |
| | Ps refer to eye again. |

CHS 288 (Rev. 3/05)

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE    **CHS FORM B**

## MEDICATION ORDER SHEET

USE BALL POINT PEN AND PRESS FIRMLY

**3**

| PATIENT LAST NAME | | FIRST NAME | | BOOK & CASE NUMBER | | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|---|---|
| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | | | |
| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | | | |
| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | | | |
| DATE | TIME | PRESCRIBER SIGNATURE | | STAMP | | | | RPh | |

**2**

| PATIENT LAST NAME | | FIRST NAME | | BOOK & CASE NUMBER | | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|---|---|
| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | | | |
| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | | | |
| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| INDICATION | | | | | | | | | |
| DATE | TIME | PRESCRIBER SIGNATURE | | STAMP | | | | RPh | |

**1**

| PATIENT LAST NAME | | FIRST NAME | | BOOK & CASE NUMBER | | HOUSING AREA | | ALLERGIES | |
|---|---|---|---|---|---|---|---|---|---|
| CORNADO | | FAMIAN | | 349-06-13343 | | GMDU/D13. | | NKA. | |
| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| VISINOA | | | TT gtts | OU | BID | | X14D | | |
| INDICATION  Allergic conjunctivitis | | | | | | | | | |
| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| Maalox | | | 30cc | P.O. | QID | | X14D | | |
| INDICATION | | | | | | | | | |
| DRUG | | | DOSE | ROUTE | FREQUENCY | | DURATION | NURSE | DATE/TIME |
| Colace | | | 100mg | P.O. | BID | | X14D | | |
| INDICATION  NH. | | | | | | | | | |
| DATE  4/23/07 | TIME | PRESCRIBER SIGNATURE | | STAMP  Scott Parks RPA-C  0855 | | | | RPh | |

Write medication orders beginning from bottom of page.
Chart Copy–White; Pharmacy Copy–Yellow

CHS 326 (4/04)

# CONSULTATION REQUEST

**NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE**

Leave blank for hospital use

P₁  ASAP

Patients' Name _Corrado, Fabian 7/7/56_ DOB

FROM _C73_   _34906/33343_
Correctional institution        Inmate no.

Referred to _ophthalmology_   Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

R/O pterygium c̄
R/O allergic conjunctivitis

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Allergy @
Meds: visine - A d/s.

Request:  (Initial consult on 4/5/07)

Date _4/29/07_   Referring Physician _____   Phone _____   Approved _____

Consultation, findings and recommendations:

Date _____   Physician _____

CHS 5014 (Rev. 5/04)       *Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _Cornado, Famian_ DOB _7/7/56_

FROM _C43_ Inmate no. _349061343_
Correctional institution

Referred to _ophthalmology_ Ward / Clinic

Hospital _pMo_ / Clinic no.

Chief complaint or findings:

R/o pterygium c̄

R/o allergic conjunctivitis

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Allergy ⊖

Meds: Visine-A dps

Request:

(Initial consult on 4/5/07)

Date _4/29/07_ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _07/24/07_ Physician _____

# ON – ISLAND SPECIALTY CLINIC

**(A)  PATIENT INFORMATION:**

Last Name: _Carrada_   First Name: _Fabian_   B&C #: _349-06-13343_

Date: of Appointment: ___5/24/07___   Facility: _Omdc_

**(B)  SPECIALTY CLINIC:**

| | | | |
|---|---|---|---|
| ☐ Audiology | ☐ GI | ☑ Optometry | ☐ Oral Surgery |
| ☐ Cardiology | ☐ Hand | ☐ Orthopedic | ☐ Surgery |
| ☐ Dermatology | ☐ Neurology | ☐ PT | ☐ Urology |
| ☐ ENT | ☐ Ophthalmology | ☐ Podiatry | ☐ Mammo / Sonography |
| | | | ☐ OB / GYN |

**(C)  PROVIDER INFORMATION:**

☑ Seen (no follow-up appt needed)
☐ Seen need follow-up appt
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

**Follow-up Appt. within**

☐ 2 weeks    ☐ 8 weeks
☐ 4 weeks    ☐ 12 weeks
☐ 6 weeks    ☐ Other:_____

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☑ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☑ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☑ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☑ No | ☐ N/A |

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests,
x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____   4. _____

2. _____   5. _____

3. _____   6. **Austin White
                                   Optometrist**

_____
Signature

_____        _____
Provider Stamp            Date  _05/24/07_

**(D)  FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____   ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____   Date: _____

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

Scheduler will complete Sections A, B, and D                    Provider will complete Section C

Report ID: IRC00100

# Pharmacy Order
## Sorted by: Start Date

5/24/2007
9:59:39 AM

| | | | |
|---|---|---|---|
| Name: | **Cornado, Famian** | Book & Case: **349-06-13343** | NYSID: **0737582M** |
| DOB: | **7/7/1956** | Site/Housing: **GMDC/M13A** | |
| Drug: | **Prednisolone Acetate** | | Dosage: **0.12%** |
| Form: | **Suspension** | SIG: **1 gtt OU qid** | |
| Reason: | **Other - Allergic Conjunctivitis** | Start: **5/24/2007** | Duration: **30 days** |
| Written by: | **Austin White, Physician** | | |
| Approved by: | | | Pharm: _____ |
| Allergies: | **NKA** | | |

**DC:**

| | | | |
|---|---|---|---|
| Name: | **Cornado, Famian** | Book & Case: **349-06-13343** | NYSID: **0737582M** |
| DOB: | **7/7/1956** | Site/Housing: **GMDC/M13A** | |
| Drug: | **Visine-A** | | Dosage: **0.025-0.3%** |
| Form: | **Solution** | SIG: **1 gtt OU qid** | |
| Reason: | **Other - Allergic** ~~**Conjunctivitis**~~ | Start: **5/24/2007** | Duration: **90 days** |
| Written by: | **Austin White, Physician** | | |
| Approved by: | | | Pharm: _____ |
| Allergies: | **NKA** | | |

**DC:**

Tan facil que es de tratar la Conjuctivitis
con solo baños de agua boricada desapare..
Los golpes (NO)

La conjuntiva: Mucosa que tapiza la
Cara posterior del párpado y la superficie
superior del ojo y anterior

Esta si fue destruida por mis Atacantes
el dia del arresto. No permitiendome (Ver)

**NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE**

**TRANSFER CHART REVIEW**

_Coinado Famian
349061 3343_

**EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED**

| DATE | | |
|---|---|---|
| 5/31/07 | NEW FACILITY: _MDC_ | |
| | D.O.C. ADMISSION DATE _7/30/06_      STATE TRANSFER: ☐ YES   ☐ NO | |
| | RPR DOCUMENTED                                  ☑ YES   ☐ NO | |
| | UA DOCUMENTED                                   ☐ YES   ☐ NO | |
| | PPD DOCUMENTED                                  ☐ YES   ☐ NO | |
| | HISTORY COMPLETE                                ☑ YES   ☐ NO | |
| | PHYSICAL EXAM COMPLETE                          ☐ YES   ☐ NO | |
| | ALLERGIES   _NKA_ | |
| | MEDICAL PROBLEMS _NAmp_           FOLLOW UP DATE: _Database_ | |
| | | |
| | | |
| | | |
| | | |
| | NEW LABS ORDERED: (LIST)   _Database_ | |
| | | |
| | | |
| | CONSULTS PENDING: (LIST)   _Database_ | |
| | | |
| | | |
| | MEDICATIONS RENEWED: (LIST)   _Database_ | |
| | | |
| | | |
| | | |
| | MENTAL HEALTH FOLLOWUP      ☐ YES   ☐ NO   ☐ STAT   ☐ ROUTINE | |
| | PT CALLED TO CLINIC         ☐ YES   ☐ NO | |
| | DISP:         ☐ GP   ☐ DETOX   ☐ MO   ☐ INF   ☐ CDU   ☐ ER   ☐ URGI | |
| | OK FOR FOOD HANDLERS        ☐ YES   ☐ NO | |
| | COMPLETED BY: _Jandur_   RPA | |

CHS 1091 (Rev. 6/04)

**Report ID: IRC00100**

# Pharmacy Order
### Sorted by: Start Date

6/12/2007
3:11:13 PM

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Cornado, Famian** | Book & Case: | **349-06-13343** | NYSID: | **0737582M** |
| DOB: | **7/7/1956** | Site/Housing: | **MDC/5E** | | |
| Drug: | **Metamucil** | | | Dosage: | **28%** |
| Form: | **Packet** | SIG: | **1 tsp in 8 oz water po bid** | | |
| Reason: | **Other - constipation** | Start: | **6/12/2007** | Duration: | **5 days** |
| Written by: | **Ira Gornish, PA - Physician Assistant** | | | | |
| Approved by: | **Cristian Pedestru, Physician** | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

## DC:

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Cornado, Famian** | Book & Case: | **349-06-13343** | NYSID: | **0737582M** |
| DOB: | **7/7/1956** | Site/Housing: | **MDC/5E** | | |
| Drug: | **Motrin** | | | Dosage: | **400MG** |
| Form: | **Tab** | SIG: | **400 mg po qid** | | |
| Reason: | **Other - pain** | Start: | **6/12/2007** | Duration: | **5 days** |
| Written by: | **Ira Gornish, PA - Physician Assistant** | | | | |
| Approved by: | **Cristian Pedestru, Physician** | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

## DC:





**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

**EVERY ENTRY _MUST_ BE DATED AND SIGNED**

Coronado, Famian
345 06 13343
no chart available

| DATE | OBSERVATIONS |
|------|--------------|
| 6/12/09 MM | S - Pt c/o constipation x 2 dys and Chronic Back pin 20 to old injy |
| | O - T - 98.6  R - 14  HR 72  BP 112/70 |
| | Hert - Perth Eam. |
| | Lg CTA |
| | HT S₁ S₂ NL |
| | Abd ⌀ √ ⊕ √ /WT |
| | back - gud dom |
| | A/p muscunk Kektth pin = Motr Const.pitn = melamucil |
| | F/u prn |
| | Ira Gornish, RPA |



NYC Health
THE NEW YORK CITY DEPARTMENT of HEALTH and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

344
Corrado
Panias

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 6/14/07 | S C |
| C73 | DOC took meds during |
| 16:20 | search |
| [illegible] | |
| | O. see note [illegible] |
| | 87 on Metformin |
| | Motrin |
| | |
| | A/P DOC confiscation of [illegible] meds renewed |
| | 1. Metformin |
| | 2. Motrin |
| | |
| | [illegible] |
| | George Thompson, RPA-C |
| | Laurence Rezkalla, MD |
| 6/23/07 9AM | UA repeated - [illegible] RN |

CHS 288 (Rev. 3/05)



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

NYC Health
THE NEW YORK CITY
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

### TRANSFER CHART REVIEW

*Cosmado Famien*
*349061334 3*

| DATE | OBSERVATIONS |
|---|---|
| 6 08 07 | NEW FACILITY: GMDC       PREVIOUS FACILITY: CDU |
| TIME: 12n | DOC ADMISSION DATE: 7/30/06 |
| | **NURSING REVIEW** |
| | INTAKE HISTORY & PHYSICAL DOCUMENTED     [✓] YES [ ] NO |
| | RPR RESULTS                                [ ] POS [✓] NEG |
| | U/A RESULTS                                [ ] POS [ ] NEG |
| | PPD RESULTS                                [✓] POS [ ] NEG |
| | CXR RESULT IN CHART           [✓] YES [ ] NO [ ] N/A CDU - R/O PTB |
| | NURSING FOLLOW-UP SCHEDULED: [ ] N/A [✓] YES   F/U DATE: Rept U/A |
| | Priority reasons : (PPD pos/HIV(no CXR rpt), MH pt, DM pt ,VCBC pt on meds, meds expiring, pt on Coumadin) |
| | PRIORITY CHART FOR CLINICIAN: [✓] NO [ ] YES, REASONS: |
| | IF YES, CHART GIVEN TO: |
| | COMPLETED BY: DE McGhie    PRINT/STAMP:  Delores McGhie, RN-PCC |
| ( / / ) | **MD/PA REVIEW** |
| TIME: | ALLERGIES: [ ] NONE [ ] YES: |
| | MEDICAL PROBLEMS REQUIRING FOLLOW-UP: [ ] NONE [ ] YES    FOLLOW-UP TYPE & DATE: |
| | 1.                    4. |
| | 2.                    5. |
| | 3.                    6. |
| | LAB/XRAY FOLLOW-UP: [ ] NONE [ ] YES: |
| | PNEUMOCCOCAL VACCINE INDICATED : YES [ ] Follow up date _____ NA [ ] |
| | INFLUENZA VACCINE : YES [ ] Follow up date _____ NA [ ] |
| | MEDS RE-WRITTEN (TRANSFERS FROM VCBC, NIC, CDU, NYS DOC ONLY): [ ] N/A [ ] YES, LIST: |
| | |
| | |
| | |
| | CONSULTS RE-WRITTEN (IF PAST DUE OR NO RECORD IN CHART) [ ] N/A [ ] YES: |
| | DIETARY CONSULT WRITTEN: [ ] N/A [ ] YES: |
| | |
| | MENTAL HEALTH F/U: [ ] N/A [ ] YES, ROUTINE CONSULT [ ] YES, STAT CONSULT |
| | PATIENT CALLED TO CLINIC: [ ] N/A [ ] YES (SEE PROGRESS NOTE) |
| | DISPOSITION:     [ ] GP [ ] DETOX [ ] MO [ ] INF [ ] CDU [ ] ER [ ] URGI |
| | |
| | OK FOR FOOD HANDLERS CERTIFICATE [ ] YES [ ] NO, REASONS; |
| | HEAT SENSITIVE HOUSING     [ ] YES [ ] NO |
| | COMPLETED BY:                    PRINT/STAMP: |

CHS 288D (Rev. 5/05)          **REMINDER: FULLY COMPLETE THE PROBLEM LIST**

2



**POLICE DEPARTMENT**
**LEGAL BUREAU**
F.O.I.L. Unit, Room 110C
One Police Plaza
New York, NY 10038

Mohawk Correctional Facility
 Famian Cornado 07-R-2873
6100 school Road, P.O. Box 8451
Rome NY 13442-8451

8/13/2009

File #    2009-PL-3834
Your File #

Dear Sir or Madam:

This is in response to your letter dated 7/9/2009 that was received by this office on 7/20/2009 in which you requested access to certain records under the New York State Freedom of Information Law (FOIL).

As a preliminary matter, it appears that some of the records you have requested may be in the possession of this department and, if so, may be disclosable under FOIL. However, before you can be granted access to specific records or portions thereof that are responsive to your request, a search for such records must be conducted. If records responsive to your request are located, such records must be reviewed to assess the applicability of any particular exemptions from disclosure set forth in FOIL.

Due to the large volume of pending FOIL requests, which are processed in the order in which they are received, and due to the fact that NYPD records are kept in many offices located in five counties, it is anticipated that your request will require more than twenty days. It is anticipated that a determination will be reached on 11/20/2009.

This is not a denial of the records you requested. Should your request be denied in whole or in part after review by this unit, you will then be advised in writing of the reason for denial, if any, and the name of the Records Access Appeals Officer.

Please be further advised that Associate Investigator Hippolyte has been assigned to handle this request, and any further inquiries or correspondence should be addressed to his/her attention.

Sincerely,

James Russo
Sergeant

COURTESY • PROFESSIONALISM • RESPECT

PD556-151 Rev 1-97 (Serial)

Form 330 ADM (CC) (1/00) page 2

State of New York
COMMISSION OF CORRECTION
Office of Mental Health

# INSTRUCTIONS FOR COMPLETING
# SUICIDE PREVENTION SCREENING GUIDELINES–FORM 330 ADM

## GENERAL INFORMATION

It is recommended that the form be completed in triplicate for all detainees prior to cell assignment and be distributed as follows:
top copy in inmate's file, second copy to medical or mental health personnel at referral, and the third copy for use according to facility's procedures.

| | |
|---|---|
| Comment Column: | All "YES" responses require note to document: |
| | 1. information about the inmate that officer feels is relevant and important; |
| | 2. information specifically requested in questions; |
| | 3. information regarding inmate's refusal or inability to answer questions. |
| Inmate's Name: | Enter inmate's first and last name and middle initial. |
| Sex: | Enter male (m) or female (f). |
| Date of birth: | Enter  month, day and year. |
| Most Serious Charge(s): | Enter  the most serious charge or charges (no more than two (2) ) from this arrest. |
| Date: | Enter month, day and year form was completed. |
| Time: | Enter the time of day the form was completed. |
| Name of Facility: | Enter name of jail or lock-up. |
| Name of Screening Officer: | Print name of officer completing form. |
| | Enter NYSID & B&C #. |
| Psychiatric Problems During | |
| Prior Incarceration: | The screening officer should ask the inmate whether he/she has attempted suicide in the past. |

## INSTRUCTIONS FOR ITEMS 1-16

### General Instructions

Check the appropriate YES or NO for items 1-16.

If information required to complete these questions is unknown to screening officer, such information should be obtained by asking inmate to answer questions. However, inmate has the right to refuse to answer.

If inmate refuses to answer questions 2-12, enter RTA (refused to answer) in the Comment Column next to each question. In addition, complete the YES or NO boxes only if information is known to you.

If during an otherwise cooperative interview, inmate refuses to answer one or two question: Check YES in the box(es) next to the unanswered question(s) and enter RTA in the comment box next to each unanswered question.

If inmate is unable to answer all questions 2-12, enter UTA (unable to answer) in the Comment Column next to each question. Also enter reason (e.g., not English speaking) for not answering these questions in the Comment Column next to  Question 2. In addition, complete the YES or NO boxes only if information is known to you.

### Observation of Transporting Officer

ITEM (1)    Check YES or NO based upon the written/verbal report of the arresting/transporting officer or upon the screening form completed by the arresting agency. If YES, notify supervisor.

**NOTE: The following questions and observations should not be read word for word but restated in your words.**

### Personal Data Questions

ITEM (2)    Family/friends: Check NO if someone other than a lawyer or bondsman would (1) be willing to post inmate's bail, (2) visit inmate while he/she is incarcerated, or (3) accept a collect call from inmate.

ITEM (3)    Significant loss: Ask all three components to this question-loss of job, loss of relationship and death of close friend or family member.

ITEM (4)    Worried about problems: Ask about such problems as financial, medical condition or fear of losing job. Check YES if inmate answers YES to any of these.

ITEM (5)    Family/significant other attempted suicide: Significant other is defined as someone who has an important emotional relationship with inmate.

ITEM (6)    Alcohol or drug history: Check YES if inmate has had prior treatment for alcohol/drug abuse or if prior arrests were alcohol/drug related.

ITEM (7)    History of counseling or mental health evaluation/treatment: Check Yes if inmate (1) has ever had psychiatric hospitalization, (2) is currently on psychotropic medication, or (3) has been in outpatient psychotherapy during past six months. Note current psychotropic medication and name of most recent treatment agency.

ITEM (8)    Check YES if inmate expresses extreme shame as result of arrest or feels that arrest/detention will cause humiliation to self/significant others.

ITEM (9)    Suicidal: Check YES if inmate makes suicidal statement or responds YES to direct question, "Are you thinking about killing yourself?" If YES,notify supervisor.

ITEM (10)    Previous attempt: Check YES if inmate states he has attempted suicide. If YES or NO, explore method and note scars. Obtain as much information as possible re method and time of attempt.

ITEM (11)    Hopeless: Check YES if inmate states feeling hopeless, that he has given up, that he feels helpless to make his life better. If YES to both items 10 and 11, notify supervisor.

ITEM (12)    Criminal History: Ask inmate or check files to determine if this is inmate's first incarceration.

### Behavior/Appearance Observations

YES or NO must always be checked for each of these items. They are observations made by the screening officer. They are not questions.

ITEM (13)    Depression: Indicators include behavior such as crying, emotional flatness, apathy, lethargy, extreme sadness, unusually slow reactions.

ITEM (14)    Overly anxious, afraid, panicked, or angry: Indicators include behavior such as handwringing, pacing, excessive fidgeting, profuse sweating, cursing, physical violence, etc.

ITEM (15)    Acting in strange manner: Check YES if you observe unusual behavior such as hallucinations, severe mood swings, disorientation, withdrawal, etc. If inmate is hearing voices telling him to harm himself, make an immediate referral to mental health services.

ITEM (16a)    Under influence: Check YES if inmate is apparently intoxicated on drugs or alcohol.

ITEM (16b)    Incoherence, withdrawal, or mental illness: Means physical withdrawal from substance. If YES to both a & b, notify supervisor.

**COMMENTS / IMPRESSIONS: Note any "gut" feelings or impression re suicide risk.**

## SCORING

Count all checks in Column A. Enter total. Notify supervisor if (1) total is 8 or more, (2) any shaded area is checked, (3) if you feel notification is appropriate.

## BOOKING OFFICER SIGNATURE AND SHIELD NUMBER

Sign form and enter shield number.

## DISPOSITION

| | |
|---|---|
| Corrections Personnel: | Supervisor notified: check YES or No. Notification should be made prior to cell assignment. |
| | Note if constant supervision instituted. |
| | Note emergency/non-emergency referral to medical and/or mental health personnel. |
| Medical/Mental Health Personnel: | Medical/mental health staff should note recommendations and actions taken. |