1

Mohawk Correctional Faci
9-30-2009   6 100 Shool Rool
P. O. Box 8451 Rome New Yor
13442-8451

7/30/06
arreste # 4066592704
P. C. T C 23 Shield 1320

7/31/06
Book and Case# 349-06-13343
Control #107-503 M.D.C intitution

Clerk U.S District Court
Federal Building 100 South Clinton
Street Syracusa, New York 13261-7367

Dear: Siñor A Madam:

Por este medio le estoy haci-
endo llegar (mi Quejo o reclamo, al ataque
realizado contra mi persona el 7/30/2006 en
el Emborcadero citado en la 112 street
and East River F. D. R. Drive.
Aunque desearia tener listas las reclama-
ciones que tengo presentados al Departamento
de Policia en One Police Plaza New York
N.Y 10038 y al señor Stephen Morello
record access Office. Mi recor Ndias
desde, el dia 29 de Julio 2006, hasta
el dia 19 de Abril del 2007.

Como tambien le estoy reclamando: al Medical records are maintained at.

Ms. Wanna Perez. acting CHS Director Correctional Health Services 233 Broadway, 26th Floor New York, NX 212-442-9469.

Aqui les muestros unos partes de las copias, despues de lo ocurrido el 7/30/06. en el Embarcadero citado en la 112 calle y T.D.R Drive. Donde he sido tratado por Medicos y Especialistas que hoy Continuan atendiendome del terrible ataque por parte de la Policia.

En mencionado lugar en la 112 Calle. aqui se encontraba parqueado trabajando fuera del Carro Patrulla el agente oficial de patrulla 1390. donde acudi al levantarme del piso cuando me quitaron el maletin con el que me cubri los golpes que me cubrieron todo el cuerpo.

Corri donde estos pidiendo ayuda y sangrando por varias parte por el ataque efectuado por los Policias. uno de ellos cruzo con migo o sea detras de mi justo al Carro patrullero que me lo Cogio desmayado, me desconecí, quedé totalmente sin Conocimiento por el

2

Ataque y asalto que me hicieron estos agentes encubiertos. Al recuperar el conocimiento me encontraba en el Hospital Metropolitan acompañado por ambos brazos de los agentes del carro Patrullero (1390) y su ayudante.

Me dieron una multa por estar consumiendo bebidas alcoholicas en la via publica: "agente".

Yo envié una planilla por que con el tiempo que tenia la multa que me impusieron los agentes en el parque de la 107 calle y 1ra avenida, no se podia pagar en la Ventanilla, como en otras ocaciones efectúe.

La planilla junta con el moneyorden con la suma indebida, la envié desde esta direccion que fue donde fué devuelta tambien y fueron los agentes estos por mi Cartera. 229A East 118 sheet ond 2na avenue. aqui en esta direccion y dentro del maletin mio se encontraban con otros documentos más las multas que me an impuesto aqui en N.Y.N.Y. incluyendo la de casa de pedro Rodriguez Cuando terminaba de trabajar que este llamo a la policia para informales que me encontraba tomando una cerveza dentro de la casa donde mi jefe me ordenó que trabajara en la

division de su propio apartamento
cuyo tratado desconozco ya que la mi-
tad del apartamento, no la mita sino
el balcon de este que da para la
calle 117 no tiene baño, ni cocina
y estos viejos vivían en esa suciedad
donde mi jefe un dia desidió limpiarle
el pedacito donde se bañaban y tenían
un promedio de 30 bolsas de 30 galones
llena de ropas con gusanos de tanta
humedad que existía en ese dormitorio
donde no tenían acceso a luz ni agua,
los microbios en este lugar osea en el
balcon eso es donde tenían sudivision
para hacer sus quehaceres y hasta los fecales
esa parte no es dormitorio, ni baño, ni cocina
es un balcon sin acceso. y posee dos divi-
siones llena de mugre, lleno de humedad
y mal olor, y sin ventilación esto fué
lo que yo limpie ese dia Ordenado por
mi jefe. En la division del apartamento
citado en el 332 East y la 117 street N4C
    Esta tambien es la dirección de
los oficinas y Edificio de trabajo donde
yo trabajaba y reportaba en el Beneficial
Cprd: al igual que para la Fundación
que alli 333 East 118 street y con el
Ministro Cabrera en la 2 avenida y
18 East calle.

3

Estas son las causas y motivos por lo
cual recibí una orden de arresto del tribunal
Criminal, y mis atacantes se asañaron con
migo. Como yo, no tenía la dirección de
mis Correspondencias en el lugar donde
yo estaba rencidiendo. no me pudieron hubi-
car en el lugar donde fué remitida la carta
del tribunal Criminal.

Esta dirección me la facilitó el señor
Ermes Hechevaria, y fué el mismo él que
me entregó dicha Carta, la cual contenía la
multa, planilla, money order con la suma impuesta.
esta carta y las demas multas paga yo las tenía
con migo dentro de mi(Valetin) que fué ocupado
por estos 2 agentes cuando efectuaron su ata-
que sobre mi persona sorpresivamente que
recibí quedé inmovilizado y tirado en el piso
recibiendo fuertes patadas por parte de estos
al atacarme de esa forma sorprendente,
inesperadamente y de espaldas, mi
suello sufrió como todas partes de mi cuerpo.
esta terrible agresión por mucho tiempo que
hoy me quedan secuelas de aquella tarde,
de puro dolor.

Estas multas y Cartas fueron ocupadas
por parte de mis atacantes, el 4/30/2006. Cuando
fui atacado, agredido por estos agentes, que
hubieron de presentarse en Casa de
Ermes en Varias Ocasiones.

Yo me encontraba pescando, en el Rio unos cuantos dias despues que recibi por parte de Ennes la Carta del tribunal Criminal de Manhatan, aqui fue cuando sorpresivamente recibi el ataque por la espalda que me neutralizo prosedieron para fisicamente atacaime al punto que me dieron unas patadas y piñazos por la espalda dondome fuertes piñazos por el cuello donde me tiraron al suelo en la misma esquina donde posan las personas no existia nadie aliededor y se veia perfestamente, eya en el piso prosedieron las patadas al querer mirar el rostro de estos recibi un nuevo ataque pero por el rostro y Cabeza partiendome la cara la fuente la oreja, los pomulos, las cejas, la boca, la nariz, los testiculos, las Costillas, el estomago, la quijada el cuello el pecho, me explotaron los ojos Cadera, los hombros recibi varias patadas en la pelvis en la cintura, que pense que me habian afectados los riñones, pero no fue hasi es el musculo que lo cubre el productos durante estos años de formor junto con el scroto los dolores mas fuertes que he sentido en mi vida, hasi prosedieron a decirme todas las razones de su ataque en un Corecto

CLAXTON - HEPBURN MEDICAL CENTER
214 KING STREET
OGDENSBURG, NY 13669

*CORNADO, F*

PATIENT NAME: ~~FAMIAN,~~ CRONADO 07R2873
SURGEON: V PRASAD YITTA, MD
DATE OF SURGERY: 09/04/07

M.R.#: 946055
LOCATION: ASUR

### OPERATIVE REPORT

**Operation:**   Repair of the right inguinal hernia, indirect in nature.

**PREOPERATIVE DIAGNOSIS:**   Right inguinal hernia.

**POSTOPERATIVE DIAGNOSIS:**   Same

**Surgeon:**   Dr. Yitta
**First Assistant:**
**Anesthetist:**
**Anesthesia:**

**PROCEDURE:**  With the patient under general anesthesia in the supine position, the  groins were prepared with Betadine solution and draped in the appropriate fashion.     The right groin was prepared  in the appropriate fashion. He did receive perioperative antibiotics.   The transverse incision was made in the right groin and deepened  through the skin and subcutaneous tissues. The external oblique aponeurosis was opened and the medial and lateral leaflets were raised.   Posterior wall of the inguinal canal was entered. The sac along with the  cord was identified. The sac is found  to be empty. The sac was extremely large. After delineating the sac from surrounding cord structures the sac was found to be transfixed with #2-0 silk and divided. The redundant sac was excised.   The posterior wall of the inguinal canal was reinforced by using Prolene mesh. The mesh was sutured medially to the pubic tubercle, inferiorly  to the shelving edge of the inguinal ligament and superiorly to the conjoining tendon. After satisfactory placement of mesh  around the cord, thorough hemostasis was accomplished. The  external oblique aponeurosis was closed with #2-0 Vicryl. The  subcutaneous tissues were closed with #3-0 Vicryl. The skin was closed with  #4-0 Vicryl.  Steristrips applied.

cc: Cape Vincent Corr.

RECEIVED

SEP 0 7 2007

CAPE VINCENT CORRECTIONAL FACILITY
MEDICAL

DICT: 09/04/07 0930
TRANS:09/05/07 0423
TRANS BY:MEF
DATE SIGNED:
REPORT COPY TO:

_____
V PRASAD YITTA, MD

42

Chart Copy

# CAPE VINCENT CORRECTIONAL FACILITY

## OUTPATIENT MEDICAL TRIP



9/20

TO: Dr. Yitta

813 State St.

Ogdensburg, NY

DATE: 9/20/07

CLINIC: GSG

ARRIVAL TIME: 12:00pm

INMATE NAME: Comado, Famian    DIN # 07R2873

**PLEASE INITIAL** Cy

Special Instructions:

PT HAS POST OP

HEMATOMA AS EXPECTED

RX ANALGESICS ( MOTRIN)

ICE PACK 15cm Tid

NO WORK X 4 WEEK

TO SEE ME IN

CLINIC

**Universal Precautions**

It is recommended that blood and body fluid precautions be consistently used for all inmate patients.

The enclosed health records are protected by NYS law and must remain sealed during transport. Access is only authorized to health care providers.

Any questions or concerns should be addressed with the Health Unit Staff prior to leaving the facility. Please call extension 6130.

NO NEED CONCERN.

I EXPECT HEMATOMA

TO RESOLVE IN 4-6

WEEK

Correcto y exacto (Español) Las razones eran por que no habían dado con migo después de esta brutal golpiza me llevaron al Hospital Metropolitan donde, al mismo tiempo se negaron ha permitir que me dieran tratamiento medico osea asistencia ni interior ni exterior ensangrentado con varias galletas que me dió el medico logro volver en (mi) o en (si) El Doctor le manifesto a los policias que su deber era darme tratamiento fisicamente por mis heridas.

Pero la policia se opuso al no permitir que me examinaran para tambien añadir al llegar al Hospital yo me encontraba inconciente.

Esta misma carta fue entregada por mi a los abogados y ninguno de ellos, osea La primero abogada mujer que me represento en corte en el mes de agosto 2008 ni el señor Licenciado Carry Forman sino que fue entregada a los policias que me golpiaron y luego se presentaron en varias ocasiones en Corte como interprete y sustituto del abogado Mr. Carry Forman Esquire.

La unica abogada que me represento debidamente y con justicia fue La señorita - Yeon Jeong Lee. mi appellate Counsel que me la quitaron muy pronto

4

antes de la corte de apelacion del
State of New York Court of Appeals.
sustituyendola por la Señorita Licenciada
Carol A Zeldin. Asst. Atty. in
change. Por una semana la cual no tibo
ni tenia nadie tiempo en una semana para
analizar lo que ~~Jeong Lee~~ Logró en un
año y medio.

Les diré que yo no me faje con nadie
la policia fue quien me partió La vida.

La dirección donde ocurrieron los hechos
no es la mencionada.

Los que me arrestaron fueron Los del carro
patrullero que se encontraban en la ~~[struck]~~
policia placa ~~[redacted]~~ y su ayudante que me
recibieron cuando el policia incubierto cruzo
junto con migo desmayandome sobre el
carro patrullero.

Estos mismo agentes incubiertos fueron los que se
hicieron pasar por sustituto del abogado Larry
Forman. y ellos fueron los que ocultaron mi
porta folio con el cual me cubria las patadas.
donde encontraron mis documentos completo.

Los Guardias que me llebaron al Hospital
Metropolitan estan incubriendo a los agentes
incubiertos. ya que uno de ellos el de

habla ispaña. Cruso La F.R.D detrás
de mi hasta que me desmaye frente
y apoyado al carro patrullero en la 112
street. (agente 13-20) estacionado en
ese lugar, tiene el pleno conocimiento de esto.
y para más decir fueron los del carro patruya
los que me llevaron al Hospital Metropolitan.

El maletin o porta folio que contiene
tojor para ser usado en la espalda, con
el que me cubria los golpes que este agente
me dió, en los testiculos. Cuando me
lo quitó de encima del cuerpo el cual
me cubria sus potentes patadas. Al pasalo
al otro agente. Logro pararme (ver) al
carro patruyero y salir corriendo. Era visible
cual quier objeto en ese momento donde me
golpearon puede ser más que visible hasta
la dentadura superior y los fragmentos
de la inferior. ¿Que es lo que no se puede ver?

¡Que los agentes que me golpearon atacaron no portaban
uniforme, solo botas utilitases? Los agentes:
        Nombre
P.O. Terrell Aradenson. Shield  (command
                                03814    23
    P.O. Charles Braum          949      23

Estos pareja nunca me arrestaron
                    NC: 07R2873

6

Nota: Me acusan de Warjelito y de poseer
o tener problemas mentales.
¡ahora!

Me atacan, me rompen, todo el cuerpo,
me llevan al Hospital. No permiten que
me auxilien. Me acusan de fajarme
con la policía. Más tarde me
acusan de asalto, me destrozan
con su asalto, "salvaje ataque", "me",
me acusan de asalto una vez más.
me acusan policías no presentes en el lugar
de los hechos, me destrozan alma, corazón
y vida, me matan los sentimientos
me los entierran.
¡después! me catalogan
Violento!

aún faltan muchos Documentos.
¡Dicen!:
También me dicen un Caso en F.RD

8

Los (tikes). Los multas y los lugares en que fueron puestas y los agentes día, mes y año, la foto aún con la camisa que me cambiaron si fuera en colores podieran verses las heridas y los manchas de sangre, es que actualmente presento los hematomas en la freate y kicatrices en los pomuelos y cejas ha ambos lados de los ojos. los cuales no podía habir la boca inflamada por la dentadura que me entensaron con los patadas, un ataque sorpresivo donde me cuelga un pedazo de carne, que actualmente no me permite o acepta (protesis) es un lugar dilicado en mi boca ya que era esto, diente se apoya la protesis. Me putieron la nariz productora de sangre. La dirección, donde resa toda mi documentación en las oficinas estatales hasta en el Hospital Metropoletan es la siguiente

222A East 118 street and
2 nd Avenue" P.O. Box
aquí fue donde llego la orden de arresto del tribunal Criminal de Manhatan

En el presente tengo como resultado que he tenido que comparecer ante los (Rayos Láser) para operarme los dos ojos por tercera o cuarta vez, La boca contenua dandome molestia al consumir los alimentos

8

El dolor causado por el (ataque sorpresivo por parte de la policia me tiene con grandes dolores al caminar, al levantar algo no muy pesado lo cual se me refleja en el musculo derecho el cual protege los riñones como tambien se me inflama el testiculo que fue patiado fuertemente produciendome dolores que me impiden hasta caminar como al principio, el ojo derecho, a una distancia de 50' 20 metros no tiene definicion del rostro de una persona donde mantengo los mismos puntos y luces creados por la gran (Hemorragia) causada por estos golpes creandome una povocidad en el cristalino de la vista y hasta me produce unos dolores fuertes en la actualidad como si fuera el primer dia.

En mi recor laborar no aparese como que yo desde que ingrese a los U.S.A me he dedicado ha trabajar o es que las Computadoras tampoco quieren hablar y que este hombre que hoy usan y manifieste no conocerme (trabajamos en el mismo bloque y yo trabaje en su edificio y en su apartamento.) donde al final me llamo la policia. Cuando me refrescaba con un brindis hecho por los que compartian el apartamento con este señor. El cual me costo $50.00 y Uf! ese dijo que eso no podia ser una multa dentro del apartamento!
"Yo me hago Droga!.

8

Para más decir me hicieron un ato-
que en el cual he recibido daños físicos pa
toda mi vida. La vista, los testículos la
boca la nariz, el lado, derecho e izquierdo
de la espalda, la frente donde permanece
una gran hematoma con una partidura.
En ambos lados de mi rostro debajo
y encima de las cejas presento grandes
partiduras. La foto para que se pueda
apreciar bien punto por punto sus deta-
lles debería de ser en colores como apa-
rece en el I.D. o carnet de Identifi-
cación que aunque fué tomada en las
tumbas donde yo la pude observar bien
todos los golpes fué en Rike Isling con
el número de B.I C#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 el día 7-
31-06.

Los agentes que me llevaron al Hospi-
tal son conocedores de los dos agentes
incubiertos que me atacaron. Cuando uno
de ellos cruzó la vía detrás de mí este
agente es el 1320 que me condució en su
Carro patrullero hasta el Hospital Metropolitan.

La Capitana que me atendió amone-
ciendo cuando estos hicieron el cambió de
turno el 7/31/06 fué la que me envió para
el consultorio por que los del horario perteneciete
al día 7/30/06 en el D.C entitiva NO fueron

Misc. 917-N (Rev.11-89)-H1

**CENTRAL BOOKING**

**PRISONER'S PROPERTY FORM**   DATE 7/30/06

PRISONER'S NAME CORANADO, FAMIAN   ARREST # M06659270It   PCT. C23

FUNDS COUNTED AND RETURNED (Include total value of coins). $ __0__

**THE BELOW LISTED ITEMS WERE REMOVED FROM PRISONER FOR RETURN TO PRISONER AT COURT OR ON RELEASE ON D.A.T.**

**PROPERTY - DESCRIBE**

☐ SHOE LACES ☐ AFRO PICK ☐ PEN ☐ LIGHTER ☐ HAND BAG ☑ BELTS ☐ KEYS ☒ NAIL CLIPPER

☐ OTHER (DESCRIBE)

TRANSPORTING ___ 1320 ___ C23
(Signature - Arresting Officer)          (Shield)          (Command)

(Signature - Prisoner)

(Member searching if other than A.O.)          (Reviewing Officer)

**NOTE: if no funds counted and returned, indicate "NONE". if no property removed and safeguarded, indicate "NONE".**
**Distribution - Original to C.B. - Duplicate to prisoner - Triplicate to Court Package**

"I Would Like for you To Send Me
My Minutes For The First Time That The Judge
Request For Me To Be Taken To The Hospital
But They Never Did After I Was Transfered
From One Court To Another.

   This Document That I Am Requesting
is The original one With the Day and Time
Of my arrest. I Don't agree With The
District Attorney Or The police on The arrest
#M0665921It For The Day of 7/30/2006

   THE ORIGINAL ARREST # IS As Follows
#M06659270It on 7/30/2006 By
PCT   23
CASE#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

Thank You For Your Time

# CENTER FOR APPELLATE LITIGATION

74 TRINITY PLACE - 11ᵀᴴ FLOOR, NEW YORK, NY 10006 TEL. (212) 577-2523 FAX 577-2535

*ATTORNEY-IN-CHARGE*
ROBERT S. DEAN

*ASSISTANT ATTORNEY-IN-CHARGE*
CAROL A. ZELDIN
*MANAGING ATTORNEY*

ELAINE E. FRIEDMAN
*SENIOR SUPERVISING ATTORNEY*
MARK W. ZENO
*SUPERVISING ATTORNEYS*
ABIGAIL EVERETT
BARBARA ZOLOT

*APPELLATE COUNSEL*
SEON JEONG LEE

(212) 577-2523 ext. 23
slee@cfal.org

29 de septiembre del 2008

Sr. Famian Cornado
DIN # 07-R-2873
Cape Vincent Correctional Facility
Route 12E, P.O. Box 599
Cape Vincent, NY 13618-0599

Estimado Sr. Cornado:

Recibí sus dos cartas y otros documentos qué usted me envío. Lo siento no haber respondido más pronto. Sus cartas han sido traducidas al inglés para yo poder entenderlas.

Al leer sus cartas traducidas, parece qué usted quiere reclamar ciertos artículos qué usted tenia en su posesíon cuándo fue arrestado. Yo no puedo ayudarlo en este asunto, pero usted le debería pregüntar a su consejero en su facilidad acerca de reclamar articulos personales agarrados durante su arresto.

Lamento oír qué usted está sufriendo de varios dolores físicos y molestias. Cuándo se viene a su dentadura, se sentiran molestos al principio porque el objeto duro está oprimiendo sus ancias sensitivas. Se tomara algún tiempo para qué se ajusten. Eso aparte, si usted siente qué no está recibiendo atendencia médica apropiada, le debería hablar a su consejero acerca de eso también.

Finalmente, usted parece sugerir en su carta que la policía le asaltó a la hora de su arresto. Como su abogada de apelación, he leído todos los minutos en su caso y los documentos de la corte, pero no detecté ningúna segña de brutalidad de policía. Sé que usted fue herido porque, en el juicio, se brindó testimonio que el 26 de julio, 2006, cuándo usted había cruzado el FDR y alcanzando el otro lado de la carretera, usted fue encontrado sangrando por la boca. Pero, como la historia se dijó en juicio, ese fue el resultado del incidente de esa noche, no qué la policía lo golpió. Sin más prueba soportando su alegación de brutalidad de policía, no hay mucho que pueda hacer por usted. También, sé que usted ha estado intentando conseguir su informe de arresto sin exito. No estoy segura si éste es un documento que pueda obtener, pero pondré una petición con la oficina del Fiscal Del Distrito.

Mr. Famian Cornado
DIN # 07-R-2873
Page 2 of 2

Si tiene más preguntas o inquietudes, favor de escribirme.  Si su inquietud es algo qué yo pueda ayudarlo, lo haré.

Muy atentamente,

Seon Jeong Lee
Appellate Counsel

Yo no, cruce FDR el 7/30/06 ya que no tengo motivo para cruzarlo. Yo lo cruce el 7/30/06 cuando fui asaltado en mi arresto por la policia que me dio patadas y piñas medieron sin Compasión, donde fui alcanzado por los patrulleros que no permitieron que se me atendiera en el Hospital Metropolitan despues de yo bolver en (si o en mi) Estos recivieron unas llamadas, cuando registraron el maletin y en contraron los multas, que yo tenia dentro del maletin mas la corta del tribunal Criminal Con el monisorden dentro. Aui empesaron a (tergiversarlo) todo.

4ᵗ⁷

# MOHAWK CORRECTIONAL FACILITY

P.O. BOX 8450 ● 6100 SCHOOL ROAD, ROME, N.Y. 13440 ● (315) 339 - 5232

## MESSAGE

Cernado, F.
07R2873
5/15/09
(73A - 28B)

DATE ___5/15/09___

SUBJECT ___Medical___

Please be advised that you are scheduled to see the eye doctor in the near future. Thank You —

SIGNED ___Nilsonnst___

## REPLY

DATE _____

Esperando la operación

Entrevista y chequeo u/edice. 7/24/09 8:00 AM
8/17/2009 día en que me operaron el ojo izquierdo.
por segunda vez. Esperando la próxima operación del
ojo derecho. donde me colocaron lentes de contacto.
mis ojos no estan bien del todo.

MK011

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONAL SERVICES
MOHAWK CORRECTIONAL FACILITY
CALL-OUT NOTICE

TO: _Cornado F_

_07-12-2873_            _73-07-31_
DIN                          LOCKING

Report to: __WALSH  RMU__

On: _8-18-09_   at: _8:15 AM_

For appointment with: _MEDICAL_

Present this notice to the building security officer upon arrival

Authorization: _____

1/14/08

FORM 1016.2 (REV. 7/90)               STATE OF NEW YORK – DEPARTMENT OF CORRECTIONAL SERVICES

## MEMORANDUM

TO: **Cornado, F., 07R2873, 73-A-31B**                                    DATE: August 11, 2009

FROM: T. White, DDS, Dental Director

SUBJECT: Recent Correspondence to DSHC Rabideau


      As your treating dentist, I am well aware of the dental treatment that you require, and have taken steps to implement the treatment plan that we decided upon.  This in no way reflects upon your past dental care as oral conditions can change quickly over time.

      Your current dental care is my only concern, and my staff and I will make every effort to provide you with quality care as set forth by the New York State Department of Corrections.

      Should you have any additional questions about this issue or any other aspect of your treatment, please address them to me, in the Primary Care Building.


STATE OF NEW YORK – DEPARTMENT OF CORRECTIONAL SERVICES
MOHAWK CORRECTIONAL FACILITY
CALL-OUT NOTICE

TO: _Cornado_

_07R2873_     _76-13-18_

   DIN            LOCKING

Report to:   MEDICAL BUILDING #157

On: _9-22-09_   at: _1:00_     AM/PM

For appointment with:   DENTAL

Present this notice to the building security officer upon arrival.

Authorization: _____
7/30/08


Cc     DSHC Rabideau
       Dental record
       File

Capaces de darme tal atención, cuando
permanecía perdiendo mucha sangre en
los bancos de la celda.
        Cuando apareció la Capitana el 7/31/06
después de tanta insistencia esta logró
cambiarme la camisa, dandome esa que
aparece en la foto, que no se si es de
pelotero o baloncesto deporte que yo no
juego ni observo mucho y yo no lo juego
ni soy aficionado, me hicieron la foto
en varias posiciones sin quitarme el
arete porque una oreja me sangraba al
salir uno de los aretes con una fuerte
patada por parte de estos atacantes improvisos. Cuando me cambiaron el dia 31 7/06
la camisa me quitaron el arete que me
queda o me dejaron y me hacen firmar
el acta de propiedad que no fué
firmada por el guardia ese día.

        Como me desangraba toda la noche
y madrugado la ropa por las heridas
producidas por parte de mis atacantes
Policias y las horas sin atención
medica, hasta el dia 7/31/06, a las
2 P.M. de la madrugada, que fui visto
por un medico, cuya atención medica
a pesar de mis quejidos que de la
mas mala la peor a pesar de que

me encontraba sangrando por las heridas,
y quejándome de las patadas en los testículos
y espalda que eran los dolores más penos
que sentía producto de ese sorpresivo ataque
eran los que no me permitían estar sen-
tado y menos Caminar, el testículo derecho
mío permanece inflamado después de tanto
tiempo y con dolores al igual que la espalda
en la parte de los riñones, hay momentos
como estos que estoy pasando ahora que no
me puedo colocar ni la faja ni el soporte
porque me producen más dolores.

Este día 31/07/2006 al regresar del
Consultorio médico, fui presentado en ad-
misión donde la Capitana me entregó
3 documentos de los cuales firme 2 y el
que me entregó el patrullero, que tampoco
firme si no vi cuando la hicieron, pero
si firme el acta que declaraban los policías
que me atacaron como que yo me había
fajado con estos, cuando fueron ellos los
que me atacaron por la espalda sorpre-
sivamente, y el acta de propiedad que
no fue firmada por ninguno de los gu-
ardias que se encontraban trabajando esa
madrugada.

Este mismo día después de perder

Form 111RB2/04          Property Receipt/City of New York Department of Correction

**Inmate** _Corado Fanin_

**Property Receipt**

Last          First

**Institution** _MDC_

**Date** _7-31-06_

A № 116531

□ Book and Case # _349.06/3343_

$2.00

□ Sentence # _____

CONTROL/CUFFLOCK# _1075031_

**WHERE WAS PROPERTY TAKEN:**
□ Admission          □ Housing Area- Specify: _____     □ Other- Specify: _____
Was this property taken on a search: □ Yes / □ No

| I. Personal Items | | II. Clothing | | | III. Jewelry | | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Articles | No. | Articles | Color | No. | Article | Y | W | CS |
| | Radio | | Coat/Jacket | | | Tooth Cap | | | |
| | Personal papers | | Pants | | | Tooth Cap | | | |
| | Pocketbook | | Belts | | | Neck Chain | | | |
| | Gloves | | Shoes/Sneaker | | | Earring | | | Stone |
| | Glasses | | Shirt/Blouse | | | Charm | | | |
| | Wig | | Skirt | | | Bracelet | | | |
| | Wallet | | Boots | | | Watch | | | |
| | Keys | | Hat | | | Ring | | | |

**Identification:** □ Yes □ No

| | On Person | Same Name? | | |
|---|---|---|---|---|
| | | Y | N | |
| U.S. Passport | | | | |
| Green Card | | | | |
| Driver's license | | | | |
| Other Government-issued photo ID | | | | |
| Birth Certificate | | | | |
| Social Security card | | | | |
| Other: | | | | |

**\*\*Please Note:**
Description Color:
**Y**- Yellow Metal
**W**- White Metal
**CS**- Color of Stone

**INSTRUCTIONS**
1. If you receive more than one (1) item on a line, (e.g., coat/jacket) circle appropriate item then enter the number.

| IV. Miscellaneous | |
|---|---|
| No. | Article |
| | |
| | |
| | |

□ **NO PROPERTY**

**The above item(s) has been received from you because:**
□ It is not on the list of items which are permitted in this facility.
□ The quantity is in excess of that allowed in this facility.
□ It may create a health, safety or security hazard, and therefore, you are not permitted to have it in your possession.
□ You have submitted the item to us voluntarily for safekeeping.
□ Other _____

_____          _____          _____
Signature of person taking property          Shield ID #          Print Name

X _____          _____          _____
Signature of Inmate          Date          Time

**SEE APPEAL AND DISPOSAL PROVISIONS ON OTHER SIDE.**

Distribution:
**White -** Inmate Copy          **Yellow -** Duplicate (TO BE SECURED WITH PROPERTY)          **Pink -** Property Receipt Book
**Green –** Inmate Legal Folder          **Blue –** Discharge Planning Center (UPON CITY SENTENCING)

 **ACLU** AMERICAN CIVIL LIBERTIES UNION    Because Freedom Can't Protect Itself. ▶ **JOIN THE ACLU** 

ISSUES ⬍


Go Behind the Headlines
**LEARN MORE**

**GET INVOLVED**

> SIGN UP
  Stay Informed.

> JOIN THE ACLU
  Become a member.

> DONATE NOW
  Help protect our rights.

> TAKE ACTION
  Health Data: Not For Sale


SEASON 2
**WATCH VIDEOS**


IDEOLOGICAL EXCLUSION
**LEARN MORE**

Home : Contact

**We want to hear from you.** If you have general inquiries, suggestions, or concerns, please consult our Frequently Asked Questions (FAQs) or select from the following list:

- Request Legal Assistance / Find Your Local ACLU Affiliate
- Find Information on ACLU.org

If you are interested in joining or contributing to the ACLU, learn how you can get involved here:

- Support the ACLU
- Take Action at our Action Center

If you want to update your address or email subscriptions, go to

- Login to Edit Your Account Information

If your question or concern was not listed here or in our Frequently Asked Questions (FAQs), please complete our online feedback form. Please note, however, that because of the high volume of email we receive each day, we cannot individually respond to each message.

**Thanks for your interest in the ACLU!**

Criminal Justice

Death Penalty

Disability Rights

Drug Policy

Free Speech

HIV/AIDS

Human Rights

Immigrants' Rights

Lesbian & Gay Rights

National Security

Police Practices

Prisoners' Rights

Privacy & Technology

Racial Justice

Religion and Belief

Reproductive Freedom

Rights of the Poor

Safe and Free

StandUp/Youth

Voting Rights

Women's Rights

IN THIS SECTION

" La Direción De La's Correspondencia Siempre Hacido."
222A East 118 street and 2nd Avenue.

El interview fue el dia 9/31/06

ejo grandes Cantidades de sangre acto
in humano por parte de estos. me
depositaron sin un calmante en la
celda 3, 5to piso ala Norte a oscuras
quejandome de los dolore por que no
recibi a todos estos medicamento que
segun el medico de esa madrugada
me indico, no recibí lempieza de mis heridos.

En horas dela madrugada en
la celda #3to piso a la Norte, estando esta
a oscuras, coloco la documentación que
me fue entregada sobre una pequeña mesa
donde al corto tiempo de haber puesto
todo en un lugar logro tiranme en esa Cama
aproximadamente las 3 PM. de la madrugada
del 7/31/2006 Cuando el oficial que Con-
trola las puertas se la habrio a otro
oficial de la policia que fue el que
se hiso pasar por un fiansista para
roborse la declaración.

Este presentaba la misma estitu-
ra de los que me atacaron osea de los
que mas tarde junto al abogado Cuny
Forman, se hicieron pasar por su
sustituto y ocupar el resto de la decla-
racion con ayuda de este.

Este es al abogado Cuny Forman el
fue me refiero aqui. Este que esto
fue el de habla Ispana, fue el fue

17 A

sala de dicho apartamento. Aquí nin-
guno de los dos lugares, incluyendo la
parte mayor que es donde vive Pedro
goza de una higiene, esto parece estar
inhabitable por parte de la suciedad y
abandono higiénico.

Este matrimonio es amigo de mi jefe
dicha oficina está en la Calle 117 entre
1ra y 2da avenida. al lado del edificio
donde vive Pedro Rodriguez, Que fué
el que llamo a la policía, Cuando
termine de trabajar. Por que me encon-
traba tomando una cerveza en la parte
que pertenece al matrimonio.

Mi jefe dijo que dentro del Edificio
la policia no podia multarme. Pero
pague la suma indicada. Esta multa
y 2 mas, el moniorden y la copia que
me pusieron en el porque de la 117 Calle
también esta dentro del Maletín, con
el que logre tapamme muchos de los ataque
por parte de la Policia hasta que me
lo quitaron, patiendome los testiculos
donde casualmente, tenia un Hernia.
la cual me Estrangularon, oprimiendome
y apretando los testiculos, con los pies en
el cual tenian puesta sus botas de trabajo.

se llebó el acta el dia 31-7-06 q las 3:PM
el guardia que se encontraba en la pizarra
de Control hubo de habirle la celda
dondole paso a este otro para que pudora
efectua su proximo ataque y ocupara el
documento / checho en admisión 4/31/2016.

Al ocupar el maletin los atacantes
donde tengo todas las multas, Cartas, y
documentación completa. Desde que murió la
difunta, Estos mismos policias que me atacaron
al registrarlo dan con las multas

Una de estas multas, fue trabajando en
el apartamento de Pedro Rodriguez en la
misma dirección que existen las oficina
de mi jefe y dos edifisio de trabajo la destencia
es un Edificio de diferencia.

El apartamento de este se encuentra
dividido en dos partes y la parte que me
señalo mi jefe para limpiar osea el lugar
que tienen un matrimonio de origen
Cubano que combive alli, es el balcon
estos no tienen baño sanitario, no tienen
Cocina para mas desir este es el
balcon del apartamento de Pedro Rodr-
uiguez el qual yo desconozco el tratado y
tenión esta división. Esto forma parte
del apartamento osea esto no es mas que la

18

Aquí se encontraban para más decir los documentos de la terminación del curso en la escuela y el lugar destinado donde tenía que presentarme el lunes 7/31/2006 para comenzar a trabajar, con las tarjetas Metro Card. Esto forma parte de la ayuda diaria para presentarse en el lugar destinado para trabajar durante la primera semana en Broklyn

Para más decir después de la inesperada sorpresa por parte de mis atacante en la celda 3, 5to piso a la Norte fui movido rápidamente para la celda 14 sin centado para mi uso. Fui más tarde trasladado para el piso 4to en ... La celda 14 la cual se encontraba ocupada, después de un largo rato y quererme trasladar para el mismo lugar por que la oficial de este dormitorio no me queria alli. Fui colocado en el piso de arriba en la celda 21 - 5to piso Este.

Aquí fui visto por un enfermero que nunca me entregó el medicamento.

El medicamento que recibí fui por parte de los presos en ambos piso.

Los agentes que aparecen en mi arresto jamás me arrestaron.

En el "Correctional Facility Ulster" Me

## CAPE VINCENT CORRECTIONAL FACILITY

## INMATE DENTAL REQUEST NOTIFICATION FORM

Name _Cornado F._ DIN# _07R2873_

Housing Unit _E.2.44B_ DATE _OCT 29 2007_

We received your dental care request. This places you on our list for treatment. Your request has been placed in priority order. There is no need to send any additional callout requests. Watch the callout for your date and time.

_12-27-07 EXTRASION_
_(12-28-07)_
_PERDI-LO ULTIMO que me quedo de la_
_PROTEXIS INFERIOR Y TRES dientes Más_
_FLOJOS_

_10-30-07_
_11-26-07 limpieza_

MK063 (12/95)

## MOHAWK CORRECTIONAL FACILITY DENTAL CLINIC

NAME _Cornado, F_  
Nombre

DIN _07R2873_  
Numero de Identificación

Block _75_  
Bloke

Company _A_  
Compania

Cell _17_  
Selda

MAY 01 2009

### DENTAL CLINIC RESPONSE
### Respondencia de la Clinica Dental

1. You will be given an appointment as soon as possible and will receive a call out
   Usted reciviva una cita dental lo mas pronto possible y reciviva una cita por correro

2. You have been placed on a treatment list and will be called in turn for a
   Usted a sido puesto en la lista de tratmiento y sera llamado en su turno para

   ___filling    ___cleaning    ___denture/partial    ___extraction    ___appointment
   empaste       limpieza       dentadora/parcial      extracion        cita dental

3. You are already on a list from a previous request and must wait your turn
   Usted ya esta en la lista i debe esperar su turno

4. Not enough information. Completely describe your problem on a new form
   Usted no los mandado informacion suficiente respecto a su problema un nuevo formulario

5. Other _A disbursement sent to dental for $2.00_
   Otras _(4 pages @ 50¢ per page) is needed to process your request._

_El expediente del dentista se perdio solo existen cuanta expiso_

19

East 112th and East René P.D.12 Drove esto es un embarcadero.

Como tambien le explique al oficial de origen Puerto Riqueño que ese no era mi nombre, ni mi apellido por lo que me respondio que apartir de ese momento estaba obligado ha responder por ese nombre, apellido y edad, tambien le explique. Yo no me foje con la policia, yo nos, con la policia nunca me foje, Fueron ellos los que me atacaron, Las unicas partes que no sufrieron daño fueron mis extremidades, inferiores y superiores, brazos y piernas. y le repito que fue la policia la que se fojo conmigo la que me atoco. Donde me obligaron a firmar este documento que hoy no quieren presentar, despues que se dieron cuenta del como me habían dejado. Que yo mismo no sé como tengo vida, aún.

¡No! permitiendome decir una palabra, ni aceptando mis escritos, en el cual les mostraba el conjunto de pruebas. alegando todo el Abuso policiaco atravez de su tenible Ataque por las espaldas a mi persona. evitando de este modo toda la información real de los hechos. Ninguno

de los 2 abogado vi la "Señorita" cuyo nombre
no recuerdo que por ella sufro hoy de
todos estos Malestares por no darme ayuda
o auxilio como le indico la jueza en
agosto del 2006 que me remitiesa al Hospi-
tal y esta se negó en más de 4 ocasiones.
Donde el abogado Carry Formor al yo
despedir a esta abogada me manifesto
que ellos (yo) no se quienes le informaron
que no me mandarian al Hospital o donde
tambien le facilité los datos pertinentes
a mi acusación y este se la entregó
a los mismo policias que me "Atacaron"
¿No es nada dificil dar con ellos? Por que
el mismo, abogado Mr Formon me lo pre
senta una vez más manifestando que
el que me foto hasta el final y me
corro atras hasta el carro patrullero el
mayor de los atacante, seria el interprete
y el otro su sustituto, por que el tomaria
unas vacciones, que nunca llegaron y
estos tampoco nunca dieron sus rostros
al jurado cosa que pense podia su
ceder, Pero este grupo de corrupto esta
más que asostumbrado ha actuar de
tal manera y forma. Creando este
"imperfecto Montaje". Con el personaje de
Pedro Rodriguez que el dia 03-14-98
atacó Con una pistola de juguete a

NCIC 1399     Pedro Rodriguez   NCIC 1399

P.L. 120.05   class D Fel   N.C.I.C 1399
asalto en 2°.  a las 20.50 hora.
Señalando solo al acusado empleando
una pistola y apuntando y amenazando lo
boy ha matar tambien dando un golpe
con la pistola en el lado derecho de la
cara.   PL 120.05 Sub 01 class D FEL  1399

Pedro Rodriguez:
Narrative: at T/P/O Display a bebe gun at
Compl and stat ed "I Will Kill you" Deft also
strike compl With gun Causing abrasion to
Left side of Face. top charge ATT LAW

| SEC | sub | cls | type | cts | O | N | PL | |
|-----|-----|-----|------|-----|---|---|----|--|
| 120.05 | 01 | F | D | 1 | | | asalt 2° | Count=3 |

time 21:05 Date 03/14/1998  CHD 25. Crim pos Weapn
poss/used none     arrest Loc:332 E117 street
                total Victims = 1
Violenta Felony  3-14-1998  asalt w/int caus
serious PH, IWS P.L. 120.05 sub 01  Classe "D" FEL
NCIC 1399  Menacing - 2nd, Weapon
crime Class NYCPD $25.
                "Montaje"
Damion Conrado:      NCIC 1399
Narrative: at T/P/O Punched C/V in the eye With
a met, of Master Lock around his Finges C/V
sustained A severaly swollen eye and
Laceration C/V WAS remo. Coun = 01
att N- PL- Sec sub 120.0.5. 02. F-D. 01 ASSA/2

arrest Related information
Time 21:26 Date 07/29/06 C.M.D 023
Weapon poss/used: Physical Force
arrest Loc. East River East 106 St.

Complaynom Ref - 61/Victim enformd
is compl a corp? No, or PSUY? NO
or Desabled? No total Victims = 00
Compl Name. Rodriguez Pedro
Time of occurrence = 20:50 on 07/p/06
officer injured? No
    assigned? yes
on Duty? yes
in uniform? yes
used Force No tipe
    Sir:
Nota: Señores del tribunal nada de esto es
cierto Verdadero: ni el lugar ni el tiempo ni el espa-
cio, donde yo fui Atacado Por la Policía y los que
me atacaron, no fueron uniformados, fueron policias
civiles, ciudadanos, hurbanos.
        Sir: Señoria, Cuando quise, hablar, o moni-
festar algo, referente a esta Causa en Corte tanto
Criminal como en el Gran Jurado, fue Mandado
ha callar, cosa que le monifeste a la "parol" y el
último día me dijeron; ¿Quiere hablar algo?
¡Solo pedí mi Apelación¡. ya que al querer
monifestar algo en Contra de los policias Corrupto
me Catalogaron como un (Rato) al monifestar lo cierto.

FORM 1016A (REV. 6/99)      STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

**MEMORANDUM**

TO: Clerk, US. District Court            DATE: Aug 30, 2009

FROM: Famian Cornado #07R2873

SUBJECT: Criminal Record

     I would like to communicate, Based on my Criminal record. I recieved my criminal record And there were things that were NOT present.

     It didn't Show that while I was working and Studying At Florida M.D.C.C. From 1995 to 1997 I was working as a Security gaurd And Studying.

     Detention center of Downtown Clinton Mississippi I was also working For B.C. Royals a Chicken Factory. I also worked as a vegetable worker in Palmeto, Florida.

     I As well residing in Florida, worked For Labor Founded, Labor work and Labor ready in Sarasota. This is written to inform you that I have done much good with my life.

     I have tried while here to obtain my 7/29/06 & 6/23/07 Medical Records From RIkers Island with no Success.

     Including N.Y.C.

Famian Cornado #07R 2873
Mohawk Correctional Facilty
6100 School Road. PO BOX 8451
ROME N.Y. 13442-8451

Thank you For your Time in this Matter

Respectfully

Quiero que aparescan las multas, que
estan en estas derecciones y nombres
de los agentes:

1- 332 E. 117 Sheel y su Nanatwa y P.O
P.O.

2- 107 E Sheel y su nanatwa, más P.O

3 109E E sheel y su nanatwa mas P.O

4 110E y Lexington y su Nanatwa

Esto lo estoy solicitando y me resp-
onder con un (end) del 6/30/07
Esto fue Construido por los policias que
me asaltaron y el abogado Vp (Aniz
Formon, Cuando no acepte sus
desiciones, más de 5 0 6 veces dentro
tiempo servido y mi Cuerpo destruido.
La multa donde Pedro Rodriguez
hiso la llamada al patrullero por estar
bebiendo dentro de la habitación del
matrimonio.
Le informe lo sucedido a mi
jefe en aquel entoces, me dijo que eso
no podia ser (Lo declaré en la corte
pero no sivió de Nada.

Hoy deseo que aparesca ya que el mismo
policia me multó dos veces.

Cuando le informé a mi jefe lo
ocurrido me repitió que esto no podía ser
le expliqué que lo habu de manifestar
en juicio pero no, me prestaron atención.
fué igual que nada. Hoy se ven los re-
sultados; aquí!. En esta Causa.

Todos tienen la misma dirección
y se encontraban los talonarios osea las
hoja de las multas con su número, día,
lugar y tiempo y para más decir firmada por
mi.

El maletín, que fué ocupado por los
agentes que me atacaron y me lo quiteron
cuando me cubría en el piso los golpes
que en ese momento recibí en los
testículos, pelvis, costillas, espalda, estoma-
go, cabeza, bora, enfin me partieron
con su ataque sorpresivo por la
espalda y tirandome en el piso don-
de permanecí, con el cuello mirando
del otro lado como si estubiera torticulos
por muchos meses.

Este, ataque y abuso por parte
de la policía me dejo ciego para
la actualidad no veo bien tha
sierta y determinada distansia
donde uno debe identificar cual

4)

quier objeto, persona etc.

Mi boca me la destrozaron, todavía en esta fecha no puedo masticar bien los alimentos.

Las patadas recibidas en las costillas y espalda, como en el estómago estas con frecuencias no me permiten andar ni dormir sobre mi estómago, altualmente.

He recibido un total de 3 a 4 operaciones en mis ojos con rayos láser pa que llegue ciego a la especial almier en la prisión de Rígue island. altualmente me someten a otra operación donde decidieron colocarme lentes de contactos, según el día 22 septiembre de 2009 en Wash, Hospital que me remitió para Universidad Hospital en Syracuse, Hoy tube un chequeo general por el médico, Sabado 26 de Septiembre a las 4.25 P.M. en la clínica de aquí: Mohawk correctional facilities, Dr: Robet Lowestein El mismo reportó que no debo trabajar con productos químicos por el estado de mi vista. Este hasido el resultado de este ataque policiaco 7/30/2006

26

El agente placa 1320 Comando 23 y su ayudante situado en la calle 112 street en el F.D.R Drive, recibieron mi cuerpo en el momento, en el cual perdia el uso del sentido y uno de los atacantes policia Continuaba de tras de mi, en fin logro llegar al carro patrullero, soy asistido por estos.

Sin Conocimiento total soy trasladado para el cuerpo de emergencia del Hospital Metropolitan, donde me llebaron Con los medicos, Los agentes 1320 y su ayudante.

La perdida de sangre por las partiduras producida por este in humano ataque por la frente, Cejas, pomulos, Nariz, boca, oreja, Cabeza y dientes.

Donde presento hoy x hoy grandes Hematomas, Cicatrices, secuelas que nunca mas lograrian borrarse de mi rostro. Al volver en mi en el Hospital Metropolitan, me encontre frente a mi un grupo de medicos los Cuales habian logrado mi recuperacion o el retorno en (mi) surge una discusion entre policias y galenos. Fisicos Medicos el 7/30/2006

A

Sí: Cruce la via existia buena luz y
yo con mios ojos casi tapados pude
apresiar el veiculo patrullero y al
policia detener el tráfico.

En esta discusión de los galenos
Doctores fisico y policias no logo ser
socorrido. El radio de ambos comandos
policiicos emitian llamados, frecuentes,
donde uno de estos galenos me preguntó si
desearia unos puntos osea coserme las
heridas producidas por mis atacantes.

Donde los comandos policiicos se opusieron
y para más decir: me arrastraron como su
pongo me hallan tambien arrastrado para
entrarme al departamento de Emergencia
del Hospital Metropolitan. Fui arrastrado por
estos hasta el Caro patrullero el cual se enc-
ontraba estacionado frente por frente al Cuerpo
de emergencia, por donde entre y sali el 7/30/06
Conducido por los Comandos 320 y su ayudante. Si m
vieran o tubieran esta misma fotografia en
colores podrian apresiar bien las heridas
que me produccieron este fuerte y salvaje
ataque, violento, rudo, algo fuera de lo nor-
mal.

Fui regresado para el precinto #23 (con
el mismo Comando y patrulla, donde hube)

(Con el mismo Comando y patrulla, donde
hube) de presenciar una vez más ha los
policias incubiertos que me atacaron
en el Embarcadero. Aquí me quitaron
el pañuelo con el que me trataba de
limpiar y aguntar la sangre que
me corría por toda la cara; entre
una neblina de sangre en mis ojos que
que no me permitía el movimiento del
cuello que también me causaba unos dolo
res fuertes. Logro volver ha ver a mi
atacante policiaco el cual me patio en el
suelo arrebatandome el pañuelo delos
manos.
          Este mismo agente fue el que
se presento junto con el otro los dos agente
ante el abogado Carry Forman, el cual
al yo quedarme mirando fijamente a estos
dos agentes y mirarlos el me pregunta
que aquienes se parecen, le dije, que
eso eran los agentes que me atacaron
en el Embarcadero y este se hecho ha
reír, presentandomelos como uno interprete
el que me patio en el piso y al otro como
su sustituto ya que tomaria unas vaca-
ciones que nunca llegaron, brindandole
toda información que el entregue verbal
y escrito durante varios dias.

          En unas de las tantas ocasiones uno de esto
agente el que se hizo pasar por el sustituto
del abogado ya Carry Forman, me planteo
que ya le había dado una pata y un

pinago de reves amis, atacantes, solo lo
mire y el abogado Forman, se reia. Esto
mismo me planteo la sorol y le digo
que yo no me faje con nadie, que
ellos me atacaron, Pero de nada siloio
solo la interpre pronucio en Español te
pegan y dicen que fuiste tu quien (dio)
Solo bastaba con verme el rostro, no hacia
falta un psicologo, y la forma de comenzar
con vez, me era todo.

Este abogado Forman, Consigue con
todo esto —darme tiempo servido, tantas,
veces como le explico en la pagina #21
de esta,

Le respondí ha Mr Carry Forman: y
mis testículos, mi vista, espalda, pelvis, juois
Costillas, estomago, cabeza, Cara, cejos, frete
boca, y dientes, Señor Forman. Al ver esto
reclamos le pido rápidamente un Hospital.
Al reclamar tambien ha este abogado, de
la forma que se apoderaron de mi valiter
con toda información, el día que de-
cidió presentarme ha juicio y yo no
aceptar sus condiciones, por que las mia
tampoco eran oidas. En horas de la
tarde fui presentado ha juicio, donde
el juez le pregunto al abogado Forman
si me habian brindado opciones este
contesto, pero no me permitieron hablar
ni entregar la copia del documento
que me habian hodecido al juez.
Pronto el juez pregunta que porque no
hablo ingles y respondí que yo era

28

Negro pero no analfabeto. Su Señoría demasiada Corrupción por parte de policías y abogados. Permanecí sin una palabra al exterior de mi boca hasta que termino el juicio un dia antes que le dije ha la parol que no me permitían hablar, al otro dia me preguntan que si deseaba hablar Pedí mi Apelación cosa que respondí el mismo dia hasta la fecha no entienden mis reclamos, quejas, escritura ni forma de Comunicación. No es Combeniente Su Señoría. Haci sin explicaciones entre los dos atacantes policiacos y el abogado Larry Forman me crían con su "Montaje" este ind.

Jamás me respondieron Cuando reclame los minutos donde la jueza ordeno mandarme al Hospital. Esta fué la causa por la cual no Continué con la Primera abogada la cual sustituyó, ma. Carry Forman Sfin

Para más decir: Estos agentes en el precinto # 93 junto con varios más gozaban al verme mi rostro, era el de un monstro perdiendo sangre al por mayor.

El dia 7/31/2006 se presentó un enfermero, despúes que fuí visto superficialmente por un medico a las 2:40 minutos de la madrugada. Este enfermero se presentó antes que me movieron para la celda 14 en el mismo 5to piso a la Norte frente

1

por frente a la celda #3. M.D.C institution
Este enfermero ni me auxilio fisicamente
ni internamente ni externamente solo me
pidio varias informaciones y se retiro.
Este tampoco medio Calmante, ni
para limpiarme dicha sangre.

La jueza que ordeno en muchas oca-
ciones antes de que me incomunicaran
en la llamada Clinica Especial en
Roques Island y suspendiendome las
vistas con ella.
Me mando muchas veces todas las que
me presente junto y frente ha ella al
Hospital, al ver mi estado fisico, me
pidio que le mostrara todos los golpes
y lugares donde fui agredido por mis
asaltantes en el Emboscadero.

Al tener estos resultados de mi abogada
que no deseaba que yo fuera visto por
un medico, decidi no aceptarla mas
lo cual fue sustituida por el abogado
Carry Forman la sustitui por que en
las muchas veces que la jueza le informo
que me mandara ha un Hospital la espal-
da de esta me decia queso. Al no
aceptarla ella misma me presento
en el peso 11-12 de la Corte Kriminal

Aqui fue una riza por parte del juez
de esta sala, cuando tambien me
pidio que le mostrara los golpes

30

miro y vio el piso el banco, mi cara y mi camisa eran una mancha grande de sangre (se asombro) al verme. al rato se apareció con una camisa para que me cambiara, la que tenía estaba teñida en sangre, y para más decir la camisa que me cambio también esta manchada por mi de sangre con tinaba con la perdida de sangre.

La Capitana (mujer) me entrega 3 documentos para que lo firmara, protesto cuando el oficial de origen Puerto Riqueño me está leyendo los cargos y le dig que esos no son nuestros nombre y apellido mio, le dije, que yo no me fajé con la policía que fue la policía la que se fajo con migo atacandome de espalda en mi arresto. Este me responde que tengo como deber, obligación y orden de firmar, dicho documentos los cuales firme el acta de los cargos impuesto y acta de propiedad y la fuetegan los policías que me llevaron al Hospital que solo conta con un Sheriff y como propiedad el dia 7/30/2006 mi arresto. soy mandado por esta Capitana al Consultorio donde no recibí ninguna asistencia medica 2:30 PM de la madrugada del 7/31/2006.

Estos documentos no son firmados por ninguno de los policías y oficiales que se encuentran trabajando durante los dias 30/7/2006 y 31/7/2006.

Es cuando soy conducido por el mismo oficial de origen Boricua hasta el 5to piso la la Norte celda #3.

Dando las 3 de la madrugada Cambaleciente sin tormento, se abre la puerta de la celda donde uno de los guardias atacante policiaco, logra penetrar y se dirige a la mesa, me muevo y responde (este) que era mi fiansista. Ocupando el documento que contenía los cargos de haberme fajado con la policía osea con ellos, cuando fueron ellos los que me atacaron, que hasta el día de hoy me tienen condoles y no veo perfectamente.

Esta celda fue habierta por el oficial que se encontraba trabajando en la pisoma de control el es el unico que pudo darme paso ha este oficial el cual me atacó el día 31/7/2006 para que este se llebara el acta de los cargos.

Amanece ese día 31/7/2006 en la celda 3 a la Norte 5to piso, los presos al verme, me traen ropa me baño me cambio y tambien soy cambiado de celda de la 3 para la 14 frente por frente sin sospechar la sucia acción del corrupto policia atacante.

A los 7 dias soy trasladado sin ningun sentido para mi, voy para el 4to piso a la Este, Resultado soy remitido para el mismo numero en este otro piso el cual

39

producido por estos agentes policiaco en su
ataque para arrestarme. Si aquí
hubo muchas risas y también mani-
festó que me mandaria 2 años para que
lugar que este caso, por eso, haber
despedido a la señorita abogada.
Cuello nombre desconozco.

Para más decir
Esta es la combinación usada para un
montaje "tragico, terrible, sangriento, falso
completamente, contrario a la realidad,
a lo cierto, es una teoría desprovista de
actitud, basados en caracteres falsos
estos policias que me atacaron no son
mas que unos verdaderos corruptos
tienen y poseen un verdadero vicio
que le surge de los mas profundo de sus
alma. Estando aquí en el cuartel #3
No se como fue que no continuaron con
su ataque fisico, como sucedió el
regreso del Hospital, me miraron mal
tan mal, como para irme al ataque una
vez mas pero no fue hací, me qui-
taron de la mano el pañuelo con el que
sostenia la sangre, me decían palabras
ofensivas, me empujaron pero no me
atacaron con golpes fisicamente, al pa
recer notaron que era demasiado. su
"tortura"
No pueden ocultar, ni hacer dificil
al distinguir los falsos testimonios sen
exactitud ni ajuste cabal usado

y empleando Caracter falso como el de
Estos policias Con su proceder Corrupto
hasta matar, Con su terrible Ataque
para arestar, Con el poder que presentan.
Para más decir
        Como tambien fueron Conducido y
seguidos a una corrupicion, Los Agentes
del Carro Patrulla que operaba en el
F. D. R. Drive        East 117 Street River
agente 1320 y su acomponante. Estos
me recogieron me llebaron al Hospital
vieron a los agentes que me atacaron
me persiguieron al Cruzar donde el
Carro patrulla y para más decir el
que me patió tenia una Camisa
Camarilla y botas Militares. El mismo
que se presento con el otro ante el
abogado y jumon Conig (interprete) y el
otro de abogado Suestituto. Estos no permi-
tieron a los galenos atenderme de ni-
nguna forma ni, altura ni entegra
estos fueron los que presentaron el acta como
que yo y amigo Conrado me hube de fa-
jar con la policia. Estos fueron los que
me hubieron arestado los que me Con
ducieron, Hospital, y al presinto #23 o para
Las Tumbas hasta 11-12 de la noche que
se fueron recibiendome el turno del
dia 7/31/2006 Con gran perdida de
sangre aun en los bancos.

        En este tiempo una Capitana de Policia
llegado ante que estos se marcharon, me

49

la celda permanesia ocupada, fui tolado con mala forma por parte de esta oficial (mujer) en dicho dormitorio al regresar e informe que la celda #14 arriba estaba ocupada, al rato que fue bastante largo me ubico en la celda #21 arriba ala Este a los pocos dias soy trasladado para Rokes Island.

Esta es la famosa, Obra de Montaje del famoso fiqusista y traductor, cuando el famoso abogado Cary Fosman, tendria unos Veacinos que nunca Cibieron por que nunca llegaron, estos dos policias que fueron los que me Ata-caron en el Embarcadero, funcion esta para entrevistarse con migo atroves de esto y conseguir la informacion que mas tarde Mr. Fosman entrego.

Yo le entregue a Mr Cary Fosman la carta, donde se Kontaba todo lo sucedido el 130x86 y este le entrego a los agentes que me Atacaron. Cosa que le dije ¿ Porque le entregas mi docu-mentos a ellos! que lo arrebato de les manos, y despues me pregunta, Con tremenda ironja que ¿ quienes se paresian, los dos suplentes de estos. Solo los mire! una vez mas.

Se vinculon y junto los 3 logran al no aceptar sus muchas opciones, Creerme esta Causa que ya tenian en mente y Montada, Manifestando que ellos, desian que no me mandarian ha ningun Hospital sierto hasi que sali de alli

incomunicado y con "Diagnostico" de "Chate"
Me destrozan el alma mis atacantes
policiscos, me dejan ciego, me parten los
testiculos, pelvis, pubis, cuello, cabeza, nariz,
orejas, pecho, costillas, pomulos, cejas, boca y dientes
por que ni los bultos que hoy veo a ha 10,15
mtro no los veia, me llevan los pensamientos
y luego me Catalogan de Chate y Violento.
¡Coruptos Policias!

Para mas decir refiriendome una vez
mas al famoso Montaje realizado por los dos
agentes policiscos incubiertos que actuaron con
orden del tribunal Criminal de Manhatan
para arrestarme en esta direccion en
la cual aparecen todos mis documentos
228A East 118 sheet Manhatan 10035

Estos dos atacantes Policiscos son los
autores junto con el abogado Mr Garry Franzer
Como estor asesor a Pedro Rodriguez el cual
aparece tambien dentro de mis multas que se
encuentran dentro del Wallet que ocultaron
como le dije al principio ya me encontraba trabajar
don en la division del apartamento de este
Cuando llamo el policia que tambien mas tarde me
multo en el restaurant en la fila para comer.

Yo se que necesito estar consiente para
resolver los Hematomas Causados por los agentes
Policiscos en su ataque el dia 30/7/206 y espero
la resolucion o conclusion de los Hematomas provocada
por los policias que me atacaron de espalda golpeando-

32

fuertemente con su salvaje ataque, Donde me
dañaron. La cara, boca, labios, nariz, cuello,
cabeza, costillas, estomago, testiculo, pelvis, pubis
mis ojos que más nunca serán los mismos.

Estos policias uniformados no me arrest-
aron a mi, ni el ni su compañero nunca.
estos me pusieron una multa en el parque de
la 10.7 East street, donde yo me encontraba
bebiendo junto con mis perros, esta multa tambien
aparece dentro de mi arresto. Con el monigrder
Corte del tribunal Criminal de Manhatan
una planilla por que fui apagada fuera de tiempo
osea no tenia tiempo para pago. y fue remitido
para la misma direccion. O donde se presen-
taron los dos policias Corruptos que me
atacaron el dia 7/30/2006 en el Embarcadeur
de la 112 East street y F.D.R Drive East River

Estoy pidiendo a la policia desde el
2007 el reg, los multas lugar y agentes
que me han multado, más los minutos
de la primera vez que fui presentado en
corte ante la (Jueza) oficier que me envio
al Hospital al ver mi estado fisico.

Con estas multas, aparecen los nombres
loca calle dia lugar donde los policias
uniformados me insulton y los llamadas
por radio cuando Pedro Rodriguez llamo la
policia en varios veces para que me arresten
el dia que trabajaba en la demolicion del
apartamento, ordenado por mi jefe amigo

de este matrimonio que tenia su dormitorio
en el balcon del apartamento de este.

Al parecer esta multas dieron con la pura
realidad y porque nunca acepte ese tiempo
tantas multas veces para que me fuera
con los testiculos estrangulados y ciego,
la boca, destrozada, los costillas porque
mientras estube en la Ciudad no recibí
una atencion medica Conectarjamos.

Después de permaneser más de 2 años
en busca de la verdad y suspenderle muchas
vista o corte, al manifestarlo fue sustituida
La Lisensiada Jeon Jeong Lee como la
abogada de mi apelacion fue sustituida una
semana antes de la cita en la corte si
hubiera sido un abogado pago por mi esto no
sucede ya que ella manifesto la verdad en
todo momento y se dió cuenta que la policia
la estba utilizando. Cosa que los deprestan
tes abogado, taparon y ocultaron hasta que
me fui a juicio. Por nada porque nunca
fui oida.
No se si su Señoria D. McDermott JCC
me puede entender en esta amplia
descripcion de lo ocurrido una vez mas
el 7/30 2006 en la 112 East Street and F.D.R Riv
East. En el Embarcadero;
Yo le manifesté, yo Fermin
Coronado No hube de fajarme con Nadie
y que ningun vehiculo el 26/7/2006
me apoyo, ni ningun Animal

33

no razonable me atáco Solamente me
atacaron el 7/30/2006 Los agentes policia-
cos que andaban por ley y orden del
Tribunal Criminal de Manhatan en mi
Captura por orden de aresto, No existen
más atacante que estos 2 Agentes encubi-
ertos que fueron muchas veces en mi bus-
queda ha la direcsión dada.

he aquí Esto no admite negateva alguna
donde hoy por hoy soy gracias
a Dios que aun me mantengo con
vida.

Fuí incomunicado para Rofea's Iland fuí
puesto en una celda con dos enfermos mentales,
fuí presentado con el oficial que hubica
en los dormitorios. No me recibio por no
mostrar quién me Condujo un papel
medico para esto.
Me regresaron y un medico y un Sar-
gento me hicieron un teste y me monda-
ron para la poblasion.

Se aproximaba la Corte fuí encerr
en los insuleehos, pasen los cortes y
no logre ver más a la Juez que me
mondo para que un medico me
curara los heridas Causados por los agentes
policicos que me atacaron el 7/30/2006

Este presinto tiene muchas denuncia por
parte de los presos en contra de los policias

por agreción a los presos al arrestarlo.

Famian Cornado, DIN: 07-R-2873    24
Mohawk Correctional Facility
6100 School rd., P.O. Box 8451
Rome, NY 13442-8451

September 15, 2009

Ms. Wanna Perez
Acting CHS Director
Correctional Health Services
233 Broadway, 26th Floor
New York, NY 10279

RE: FOIL REquest - Medical Records.

Dear Ms. Perez:

    Please find enclosed for your convenience is my F.O.I.L.
request for copies of my medical records and files. My request
is to obtain a copies of all my medical record upon arrival
into G.M.D.C. on July 29th, 2006, and the treatment rendered
to me for the injuries I received during my arrest.

    Please provide me with all of the treating Doctor's Physical
exam provided to me at G.M.D.C. If there is a cost for copying,
**please inform** me so I can send payment.

    Thank you for your very valuable time and effort
for assisting me in this matter.

Respectfully Requested,

Famian Cornado

Date from: Clinic.
July 29, 2006 - June - 23 -2007
RC/File



**POLICE DEPARTMENT**
**LEGAL BUREAU**
F.O.I.L. Unit, Room 110C
One Police Plaza
New York, NY 10038

Mohawk Correctional Facility
 Famian Cornado 07-R-2873
6100 school Road, P.O. Box 8451
Rome NY 13442-8451

8/13/2009

File #   2009-PL-3834
Your File #

Dear Sir or Madam:

This is in response to your letter dated 7/9/2009 that was received by this office on 7/20/2009 in which you requested access to certain records under the New York State Freedom of Information Law (FOIL).

As a preliminary matter, it appears that some of the records you have requested may be in the possession of this department and, if so, may be disclosable under FOIL. However, before you can be granted access to specific records or portions thereof that are responsive to your request, a search for such records must be conducted. If records responsive to your request are located, such records must be reviewed to assess the applicability of any particular exemptions from disclosure set forth in FOIL.

Due to the large volume of pending FOIL requests, which are processed in the order in which they are received, and due to the fact that NYPD records are kept in many offices located in five counties, it is anticipated that your request will require more than twenty days. It is anticipated that a determination will be reached on 11/20/2009.

This is not a denial of the records you requested. Should your request be denied in whole or in part after review by this unit, you will then be advised in writing of the reason for denial, if any, and the name of the Records Access Appeals Officer.

Please be further advised that Associate Investigator Hippolyte has been assigned to handle this request, and any further inquiries or correspondence should be addressed to his/her attention.

Sincerely,

James Russo
Sergeant

**COURTESY • PROFESSIONALISM • RESPECT**