# EYE GLASS ORDER FORM

RIKERS ISLAND

Second opinion as 4th visit

**Facility Name:** SUMNER TAMITA
**I.D./State Name:** 8/40613243 NNDC

| | SPHERE | CYL | AXIS | DEC | PRISM | BASE |
|---|---|---|---|---|---|---|
| R | -050 | -125 X 57 | | | | |
| L | +125 | +100 | 9/6 | | | |

| | ADD | SEG. HEIGHT | SEG. WIDTH | SEG. INSET | TOTAL INSET |
|---|---|---|---|---|---|
| R | +125 | 14 | 728 | | 6 |
| L | +125 | 14 | 728 | | 6 |

| PD DIST | PD NEAR |
|---|---|
| 67 6/4 | NDC |

**FRAME INFORMATION**
STYLE: Lubber    SIZE: 80/W    COLOR: Black full
PLASTIC ✓

**LENS INFORMATION**
HARDCOAT: YES / NO    COLORS    PGX    U.V.
ROSE ___%
GREEN ___%
GRAY ___%
BROWN ___% TRANSITIONS
SOLID-GRADIENT

---

**Correctional Eye Care Network Services**
(518) 270-5367

[form template section — mostly blank]

---

**Last Name** _____
**DIN#** 0202873  **Location** _____
**Date** 2-30-08  **Time** _____

**jective:** Eye glasses for...

**Objective:** [handwritten]

**Assessment:** [handwritten]

**Plan:** [handwritten]

**Provider Orders:** [handwritten]

**Signature/Provider#** _____ **RN Transcribing Order/Provider#/Date/Time** 206

3105A (Revised 3/06)    Continue entry into next box if necessary

## G.M.D.C.

**INMATE CORRIDOR ACCESS PASS**

DATE: 4/28/07
INMATE'S NAME: Cornado Famie
HOUSING AREA: D13  13343
DESTINATION: Clinic
TIME OUT:
AUTHORIZING OFFICER: D. K He
0013  3236

## G.M.D.C.

**INMATE CORRIDOR ACCESS PASS**

DATE: 4-10-07
INMATE'S NAME: CORNADO
B&C #:
HOUSING AREA: D 13
DESTINATION: 0950
FROM:
TIME OUT:
AUTHORIZING OFF:

## G.M.D.C.

**INMATE CORRIDOR ACCESS PASS**

DATE: 12-26-06
INMATE'S NAME: CORNADO
B&C #: 349-06-13343
HOUSING AREA: 013-A
DESTINATION: mental health
FROM:
TIME OUT: 1817
AUTHORIZING OFFICER: (illegible) 1248

## G.M.D.C.

**INMATE CORRIDOR ACCESS PASS**

DATE: 1/5/07
INMATE'S NAME: Cornado Javie
B&C #: 349-06-13343
HOUSING AREA: D13
DESTINATION: Clinic (X-RAY)
FROM:
TIME OUT: 1000
AUTHORIZING OFFICER:

## G.M.D.C.

**INMATE CORRIDOR ACCESS PASS**

DATE: 4/28/07
INMATE'S NAME: Cornado Famian
HOUSING AREA: D13  13343
DESTINATION: Clinic
FROM: 1850
TIME OUT:
AUTHORIZING OFFICER: D. K He

## G.M.D.C.

**INMATE CORRIDOR ACCESS PASS**

DATE: 4-10-07
INMATE'S NAME: CORNADO
B&C #:
HOUSING AREA: D 13
DESTINATION: 0950
FROM:
TIME OUT:
AUTHORIZING OFF:

---

**COMPUTER INFO.**
**CHECK WHAT INFORMATION YOU NEED**

PRINT NAME: CORNADO FABIAN
B&C #: 349-06-13343

CHARGE:
DOCKET:
INDICT.:
COURT PART: 12
COURT DATE: 11-16-06
BAIL: $700
BOND:
WARRANT: 0
STATE READY: /

**ONCE A WEEK**
**This is a courtesy service !!!**

DATE: 10-4-06

| Need Interpreter: | | | Notified Of Crime Victim Comp. Law: YES |
|---|---|---|---|
| Language: | | | |
| N.Y.C.H.A Resident? NO | | | |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY ZIP | APT/ROOM |
|---|---|---|---|---|
| HOME-PERMANENT | | | | |

Phone #: HOME: 212-534-0845

| Action against Victim: | Actions Of Victim Prior To Incident: |
|---|---|
| Victim Of Similar Incident: NO | If Yes, When And Where |

### REPORTER: # 1 of 1

Name: 

Complaint #: 2006-023-05354

Nick/AKA/Maiden:
Sex/Type: MALE
Race:
Age:
Date Of Birth:

Gang Affiliation: NO
Name:
Identifiers:

Need Interpreter: NO
Language:

Relationship To Victim: NONE

| Location | Address | City | State/Country Zip | Apt/Room |
|---|---|---|---|---|
| HOME-PERMANENT | | | | |

Phone #: HOME: 212-534-0845

**ARRESTS:**  Complaint # 2006-023-05354

| Arrest ID | Status | Defendant Name | Sex | Race | AGE | Arrest Date |
|---|---|---|---|---|---|---|
| M06659270 | ACTIVE | CORNADO, FAMIAN | MALE | HISPANIC BLACK | | 07/29/2006 |

| Reporting/Investigating M.O.S. Name: POM TERRELL ANDERSON | Tax #: 933551 | Command: 023 PCT | Rep.Agency: NYPD |
|---|---|---|---|
| Supervisor Approving Name: SGT BENJAMIN GURLEY | Tax #: 925405 | Command: 023 PCT | Rep.Agency: NYPD |
| Complaint Report Entered By: POM PAGLIONE | Tax #: 939164 | Command: 023 PCT | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT OSULLIVAN | Tax #: 906993 | Command: 023 PCT | Rep.Agency: NYPD |



# END OF COMPLAINT REPORT
# # 2006-023-05354



Print this Report

ttp://omniform.nypd.org/omniform/globalreports/webFocusReport.do      RECIVI 10/17/08      10/9/2008

2.

TO: Internal Affairs Bureau
From: Famian Cornado #07R2873
Subject: Criminal Record.

FAMIAN CORNADO DIN: 07R2873
MOHAWK CORRECTIONAL FACILITY
6100 SCHOOL ROAD, P.O. BOX 8451
ROME, NY 13442-8451

REF: IAB 200907045
IAB LOG #: 09-22720

AUG. 30, 2009

I WOULD LIKE TO COMMUNICATE, BASED ON MY CRIMINAL RECORD. I RECIEVED MY CRIMINAL RECORD AND THERE WERE THINGS THAT WERE NOT PRESENT.

IT DOSN'T SHOW THAT WHILE I WAS WORKING AND STUDYING AT FLORIDA M.D.C.C. FROM 1995 TO 1997 THAT I WAS WORKING AS A SECURITY GAURD AND STUDYING.

DETENTION CENTER OF DOWNTOWN CLINTON MISSISSIPPI I WAS ALSO WORKING FOR BC ROYALS A CHICKEN FACTORY. I ALSO WORKED AS A VEGETABLE PRODUCTION WORKER IN PALMETO, FLORIDA.

I AS WELL RESIDEING IN FLORIDA, WORKED FOR LABOR FOUNDED AND LABOR WORK AND LABOR READY IN SARASOTA. THIS IS WRITTEN TO INFORM YOU THAT I HAVE DONE MUCH GOOD WITH MY LIFE.

I HAVE TRIED WHILE HERE TO OBTAIN MY 7/29/2006 & 6/23/2007 MEDICAL RECORDS FROM RHYKERS ISLAND WITH NO SUCCESS.

INCLUDING N.Y.C.P.D
Ident. Section One Police Plaza
New York, New York 10038.

THANK YOU FOR YOUR TIME IN THIS MATTER

RESPECTFULLY,

My Medical Record:
DENTAL CAPE VINCEN CORR. FAC.
MORE. MOHAWK CORR. FAC.

Famian Cornado, DIN# 07 R 2873
Mohawk Correctional Facility
6100 School Rd., P.O. BOX 8451
Rome, NY 13442-8451



## CLERK, U.S. DISTRICT COURT
## FEDERAL BUILDING
## 100 SOUTH CLINTON STREET
## SYRACUSE, NEW YORK 13261

| | |
|---|---|
| 16 | THE COURT: Mr. Foreman? Mr. Cornado? |
| 17 | MR. FORMAN: Your Honor, I would ask for the |
| 18 | 2 year minimum sentence that comes along with this, and |
| 19 | I'd like to be heard on a few points. |
| 20 | I'm not going to excuse the conduct that he |
| 21 | was convicted of. I do think it should be taken into |
| 22 | account Mr. Cornado did come here from Cuba around 1980. |
| 23 | It's fair to say he came through one of the Mariella |
| 24 | boats. Many came on those boats and were left in this |
| 25 | country with no family, with no resources, with no means |

Terry Henry, AOE
Senior Court Reporter

                                - Sentence -                    Page 5
1    front of your Honor. I know your Honor was willing to
2    take some kind of disposition in that situation.
3    Unfortunately, it never resolved itself. So, here we
4    stand.
5             He did not testify. I know it is often held
6    against defendants when they do testify. It is always
7    considered perjury. He did not.
8             All that happened here ultimately was he
9    chose to exercise his right to have a trial and have the
10   People prove their case beyond a reasonable doubt. He

30/05/07

THE COURT: Mr. Foreman? Mr. Cornado?

MR. FORMAN: Your Honor, I would ask for the 2 year minimum sentence that comes along with this, and I'd like to be heard on a few points.

I'm not going to excuse the conduct that he was convicted of. I do think it should be taken into account Mr. Cornado did come here from Cuba around 1980. It's fair to say he came through one of the Mariella boats. Many came on those boats and were left in this country with no family, with no resources, with no means

Terry Henry, AOE
Senior Court Reporter

to do anything.

During that time he had not compiled a criminal history. The only offenses that he seems to have committed were simple drug possession charges, mostly marijuana convictions. He had worked jobs in Miami as well as in New York.

I think considering the limited support that he had in this country, I think the limited resources he had available to him, should have some kind of weight in your determination.

Yo no soy Marielito
Yo no entré en los 1980 yo
entre 1994 entre por el aeropuer-
to de Homestead, Florida. Naci 7/7/5
ni presento problemas psiquiatric
solo que al manifestar los
hechos ocurrido el 7/30/06
si estoy como un [illegible] por decir
lo siento. No quiero saber de indit
sino lo que dice el acta del 7/30/06

⑨

Mr. Famian Conrado
#07-R-2873
Reverview Corr. Facility
P.O. Box 247
Ogdensburg, N.Y. 13669
December 15, 2008

Supreme Court of the state of New York
First Judical District Criminal Branch
100 Centre street.
New York, N.Y. 10013
Appeals Bureau 1202
Attn: D. McDermott, S.C.C.

To: D. McDermott, SCC

I will like for the court to send my minutes on my first appearence in Court when I was sent to the hospital by the Judge during my arraignment before I went to the grand Jury.

Here I show you the options for which Mr. Forman Esquire didnot accept, for Mr. Forman Esquire didnot see with Judgement and clarity. He didnot see the "Love of the Freedom" which manifested of the Judge.

1st option 1-03-07
I was supposed to return to court after the seven months to sign an agreement pertaining to "Immediate Freedom," for which the Judge had said in court and didnot accept it.

2nd option 13-3-07
To which Mr. Forman Esquire said that he had a free ticket so I can leave to Florida and also "Immediate Freedom".

3rd option Date: 19-3-07

4th option Date: 21-5-07
I didnot accept 3rd, 4th option which pertained to "Immediate Freedom".

5th option was also "Immediate Freedom" which didnot accept on this date (30-05-07). Also it was brought to court early in the morning and it was said that I didn't accept the 5th option. It was also presented in front of the grand Jury.

Without interpreter and which it was said that a lawyer was present at the time of interogation. There was no lawyer present it was the undercover Police officer (which is the same one of the beating) and Mr. Forman Esquire. They was going to change my lawyer with I didn't comply with because he was going on vacation.

Mr. Famian Conrado #07-R-2873

Sir, your New York State Indictment Number is needed to process this request. If you were sentenced in another borough please send your request there
— Appeals Bureau

737582M ULSTER
07/13/2007 NEW YORK
DOB: 07/07/1956

...INATION

| ADMISSION ☐ | PAROLE VIOL. ☐ |
| PRE-PAROLE ☐ | OTHER (Specify) ☐ |
| SHORT NAME | FAC. NO. |

| PULSE | TEMP. | WT. | HT. | B.P. | RESP. | DATE PER. PHYS. DUE |
|---|---|---|---|---|---|---|
| 80 | 100.2 | 150 | 5'5" | 120/70 | 14 | |

**VISION** — UNCORRECTED / CORRECTED
RIGHT
LEFT

**HEARING**
RIGHT — NORMAL ☑ / ABNORMAL ☐
LEFT — NORMAL ☑ / ABNORMAL ☐
HEARING AID — YES ☐ / NO ☑

COLOR TEST — NORMAL ☐  ABNORMAL ☐  TEST USED — ISHIARA ☐  OTHER ☐

NORMAL ☑    ABNORMAL ☒
(Leave blank if not examined)

| NORMAL | | ABNORMAL | |
|---|---|---|---|
| 1. SKIN | ☐ | 9. THROAT | ☐ |
| 2. GAIT | ☐ | 10. ORAL CAVITY | ☒ |
| 3. SPEECH | ☐ | 11. NECK | ☐ |
| 4. SCALP | ☐ | 12. CHEST | ☐ |
| 5. EYES/PUPILS | ☐ | 13. BREAST | ☐ |
| 6. FUNDI | ☐ | 14. LUNGS | ☐ |
| 7. NOSE | ☐ | 15. HEART | ☐ |
| 8. EARS | ☐ | 16. ABDOMEN | ☒ |
| | | 17. GENITALIA | ☐ |
| | | 18. SPINE | ☐ |
| | | 19. DIGITAL RECTAL EXAM | ☐ |
| | | 20. PELVIC | ☐ |
| | | 21. NEUROLOGICAL | ☐ |
| | | 22. EXTREMITIES | ☐ |
| | | 23. LYMPH NODES | ☐ |
| | | 24. MUSCULO-SKELETAL | ☐ |

**LABORATORY TEST** (Check if ordered)
25. URINALYSIS ☐
26. CBC AND DIFFERENTIAL ☐
27. CHEM. PROF. W/LIPO. ☐
28. RPR ☐
29. CHEST X-RAY ☐
30. EKG if over 40 ☐
31. MANTOUX ☐
32. FEMALES - PAP SMEAR if over 20 ☐

DOES THIS INMATE REQUIRE INTERPRETER SERVICES (SIGN LANGUAGE)? ☐ NO  ☐ YES
DOES INMATE NEED LANGUAGE INTERPRETATION? ☑ NO  ☐ YES, LANGUAGE SPOKEN _____
DOES THIS INMATE REQUIRE REASONABLE ACCOMMODATIONS? ☑ NO  ☐ YES, DESCRIBE _____

**ABNORMAL FINDINGS** (Refer to Number)
#10: poor dentition.
#16: (R) scrotal hernia.

- H/o. ABN. CXR 10/06 @ Riker's Island, referred (Rick Infirmare) Brad + Sputum Smear + Culture = TB smear, discharged AB CXR
- HIV (-)
- H/o: (R) scrotal hernia · H/o. rib fx · H/o. traumatic iritis

**BEHAVIORAL ASSESSMENT**  · Learning disability
- (+) PPD = 15mm 7/11/07
- H/o. left - psychosis              7-16-07

MMR 0.5cc SC
DT 0.5cc IM

☐ LIMITATION   LIMITATION ☐  (DESCRIBE)

**MEDICAL CLASSIFICATION** - Update q 6 months
REC. DATE 7-16-07   1☐ 2☐ 3☒
DATE _____   1☐ 2☐ 3☐
DATE _____   1☐ 2☐ 3☐
DATE _____   1☐ 2☐ 3☐
*DATE _____   1☐ 2☐ 3☐

give 7/17/07 when DMD to be drawn

...ATURE & ...VIDER NO. _____ #105
...IGNATURE & ...VIDER NUMBER _____     DATE: _____

04/98     WHITE - INMATE HEALTH RECORD     YELLOW - DENTAL RECORD