# Repository Inquiry

**To: NICHOLSPAT For: ULSTER INTAKE 07R2873 Case No: 07R2873 – NYSID No: 0737582M - IAD**

New York State Division of Criminal Justice Services
4 Tower Place
Albany, NY 12203-3764
Tel: 1-800-262-DCJS
Denise E. O'Donnell Commissioner of NYS Division of Criminal Justice Services

Identification    Summary    Criminal History    Job/License    Wanted    Missing    NCIC/III

## ⬤ Attention – Important Information ⬆

* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**DNA SAMPLE OWED** Required to provide a DNA sample for inclusion in the State DNA Databank. If more information is required call DCJS Office of Forensic Services at (518)457-1901

"DNA specimen collection guide"

**This NYSID Number was used previously and is now reassigned to this individual.**

**Violent Felony** offense(s) on file

## ⬤ Identification Information ⬆



**Name:**
FAMIAN CORNADO

**Date of Birth:**
Jul 07, 1956

**Place of Birth:**
USA

Cycle 1
Arrest Date July 29, 2006

| Address: | | | |
|---|---|---|---|
| **Sex:** Male | **Race:** | **Ethnicity:** Hispanic | **SkinTone:** Dark |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |

2

**Supreme Court**
**of the**
**State of New York**



100 CENTRE STREET
NEW YORK, N.Y. 10013

April 14, 2009

Mr. Famian Cornado, 07R2873
Mid-State Correctional Facility
PO Box 2500
Marcy, N.Y.  13403

Re: Ind. #3991-2006

Dear Mr. Cornado:

We are in receipt of several letters from you dating back to July 30, 2006.  I cannot determine what it is you are asking/requesting from the court.  The above referenced indictment was disposed of in this court on June 26, 2007 when you were sentenced to a determinate 5 years with 3 years Post Release Supervision.

I am returning your letters and ask you to be as specific as possible in your request so that we can properly respond.

Very truly yours,

D. McDermott/by mp
Supreme Court - New York County - Criminal

*1*

**New York State Division of Criminal Justice Services**
**Record Review and Challenge Unit**
**5th Floor**
**4 Tower Place**
**Albany, NY 12203**

| **DATE:** 10-02-08 | **NAME:** FAMIAN CORNADO | **ID#:** 07R2873 |
|---|---|---|
| **FACILITY:** RIVERVIEW CORRECTIONAL FACILITY | | **NYSID#:** 0737582M |

**RESPONSE TO CHALLENGE/CORRESPONDENCE DATED:**    08-25-2008

**EVENT DATE(S):**    07-29-2006

---

According to your criminal history report, there is only one arrest listed having an arrest number of **M06659270.** There is no arrest listed within your criminal history report with the arrest number of M06659271? for the date of **07-30-2006.** For assistance in this matter please contact the **New York City Police Department** at the address below.

> **NYC PD**
> **Ident. Section**
> **One Police Plaza**
> **New York, New York 10038**

**James W. Stanco**
**Chief, Records Management Bureau**

**JWS:eap**

# CENTER FOR APPELLATE LITIGATION

74 TRINITY PLACE - 11ᵀᴴ FLOOR, NEW YORK, NY 10006 TEL. (212) 577-2523 FAX 577-2535

ATTORNEY-IN-CHARGE
ROBERT S. DEAN

ASSISTANT ATTORNEY-IN-CHARGE
CAROL A. ZELDIN
MANAGING ATTORNEY

ELAINE E. FRIEDMAN
SENIOR SUPERVISING ATTORNEY
MARK W. ZENO
SUPERVISING ATTORNEYS
ABIGAIL EVERETT
BARBARA ZOLOT

APPELLATE COUNSEL
SEON JEONG LEE

(212) 577-2523 ext. 23
slee@cfal.org

31 de julio del 2008

Sr. Famian Cornado
DIN # 07-R-2873
Cape Vincent Correctional Facility
Route 12E, P.O. Box 599
Cape Vincent, NY 13618-0599

Estimado Sr. Cornado:

He recibido sus muchas cartas, y gracias por incluir los documentos oficiales en su última carta. Me dio un mejor entendimiento de lo que usted me estaba tratando de comunicarme. He hecho copias de esos documentos para mí archivo y le envío los originales con está carta para su archivo.

El pasado marzo, usted me preguntó acerca de qué le buscara su informe de arresto y le sugerí que usted hiciera una petición FOIL, la cuál usted aparentemente hizo con el departamento de la policía. El departamento de la policía le dijó que hiciera la petición al fiscal del distrito, quienes luego negarón su petición en julio 11 por que su apelación estaba pendiente. La ley dice que el fiscal del distrito puede negar su peticion FOIL a base de una apelación pendiente. Desafortunadamente, no hay nada que yo pueda hacer por usted para poner al revés esa determinación porque su petición para el informe de arresto no es pertinente para la apelación. Cualquiera información que haya en este registro no fue presentada en el juicio, y por consiguiente, no es parte del registro. En apelación, estamos limitados a la evidencia que se presentó en el juicio.

He incluido copias de los documentos del registro de la corte en archivo. Yo no tengo el informe de arresto que usted está tratando de obtener, pero quizas hay algo ahi que puede ser de ayuda para usted.

Muy atentamente,

Seon Jeong Lee
Appellate Counsel

Adj.

Famian Cornado  07-R-2873                    August 22, 2009
Mohawk Correctional Facility
6100 School Road, Box 8451
Rome, NY  13442-8451


To:

Stephen Morello
Records Access Officer
NYC Department of Corrections
60 Hudson Street
New York, NY  10013


Dear Mr. Morello:

    Enclosed for your convenience is my F.O.I.L. request for
copies of my medical file. My requerst is to obtain a copy of all
of my medical records upon my arrival into G.M.D.C. on July 29,
2006 and the treatment rendered to me for the injuries I received
during my arrest.

    Please provide me with all the treating Doctor's physical
examination at G.M.D.C. If there is a cost for copying of these
records please inform me so that I may forward payment for same.

    Thank you for your attention and assistance in this matter.


Respectfully,


Famian Cornado

                          Date from: Clinic
          July 29, 2006 - JUNE,23 , 2007



pc/ File

If this is a telemedicine encounter, has the
inmate read the instructional sheet or been
instructed on the telemedicine encounter?
Yes ☐  No ☐

Date of Service: 12:00  10/11/07  Dr. Yrtta

STATE OF NEW YORK - DEPARTMEN

## PATIENT REFERRAL FORM

NAME _Coonado, Fanian_  DIN _07R2873_  DOB _7/7/56_  SS # _____

Vital Signs: Temp _____ Pulse _____ Resp _____ BP _____ Ht _____ Wt _____

### I. Reason for Referral: (include present illness and symptoms, other specific diagnoses)

_Painful /Enlarging (R) Ing. Hernia_
_Please eval for repair_  _r/u hematuria_

*Has inmate had any of these symptoms within the last week?  none  ☐ Cough  ☐ Fever  ☐ Nightsweats
☐ Hemoptysis  ☐ Severe Fatigue  ☐ Weight Loss over 10lbs. in last 3 months (Explain above if symptoms

### II. Current Labs, X-Rays, or Diagnostic Tests related to Referral  *(Include latest CD if applicable)

*CXR  Date: _8/1/07_  Result: _normal_

### III. Current Medications and/or Treatments (Name, Route, Dose and Frequency with Start and Stop Dates)

_Naprosin 500mg Bid_

Allergies  No _X_  Yes _____  Describe _____

### IV. Significant Past Medical/Surgical History

|  | No | Yes | Date of Last Incidence |  | No | Yes | Date |
|---|---|---|---|---|---|---|---|
| Asthma or Breathing Disorder | X |  |  | Tetanus | X |  |  |
| Diabetes | X |  |  | HIV Tested | 3-1-07 |  |  |
| Heart Disease | X |  |  | Result | Negative |  |  |
| Hepatitis | X |  |  | Latest PPD Date _3/10/05_ | Neg ☐ Pos ☒ |  | mm |
| Seizure Disorder | X |  |  | Prior PPD Date _none_ | Neg ☐ Pos ☐ |  | mm |
| Syphilis | X |  |  |  |  |  |  |

Other specific considerations (e.g., operations, disabilities):

_h/o Fx (L) leg 1978_

Trtmnt. for:  ☐ Posit PPD  ☐ Diagnosed
Medications: _N/A-AF_
Start Date: _____  End Date: _____
List Drugs Used _none._

### V. Psychiatric Diagnosis?  No _X_  Yes _____  Specific Diagnosis _Ø._

Psychiatric Medications _Ø._

Referring Physician's Name _Charles Moins. MD_
(Please Print)

Signature of Health Provider Completing Form _Patricia A Hinckley RN_  Date _8-15-07_

**CAPE VINCENT CORRECTIONAL FACILITY**
Correctional Facility  Phone _654-4100_  Ext. _6105_

Signature of Health Provider Updating Form _A. Arnne? H/07_  Date _10/10/07_  Form Changes: ☐ Yes ☒ No

*Information required by SUNY Health Science Center for referral.*

Distribution:  Original - Hospital/consultant or Clinic
Copy - Attach to consultation report/clinic info and place in Consultation Divider

My Name is Cornado Familim  BtC# 349-06-13343
And I would like to explain the accounts
Of my Dentention I was given a summons for Drinking
out on the Street when I sent a money order for the
amount of what was given on summons. They returned my money order.
For not being properly filled out I never returned to court.
For which I made had a warrant filled out for
My arrest. When they Inquired as per my whereabouts
They did not find me at my residence, I was fishing
at the river. A few days after they Inquired as per
My Whereabouts they found me fishing by the river at
which time they Proceeded to viseiously Beat me
To the point where they Knocked out to of my teeth
Cracked To rib's on my left Side. I also have Several
Bruises to my forehead and left side of Jaw while
laying onthe Ground they also Proceeded to kick me
all over my body head + face at which time
they Proceeded to tell me that they were kicking My
Ass for them having to look for me.
After this viseious beating they took me to a
hospital at which time they rufused to let me get
Mudical att. They only let the doctor look me over, physical
The doctor also Stated that It was his duty
To Provide you with medical att. But was not
allowed to by the Police officer's. Also to add
When I was taken to the hospital I was unconscie
Btc#34906 13343

# CAPE VINCENT CORRECTIONAL FACILITY

## INMATE DENTAL REQUEST NOTIFICATION FORM

Name _Cornado F._    DIN# _07R2873_

Housing Unit _E.2.44B_    DATE _OCT 29 2007_

We received your dental care request. This places you on our list for treatment. Your request has been placed in priority order. There is no need to send any additional callout requests. Watch the callout for your date and time.

*12-27-07 Extrasion*
*(12-28-07)*
*Perdi-lo ultimo que me quedo dela*
*Protexis inferior y tresdientes mas*
*flosos*

*10-30-07*
*11-26-07 limpieza*

MK063 (12/95)

## MOHAWK CORRECTIONAL FACILITY DENTAL CLINIC

NAME _Cornado, F_    DIN _07R2873_
Nombre                Numero de Identificacion

Block _15_  Company _A_  Cell _17_
Bloke      Compania    Selda

MAY 0 1 2009

### DENTAL CLINIC RESPONSE
*Respondencia de la Clinica Dental*

1. You will be given an appointment as soon as possible and will receive a call out
   *Usted reciba una cita dental lo mas pronto possible y reciba una cita por correro*

2. You have been placed on a treatment list and will be called in turn for a
   *Usted a sido puesto en la lista de tratmiento y sera llamado en su turno para*

   ___filling  ___cleaning  ___denture/partial  ___extraction  ___appointment
   *empaste    limpieza     dentadora/parcial   extracion       cita dental*

3. You are already on a list from a previous request and must wait your turn
   *Usted ya esta en la lista i debe esperar su turno*

4. Not enough information. Completely describe your problem on a new form
   *Usted no los mandado informacion suficiente respecto a su problema un nuevo formulario*

5. Other _A disbursement sent to dental for $2.00 (4 pages @ 50¢ per page) is needed to prosess your request._
   *Otras*

*El expediente del dentista se podia solo existen cuenta copias*

3

Famian Cornado 07-R-2873                          August 22,2009
Mohawk Correctional Facility
6100 School RD, BOx 8451
Rome, NY 13442-8451

Stephen Morello
Record Access officer
NYC Department of Corrections
60 Hudson Street
New York, NY 10013

Dear Mr. Morello:

     Enclosed for your conveniances is my F.O.I.L for copies of my
medical file. My request is to obtain a copy of all my medical record
upon arrival into G.M.D.C on July 29th 2006, and the treatment rendered
to me for the injury's I recieved during my arrest.

     Please provide me with all of the treating Doctor's Physical
exam provied to me at G.M.D.C..Ifthere is a cost for copying please
 inform me so I can send payment.
     Thank you for all of you help with this matter.


Respectfully;


Famian Cornado,


cc:File

_July 29th 2006, And Abril,19,-07_
_G.M.D.C._
_INMATE CORRIDOR ACCESS PASS_

DATE: 10-74-06

INMATE'S NAME: Ornado, F

B/C#: 3490613543

HOUSING AREA: D13

DESTINATION:

FROM: **CLINIC**

TIMEOUT:



**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|---|---|
| 8/3/06 MDC Main 8 conn | Med Dist No complaints NAD *Jacques Lorthé II, RPA* *Cristian Pedestru, MD* |
| 8/4/06 | medical isolation Rule pt in court, F/V 8/5/06 *Ira Gornish, RPA* *LANDIS BARNES, D.O.* |
| 8/5/06 SN 7N | Medil chulin S- Refel M/provider O- VSS B- stable P- CXR-600 *Arthur Louie, RPA* *Eugene C. Mateo, MD, MPH* |
| 8/6/6 0730 SN MDC | NT Rehsing labwork. & clo's. Plan: F/V 8/7 *Geoffrey Ferracci, RPA* *Cristian Pedestru, MD* |
| 8/7/06 SN | S/P refused Intake procedures c- pt seen *Arthur Louie* 8/8/06 |

CHS 288 (Rev. 3/05)

# ON – ISLAND SPECIALTY CLINIC

**(A)  PATIENT INFORMATION:**

Last Name: CONADO    First Name: FAMIAN    B&C #: 3490613343

Date: of Appointment: 8/8/06    Facility: BBKC

**(B)  SPECIALTY CLINIC:**

☐ Oral Surgery

☐ Audiology    ☐ GI    ☐ Optometry    ☒ Surgery

☐ Cardiology    ☐ Hand    ☐ Orthopedic    ☐ Urology

☐ Dermatology    ☐ Neurology    ☐ PT    ☐ Mammo / Sonography

☐ ENT    ☐ Ophthalmology    ☐ Podiatry    ☐ OB / GYN

**(C)  PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☐ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | Yes | No | N/A |
|---|---|---|---|
| Medication order(s) written: | ☐ | ☐ | ☐ |
| Problem list in RIIS updated: | ☐ | ☐ | ☐ |
| F/u appt. updated in RIIS: | ☐ | ☐ | ☐ |
| Specialty Recommendation(s): | ☐ | ☐ | ☐ |

**Follow-up Appt. within**

☐ 2 weeks    ☐ 8 weeks

☐ 4 weeks    ☐ 12 weeks

☐ 6 weeks    ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

_____    _____    _____
Signature    Provider Stamp    Date

*Brian Donaldson, MD*

**(D)  FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: 11/8/06    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: E Ogaldez    Date: 8/9/06

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

Scheduler will complete Sections A, B, and D    Provider will complete Section C

CHS FORM C

| REFUSAL OF TREATMENT PROGRESS NOTE (The Refusal of Treatment Form C on the reverse side must also be completed) | Patient Addressograph |
|---|---|

On _____8/8/06_____ (Date), the above-named patient refused the treatment/procedure which is medically or psychiatrically indicated and necessary. I explained the risks, consequences and danger to the health and possibly the life of the above-named patient.

As I explained to the patient, the risks, consequences and dangers of refusing the treatment/procedure include but are not limited to:

_Pt. is aware that she will be put in Medical_
_Isolation._

I provided the above-named patient with the opportunity to ask questions. I have answered the questions asked and it is my professional opinion that the patient understands what I have explained.

_(signature)_                                   8/8/06

**Signature of Attending Physician or Authorized Health Care Provider[1]**   **Date**

Frances Quashie, LPN

**Print Name and Identification Number**

[1]Authorized Health Care Provider is one who is credentialed and privileged by the medical staff to perform this diagnostic test, procedure or surgery that requires informed consent. See also HHC Consent Policy, Article III.

| New York City Department of Health and Mental Hygiene | Patient Addressograph |
|---|---|
| **PATIENT REFUSAL OF TREATMENT** | *Cruz Ortiz Familian*<br>*349 06 133 K2* |

**CHS FORM C**

This is to certify that I am over the age of 18 years and I am refusing the following:

- ☐ Medical Evaluation [History and Physical]
- ☐ Medical Services
- ☐ Administration of Medication (other than psychiatric)
- ☑ Laboratory Services
- ☐ Diagnostic Testing
- ☐ Other _____ *PPD implant*

- ☐ Mental Health Evaluation
- ☐ Mental Health Services
- ☐ Administration of Psychiatric Medication
- ☐ X-ray Services
- ☐ Clinic Appointment at _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the risks, consequences and the danger to my health and possibly to my life which may result from my refusal of this procedure/treatment.

~~I have been given time to ask questions about my condition and about my decision to refuse the procedure/~~ treatment which my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment and I am releasing all of the health care providers, the facility and its staff from any and all liability for ill effects that may result from my refusal of treatment.

_____ *Refused* _____          _____ *8/8/06* _____
**Signature of Patient**          **Date**

**Two Witnesses:**    I, _____ *Reid* _____ am health care staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form.

**Joan Reid, P.C.A.**

_____
**Signature and Title of Witness**

I, **Norma Blackwood, LPN** _____ am not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form.

_____
**Signature and Title of Witness**

**Interpreter/Translator:**  [To be signed by the interpreter/translator if the patient require such assistance] To the best of my knowledge the patient understood what was interpreted/translated and voluntarily signed this form.

_____
**Signature of Interpreter/Translator**

CHS 305 (Rev. 3/04)

CHS FORM C

| **REFUSAL OF TREATMENT PROGRESS NOTE** (The Refusal of Treatment Form C on the reverse side must also be completed) | **Patient Addressograph** |

On ___8/8/06___ (Date), the above-named patient refused the treatment/procedure which is medically or psychiatrically indicated and necessary. I explained the risks, consequences and danger to the health and possibly the life of the above-named patient.

As I explained to the patient, the risks, consequences and dangers of refusing the treatment/procedure include but are not limited to:

_Pt. is aware that she will be put in Medical Isolation._

I provided the above-named patient with the opportunity to ask questions. I have answered the questions asked and it is my professional opinion that the patient understands what I have explained.

_____
**Signature of Attending Physician or Authorized Health Care Provider**[1]

___8/8/06___
**Date**

Frances Quashie, LPN

_____
**Print Name and Identification Number**

[1]Authorized Health Care Provider is one who is credentialed and privileged by the medical staff to perform this diagnostic test, procedure or surgery that requires informed consent. See also HHC Consent Policy, Article III.

CHS 305 (Rev. 3/04)

# ON – ISLAND SPECIALTY CLINIC

## (A)  PATIENT INFORMATION:

Last Name: _CONADO_   First Name: _FAMIAN_   B&C #: _3490613343_

Date: of Appointment: _8/8/06_   Facility: _BBKC_

## (B)  SPECIALTY CLINIC:

☐ Oral Surgery

☐ Audiology    ☐ GI    ☐ Optometry    ☒ Surgery

☐ Cardiology    ☐ Hand    ☐ Orthopedic    ☐ Urology

☐ Dermatology    ☐ Neurology    ☐ PT    ☐ Mammo / Sonography

☐ ENT    ☐ Ophthalmology    ☐ Podiatry    ☐ OB / GYN

## (C)  PROVIDER INFORMATION:

☐ Seen (no follow-up appt needed)
☐ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☐ N/A |

### Follow-up Appt. within

☐ 2 weeks    ☐ 8 weeks

☐ 4 weeks    ☐ 12 weeks

☐ 6 weeks    ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1._____    4._____

2._____    5._____

3._____    6._____

_____    _____    _____
Signature    Provider Stamp    Date

Brian Donaldson, MD

## (D)  FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _11/8/06_    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _E Ogalely_    Date: _8/9/06_

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

Scheduler will complete Sections A, B, and D    Provider will complete Section C



**NYC Health**

THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPRO
CORRECTIONAL HEALTH SERVICES

CORNADO, FAMIAN   00000000
HOMELESS
NY, NY 00000
07-JUL-56 O Y M 5'7"  150 BRO BRO
CC N
NONE,

# PROGRESS NOTE

3490613343 0737582M 30-JUL-06

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|-------------|
| 8/8/06 mnc | Medical Isolation lds Pt agrees to comply ē Medical Intake protocol Doc Notified to bring Pt to medical Clinic   Ira Cornish, PA   LANDIS BARNES, D.O |
| MDL 8/8/06 1.55p | Pt refused to have PB implant and blood drawn for RPR. Refused to Sign refused Pts. Remains in Medical Isolation.   Frances Quashie, LPN |
| 8/9/06 mnc | Medical Isolation lds Pt in court FLV 8/10/06   LANDIS BARNES, D.O   Ira Cornish, PA |
| 8/10/06 | X-Ray DMC 8/1/06 Received by MC today ē (nad). "Hilar DMC T? vs on lesion Pts go pos ē clinics 1? will do IA+Ld une 1137 LPN |

CHS 288 (Rev. 3/05)



**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 8/10/06 | S̄ 0 complaints; still refuser |
| MDC SNB | N̄ NAD |
| 9:57A | A - Stable |
| | P - RF 8/11/06 |
| | BSE |
| | B. RDRES-CLEMENTE, PA |
| | *LANDIS BARNES, D.O.* |
| 8/21/06 mote | S - Pt c/o Blurred vision s/p head trauma + month ago also c/o broken dental partial + missing teeth |
| | O - T 98.6  ℓ - 14  HR 72  BP 118/74 |
| | Neut + Periorb Exm.  oral (+) missing teeth |
| | Lg CTA |
| | HT S₁S₂ N2 |
| | abd B √ ⊕ |
| | A/P Blurred Vision - Ophthalmology Consult |
| | Broken Partial Missing teeth, Dental Consult |
| | FU ___ M W___ |

NYC Department of Health and Mental Hygiene

## DEPARTMENT OF RADIOLOGY

### REQUEST FOR X-RAY

| X - RAY # | EXAMINATION | FACILITY _MDC_    HOUSING AREA |
|---|---|---|
| EXAMINATION REQUESTED | ☐ GI Series | |
| | ☐ Barium Enema | NAME _Coknado, Fabian_ |
| | ☐ I.V. Pyelogram | |
| _(L) Ribs_ | ☐ Chest Routine | I.D. # _349-06 13393_ |
| _PA-L st + chest_ | ☐ Abdomen | |
| | ☐ Skull | D.O.B. |

HISTORY AND CLINICAL INFORMATION

_S/P Rib Trauma_

| Ordered By | Request Date _8/10_ | TIME IN |
|---|---|---|
| Approved By          M.D. | Date Approved | |

| Age | Sex | |
|---|---|---|
| Previous ☐ Yes  X-Ray ☐ No | | TIME OUT |
| Females:              ☐ Yes   If Yes:  Pregnant          ☐ No    Date of last period | | |

**FILM USED**

| 14x17 | 14x14 | 11x14 | 10x12 | 8x10 | Signed: |
|---|---|---|---|---|---|
| | | | | | Date |

HISTORY OF ALLERGIES

---

**DO NOT WRITE BELOW THIS LINE - FOR RADIOLOGY USE ONLY**

REPORT

X RAY REPORT

DATE                                        RADIOLOGIST M.D.



Form RI003  Rev 12/97



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

**EVERY ENTRY _MUST_ BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|------|--------------|
| 8/11/06 mon | Med Isol q.h.s. |
| | Pt in count, |
| | F/u 8/12/06 |
| | Ira Oprinsk, RPA |
| | ANDIS BARNES, D.O. |
| 8/12/06 5N 7⁰⁰ | Needs, desk |
| | 1 - Refer PPD No cyfent |
| | Ø NKA |
| | Ø H/all |
| | P + V 01/2/06 |
| | Arthur Lowe, RPA |
| | Eugene C. Mateo, MD, MPH |
| 8/13/06 5N 0750 nurse | M.T. |
| | a cloo. Nurses PPD |
| | elim. F/u 8/14/6 |
| | Geoffrey Ferrucci, RPA |
| | Justin B. Wilson, MD |
| 8/14/06 nurse 5N 0930 | EFS - M.T |
| | (S) Pt refused not Intake procedures |
| | a. Pt seen |
| | P/p F/u 8/15/06 |
| | Barnes |

CHS 288 (Rev. 3/05)



**NYC Health**
THE NEW YORK CITY
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

CORNADO FAYIAN
34906133 43

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 8/15/06 MDC 5N 8:36A | ✓ - @ court ☐ per Sol. ↑ - Pt has completed 14d isolation ... ∴ cleared from med iso. BFC BFORPE - CHEMON RG LANDIS BARNES, D.O. |
| 8/16/06 MDC 7A₂ | Rib S₂ Pt c̄ Hx g blunt trauma prior to arrival on 7/31/06 c/o pain ℗ posterior ribs Tx'ed c̄ NSAID ⊖ SOB ⊖ N/V ⊖ fever ⊖ cough O = NAD ABN cxRay Fx g ℗ 9ᵗʰ & 10ᵗʰ Rib and ℗ pleural reaction or effusion seen on Rib series A] Hx g Rib Fx c̄ ? effusion vs pleural reaction P: f/u pt clinically for any acut Resp Sx Rx NSAID. 8/18/06 ... Gross Haralambos ... |

FOLLOW-UP for (CIRCLE ONE) ... chronic
~~Medical~~ / Chronic / Nursing
DATE OF F/U APPT. 8/18/06

DISPOSITION: (CIRCLE ONE)
Court
~~Not Produced By DOC~~
~~Hospital / Specialty Clinic~~
Other_____
Discharge
Refused
Clinic Cancelled

Clinicians Signature_____
Date 8/18/06
R/S APPT DATE: 8/23/06

CHS 288 (Rev. 3/05)

CORNADO FAYIAN
3490613343

**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY **MUST** BE DATED AND SIGNED

| DATE | Med Exc Rel's — OBSERVATIONS |
|------|------------------------------|
| 8/15/06 MDC 5N 8:36A | P - @ court Jsper Sol P - Pt has completed 14d isolation persuasion ∴ cleared from med exc. BJC BEORES -CHEN4EN1EC LANDIS BARNES, D.O. |
| 8/16/06 MDC 7Az | Rib S= Pt ī Hx g blunt trauma prior to arrival on 7/31/06 c/o pain ① posterior ribs Tx'ed ī NSAID ⊝ SOB ⊝ N/V ⊝ fever ⊝ cough O= NAD ABN cxRay Fx g ⓛ 9th & 10th Reb and ⓛ pleural reaction vA effusion seen on Rib series A/ Hx g Rib Fx ī ? effusion vs pleural reaction P= Fl/u pt clinically for any acut resp s's Rx NSAID. 8/18/06 McGro_ |

FOLLOW-UP for (CIRCLE ONE) No change

Medical / Chronic / Nursing    HARALAMBOS whynato

DATE OF F/U APPT. 8/18/06

DISPOSITION: (CIRCLE ONE)

Court                           Discharge
Not Produced By DOC             Refused
Hospital / Specialty Clinic     Clinic Cancelled
Other_____

Clinicians Signature_____

Date 8/18/06

R/S APPT DATE: 8/23/06

CHS 288 (Rev. 3/05)

850 7th AVENUE, SUITE 1105, NEW YORK, NY 10019
TEL 212.586.5700  FAX 212.586.5726

August 15, 2006

Trevor Parks MD
Prison Health Services, Inc./Rikers Island
Radiology Department
1818 Hazen Street
East Elmhurst, NY 11370

RE : Cornado, Farian
Unit #: 43299
B/C #: 3490613343
Facility: MDC
DOB: ? 7/7/56
DOE : 8/15/2006

## Chest X-Ray 1 View

Presented for interpretation is a radiographic examination of the chest.

The PA chest film does not show the left ninth and tenth rib fractures as seen on the rib series. The PA chest film shows an area of disc atelectasis at the left base. No pleural effusion is noted on this examination although the pleural reaction or effusion is seen on the rib series. The heart is not enlarged.

Impression: No pneumothorax. The fractures of the left ninth and tenth ribs and the left pleural reaction or effusion demonstrated on the rib series are not seen on the PA chest examination.

Seymour Sprayregen MD
Cert. American Board of Radiology

RECEIVED
AUG 16 2006
By

2 of

SEE NOTE OF
8/16 By McCARTNY

850 7th AVENUE, SUITE 1105, NEW YORK, NY 10019
TEL 212.586.5700 FAX 212.586.5726

August 15, 2006.

Trevor Parks MD
Prison Health Services, Inc./Rikers Island
Radiology Department
1818 Hazen Street
East Elmhurst, NY 11370

2006 AUG 15  P  9:28

RE : Cornado, Farian
Unit #: 43299
B/C #: 3490613343
Facility: MDC
DOB: 7
DOE : 8/15/2006

## Chest X-Ray 1 View

Presented for interpretation is a radiographic examination of the chest,

The PA chest film does not show the left ninth and tenth rib fractures as seen on the rib series. The PA chest film shows an area of disc atelectasis at the left base. No pleural effusion is noted on this examination although the pleural reaction or effusion is seen on the rib series. The heart is not enlarged.

Impression: No pneumothorax. The fractures of the left ninth and tenth ribs and the left pleural reaction or effusion demonstrated on the rib series are not seen on the PA chest examination.

Seymour Sprayregen MD
Cert. American Board of Radiology

2 of 2

(TUE) 8. 15' 06 20:1        2. 54/NO. 4861471125 P 25

850 7th AVENUE, SUITE 1105, NEW YORK, NY 10019
TEL 212.586.5700  FAX 212.586.5726

August 15, 2006

Trevor Parks MD
Prison Health Services. Inc./Rikers Island
Radiology Department                    200b AUG 15  P 9: 28
1818 Hazen Street
East Elmhurst, NY 11370

RE : Cornado, Farian
Unit #: 43299
B/C #: 3490613343
Facility: MDC
DOB: ?
DOE : 8/15/2006

## Ribs, Left Hemithorax X-Ray

Presented for interpretation is a radiographic examination of the ribs of the left hemithorax.

There are fractures of the posterolateral aspect of the left ninth and tenth ribs. The tenth rib fracture is minimally displaced while the ninth rib fracture is not. There is a small pleural reaction or effusion at the left base. No pneumothorax is noted.

Impression: Fractures of the left ninth and tenth ribs with small left pleural reaction or effusion on the left. No pneumothorax.

This report was faxed to 718-546-3819 , 718-546-5205, 718-546-5211 and 718-546-5111 on 8/15/06 at 9:00 p.m.

RR025815                                                      1 of 2

# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: CORNADO    First Name: FABIAN    B&C #: 349061334 3

Date: of Appointment: 8/17/06    Facility: MDC

**(B) SPECIALTY CLINIC:**

☐ Oral Surgery

☐ Audiology        ☐ GI        ☐ Optometry        ☒ Surgery

☐ Cardiology       ☐ Hand      ☐ Orthopedic       ☐ Urology

☐ Dermatology      ☐ Neurology ☐ PT               ☐ Mammo / Sonography

☐ ENT              ☐ Ophthalmology ☐ Podiatry      ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☐ Seen need follow-up appt)
☐ No show (need new appt)
☒ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | |
|---|---|---|
| Medication order(s) written: | ☐ Yes ☐ No ☐ N/A | |
| Problem list in RIIS updated: | ☐ Yes ☐ No ☐ N/A | |
| F/u appt. updated in RIIS: | ☐ Yes ☐ No ☐ N/A | |
| Specialty Recommendation(s): | ☐ Yes ☐ No ☐ N/A | |

**Follow-up Appt. within**

☐ 2 weeks        ☐ 8 weeks

☐ 4 weeks        ☐ 12 weeks

☐ 6 weeks        ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

_____    _____    8/19/06
Signature          Provider Stamp     Date

*Brian Donaldson, MD*

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____    ☒ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: E Ogaldy    Date: 8/18/06

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|

Patients' Name _Corrado, Famion_    DOB _7/7/56_

FROM _MDC_, _34906/3743_
Correctional institution        Inmate no.

Referred to _Ophthalmology_        Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings: _new c/o Blurred vision_
_s/p Trauma 7/2006_

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

_Please_
_evaluate_

Request:

Date _8/21/06_ Referring Physician _Ira Gornish, RPA_ ✓        Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

*Reminder: Fully Complete the Problem List*

CHS 5014 (Rev. 5/04)

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name  Cornado, Famiw          DOB  7/7/56

FROM  MDC          , 3490613547

Correctional institution          Inmate no.

Referred to  Dental          Ward / Clinic

Hospital          / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

c/o missing
teeth +

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

broken partial

Request:          please evaluate

Date  8/21/06          Referring Physician          Phone          Approved

Consultation, findings and recommendations:  Ira Gornish, RFA

Date          Physician

CHS 5014 (Rev. 5/04).          *Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _Coznado, Famium_ DOB _7/7/56_

FROM _MOC_ , 3 4 9 0 6 / 3 8 4 3
　　Correctional institution　　　　　Inmate no.

Referred to _Dental_ _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

c/o missing
teeth +
broken partial
please evaluate

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _8/21/06_　Referring Physician ___Ira Bomian, RPA___　Phone_____ Approved_____

Consultation, findings and recommendations:

9/7/06 Transferred to ARDC P/s for 9/12/06   S-Initial

O 9/3 Exam of PMH; MODA

A - Exam reveals LRPD Replacing #23-26
#30, 31

Missing #1-3, 10, 11, 14, 16, 17-21, 23-25,
30-32, perio changes #26, 28, 22, 27

P - Pt given OHI/OCS. Pt Rx Peridex
- supra + sup gingival scaling + polish
- MSGiven, PT test WNL

Date _____ Physician _____

CHS 5014 (Rev. 5/04)　10/02/06　*Reminder: Fully Complete the Problem List*

Report ID: IRC00100

# Pharmacy Order
## Sorted by: Start Date

8/24/2006
1:46:18 PM

| | | | |
|---|---|---|---|
| Name: | **Cornado, Famian** | Book & Case: **349-06-13343** | NYSID: **0737582M** |
| DOB: | **7/7/1956** | Site/Housing: **MDC/4S** | |
| Drug: | **Naprosyn** | | Dosage: **500MG** |
| Form: | **Tab** | SIG: **po bid prn** | |
| Reason: | **Other - musculoskeletal pain** | Start: **8/24/2006** | Duration: **5 days** |
| Written by: | **Geoffrey Ferrucci, PA - Physician Assistant** | | |
| Approved by: | **Cristian Pedestru, Physician** | | Pharm: _____ |
| Allergies: | **NKA** | | |

## DC:

En los musculos presento dolor en la frente, oreja, cuellos, escroto, espalda, nariz, los musculos de la vista tantos interior como superior. Los maxilares tanto inferior como superior, donde no puedo todavia masticar correctamente los alimento, El estomago no puedo dormir sobre este. Si ento un cuerpo extraño al dormir sobre este, pienso en el Doctor Litta, V Prasad cirujano urologo. El Porque continuo con esto dolores tan peno de vez en cuando que me mandan para el Hospital, donde no le acepte ha la ciencia el matarme el testiculo y no curarme. Por que no me curan

**NYC Health**
THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|------|--------------|
| 8/24/6 | S/c |
| 9³⁵a | Pt. inquiring about his dental + |
| MDc | Ophthalmology appts. C/o general head |
| | pain, teeth pain + back pain as |
| | described on prior occasions. |
| | |
| | O: HR = 70   RR = 12 |
| | Gen: NAD. |
| | HEENT: PERRL, EOMI. |
| | Back: ⊘ tenderness ⊘ deformity. |
| | |
| | A/P: 1. musculoskeletal pain |
| | Naprosyn PRN. |
| | |
| | 2. Visual △'s. Ophthalmology appt |
| | generated. |
| | 3. Dental: appt generated. |
| | |
| | d/w pt + translator. |
| | |
| | Geoffrey Ferrucci, RPA |
| | |
| | Cristian Reguestra, MD |
| | |
| | |
| | |