# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name Coronado Fabian DOB 7/7/56

FROM RNDC , 3490613343
Correctional institution Inmate no.

Referred to Dental Ward / Clinic

Hospital / Clinic no.

Chief complaint or findings: Dental decay + tooth missing + broken false teeth. Please evaluate! thanks.

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

Date 8/28/06 Referring Physician Rafael Calderon PA-C. Phone ____ Approved ____

Rafael Calderon-Lantz RPA

Consultation, findings and recommendations:

Date ____ Physician ____

CHS 5014 (Rev. 5/04)

***Reminder: Fully Complete the Problem List***

Report ID: IRC00100

# Pharmacy Order

Sorted by: Start Date

8/28/2006
12:04:56 PM

| | | | | | |
|---|---|---|---|---|---|
| Name: | Cornado, Famian | Book & Case: | 349-06-13343 | NYSID: | 0737582M |
| DOB: | 7/7/1956 | Site/Housing: | ARDC/M4NU | | |
| Drug: | Naproxen | | | Dosage: | 500MG |
| Form: | Tab | SIG: | Take 1 tab po bid | | |
| Reason: | Other - Pain. | Start: | 8/28/2006 | Duration: | 4 days |
| Written by: | Rafael Calderon-Lanz, PA - Physician Assistant | | | | |
| Approved by: | | Yungdo Park, MD | | Pharm: | ____________ |
| Allergies: | NKA | DC: | | | |

| | | | | | |
|---|---|---|---|---|---|
| Name: | Cornado, Famian | Book & Case: | 349-06-13343 | NYSID: | 0737582M |
| DOB: | 7/7/1956 | Site/Housing: | ARDC/M4NU | | |
| Drug: | Robaxin | | | Dosage: | 500MG |
| Form: | Tab | SIG: | Take 1 tab po BID | | |
| Reason: | Other - Pain. | Start: | 8/28/2006 | Duration: | 4 days |
| Written by: | Rafael Calderon-Lanz, PA - Physician Assistant | | | | |
| Approved by: | | Yungdo Park, MD | | Pharm: | ____________ |
| Allergies: | NKA | DC: | | | |

No puedo nombrar todo el esqueleto, pero lo que es el torax sacando las (extremidades) sufrir fuertemente patadas por parte de mis atacante que hoy por hoy presento al paso de los años fuertes dolores. y en los testiculos que orinearme impiden caminar, sentarme no en cuanto forma de estar conforme.

# ON -- ISLAND SPECIALTY CLINIC

ARDC

**(A) PATIENT INFORMATION:**

Last Name: Cornado First Name: Famian B&C #: 3490613343

Date: of Appointment: 8/29/06 Facility: BBKC

**(B) SPECIALTY CLINIC:**

☐ Oral Surgery

☐ Audiology ☐ GI ☑ Optometry ☐ Surgery

☐ Cardiology ☐ Hand ☐ Orthopedic ☐ Urology

☐ Dermatology ☐ Neurology ☐ PT ☐ Mammo / Sonography

☐ ENT ☐ Ophthalmology ☐ Podiatry ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☐ Seen need follow-up appt)
☑ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☐ N/A |

**Follow-up Appt. within**

☐ 2 weeks ☐ 8 weeks

☐ 4 weeks ☐ 12 weeks

☐ 6 weeks ☐ Other:______

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. ____________ 4. ____________

2. ____________ 5. ____________

3. ____________ 6. ____________

[Signature] Signature

Austin White
Optometrist
Provider Stamp

8/29/06
Date

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: 11/29/06 ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: [Signature] Date: 8/30/06

**WHITE COPY TO** *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
**YELLOW COPY TO** *UM DEPARTMENT*

**Scheduler will complete Sections A, B, and D** **Provider will complete Section C**

MV 9/1

Brian Donaldson, MD

M4 NU

Transfer In 9/29

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Patients' Name CORDADO Gamjan DOB 7/7/56

FROM RNDC , 3490613343
Correctional institution Inmate no.

Referred to SURGERY Ward / Clinic

Hospital / Clinic no.

Leave blank for hospital use

RECEIVED SEP 1 2006 9/1/06

Kyaw Aung, MD

Chief complaint or findings: Pt 50 y.o. ♂ c̄ (R) scrotal hernia. No acute pain, no induration. Transfered from MDC

Diagnosis, treatment and medications by C.H.S.: Please evaluate!

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

Date 8/31/06 Referring Physician Rafael Calderon PA-C Phone Approved

Rafael Calderon-Lanz, RPA

Consultation, findings and recommendations:

Large [illegible]-Scrot [illegible]
BP 140/80 [illegible] reducible
78
98°
17
Plan → refer to Bellevue for Surgery

Date 9/22/08 Physician [signature]

CHS 5014 (Rev. 5/04)

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name Corrado Canion DOB 7/7/56

FROM RNDC / 3490613343

Correctional institution Inmate no.

Referred to SURGERY Ward / Clinic

Hospital / Clinic no.

Chief complaint or findings: Pt 50 y.o. ♂ c̄ (R) scrotal hernia. No acute pain, no induration. Transferred from MDC

**Diagnosis, treatment and medications by C.H.S.:** Please evaluate!

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

Date 8/31/06. Referring Physician Rafael Calderon PA-C Rafael Calderon-Lanz, RPA Phone ____ Approved ____

Consultation, findings and recommendations:

Date ____ Physician ____

CHS 5014 (Rev. 5/04)

***Reminder: Fully Complete the Problem List***

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name CORNADO, AMIAN DOB

FROM Correctional institution 3490617343 Inmate no.

Referred to Ward / Clinic

Hospital / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

Date 9/6/06 Referring Physician Phone Approved

Consultation, findings and recommendations:

Date Physician

CHS 5014 (Rev. 5/04)

***Reminder: Fully Complete the Problem List***



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

Corvado Samuel
3490613343.

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 9/5/06. | S/C note. |
| 1-30 PM | Pt-56 y.o ♂ comes to the clinic c/o headache |
| S/C. | for more than 1 month. After he was [illegible] |
| RNDC. | Pt denies N/V, dizziness or any other c/o. |
| | Also comes to re-new his medication. |
| | AAOx3 NAD cooperative ambulatory |
| | BP: 110/70 R=16. T:97.8 P:78 |
| | HEENT – PERRLA, EMI |
| | Lung – clear, no wheezing. |
| | Heart – RRR ⊕ S1S2 ⊕ ∅ murmur. |
| | |
| | (A) Headache. |
| | Musculoskeletal pain. |
| | (P) Motrin 400 mg PO BID x 4 day. |
| | Robaxin 500 mg PO BID x 4 day. |
| | Neurology consult. |
| | F/U PRN. |
| | R. Calderon — Rafael Calderon-Lanz, RPA |
| | |
| | Yungdo Park, MD |
| 9/6/06 | S/O – called to clinic for PPD implant. |
| RNDC | AAOx3. Spanish speaking only. |
| 10pm | Communicated c̄ Spanish speaking MD. |
| | A/P – refused PPD implant/signed refusal form. |
| | MD explained adm. process to client. Pt still |
| | refused to cooperate. S. Wilson LPN. |

CHS 288 (Rev. 3/05)

Report ID: IRC00100

# Pharmacy Order

**Sorted by: Start Date**

9/5/2006
1:46:04 PM

| | | | | | |
|---|---|---|---|---|---|
| Name: | Cornado, Famian | Book & Case: | 349-06-13343 | NYSID: | 0737582M |
| DOB: | 7/7/1956 | Site/Housing: | ARDC/M4NU | | |
| Drug: | Motrin | | | Dosage: | 400MG |
| Form: | Tab | SIG: | Take 1 tab po BID | | |
| Reason: | Other - Pain. | Start: | 9/5/2006 | Duration: | 4 days |
| Written by: | Rafael Calderon-Lanz, PA - Physician Assistant | | Yungdo Park, MD | | |
| Approved by: | | | | Pharm: | |
| Allergies: | NKA | | | | |

**DC:**

| | | | | | |
|---|---|---|---|---|---|
| Name: | Cornado, Famian | Book & Case: | 349-06-13343 | NYSID: | 0737582M |
| DOB: | 7/7/1956 | Site/Housing: | ARDC/M4NU | | |
| Drug: | Robaxin | | | Dosage: | 500MG |
| Form: | Tab | SIG: | Take 1 tab po BID | | |
| Reason: | Other - Pain. | Start: | 9/5/2006 | Duration: | 4 days |
| Written by: | Rafael Calderon-Lanz, PA - Physician Assistant | | | | |
| Approved by: | | | Yungdo Park, MD | Pharm: | |
| Allergies: | NKA | | | | |

**DC:**

142

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Coronado Famian 50

Patients' Name Corrado Famian DOB 7/7/56

FROM GMDC ~~RNDC~~ , 3490613343

Correctional institution Inmate no.

Referred to NEUROLOGY. Ward / Clinic

Hospital / Clinic no.

Leave blank for hospital use

RECEIVED SEP 6 2006 9/6/06

Kyaw Aung, MD

10/6 NS

Chief complaint or findings: Pt 56 y.o. ♂ c/o Headache for approx 2 months after he was jumped by multi-inmates.

Diagnosis, treatment and medications by C.H.S.: Pt denies N/V, dizziness, loss of balance or any other c/o. Pt has been c̄ Motrin/Robaxin for more than 2 weeks and still c/o the same pain when the effect goes away.

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Please evaluate.

BP-110/70 R=16 T:97.8 P:78.

Request:

Date 9/5/06 Referring Physician Rafael Calderon PA-C Rafael Calderon-Lanz, RPA Phone ______ Approved ______

Consultation, findings and recommendations: 56 y/o (?) [illegible] with head trauma 7/30/06 c̄ LOC x minutes → Metro ER. He had headaches for a few months. [illegible] main complaint is visual; sees a "light" when he looks to the side; blurred vision. Neuro exam is normal.

Dx: S/P head trauma

Rec: Eye consult.

NO CHART

Date 1/5/07 Physician Harold Appel, M.D.

JAN 05 2007

CHS 5014 (Rev. 5/04)

*Reminder: Fully Complete the Problem List*



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

Corvado Samuel
3490613343.

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 9/5/06. | S/C. note. |
| 1-30 PM. | Pt-56 y.o ♂ comes to the clinic c/o headache |
| S/C. | for more than 1 month. After he was dumped |
| RNDC. | Pt denies N/V, dizziness or any other c/o. |
| | Also comes to re-new his medication. |
| | AOx3 NAD cooperative ambulatory |
| | BP: 110/70 R=16. T:97.8. P:78 |
| | HEENT – PERRLA, EMI |
| | Lung – clear, no wheezing. |
| | Heart – RRR ⊕ S1S2 ⊕ ∅ murmur. |
| | |
| | (A) Headache. |
| | Musculoskeletal pain. |
| | (P) - Motrin 400 mg. PO BID x 4 day. |
| | Robaxin 500 mg PO BID x 4 day. |
| | Neurology consult. |
| | F/u PRN. |
| | R. Calderon Rafael Calderon-Lanz, RPA |
| | |
| | Yungdo Park, MD |
| 9/6/06 | S/O - Called to clinic for PPD ~~E~~ implant. |
| RNDC | AOx3. Spanish speaking only. |
| 10pm | Communicated c̄ Spanish speaking MD. |
| | A/P - Refused PPD implant/ refusal form. sign |
| | MD explained adm. process to client. Pt still |
| | refused to cooperate. S. Wilson LPN. |

142

**CONSULTATION REQUEST**

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Leave blank for hospital use

RECEIVED SEP 6 2006 9/6/06

Kyaw Aung, MD

10/6 NS

Coronado FAMIAN 50

Patients' Name CORADO Famian DOB 7/7/56

FROM GMDC RNDC , 349 06 13343

Correctional institution Inmate no.

Referred to NEUROLOGY. Ward / Clinic

Hospital / Clinic no.

Chief complaint or findings: Pt 56 y.o. ♂ c/o Headache for approx 2 months After he was jumped by multi-inmates. Pt denies N/V, dizziness, loss of balance or any other c/o.

Diagnosis, treatment and medications by C.H.S.: Pt has been c̄ Motrin/Robaxin for more than 2 week and still c/o the same pain when the effect goes away.

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Please evaluate.

BP- 110/70 R=16 t-97.8 P-78.

Request:

Date 9/5/06 Referring Physician Rafael Calderon PA-C. Rafael Calderon-Lanz, RPA Phone ______ Approved ______

Consultation, findings and recommendations: 56 y/o (R) handed ♂ with head trauma 7/30/06 c̄ LOC x minutes → Metro ER, He had headaches for a few months, after this, main complaint is visual; sees a "light" when he looks to one side, blurred vision.

Neuro exam is normal

Dx: S/P head trauma

Rec: Eye consult.

NO CHART

Date 1/5/07 JAN 05 2007 Physician Harold Appel, M.D.

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name Corrado Fabian DOB 7/7/56.

FROM RNDC , 34906/13343
Correctional institution Inmate no.

Referred to NEUROLOGY. Ward / Clinic

Hospital / Clinic no.

Chief complaint or findings: Pt 50 y.o. ♂ c/o. Headache. For approx. 2 months After he was jumped by multi-inmates.
Pt denies. N/V, dizziness, loss of balance or any other c/o.

**Diagnosis, treatment and medications by C.H.S.:**
Pt. has been c̄ Motrin/Robaxin. For more than 2 weeks and still c/o the same pain. when the effect goes away.

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:
Please evaluate.
BP: 110/70 R: 16 T: 97.8 P: 78.

Request:

Date 9/5/06 Referring Physician Rafael Calderon PA-C. Phone ______ Approved ______

Rafael Calderon-Lanz, RPA

Consultation, findings and recommendations:

Date ______ Physician ______

CHS 5014 (Rev. 5/04)

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name Cornado, Famian DOB 7/7/1956

FROM RNDC, 3490613343
Correctional institution Inmate no.

Referred to DOC Ward / Clinic

Hospital / Clinic no.

Chief complaint or findings: Patient is fit for GP

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

Date 9/7/06 Referring Physician Christine Mercier, RPA Phone Approved

Consultation, findings and recommendations:

Date Physician

CHS 5014 (Rev. 5/04)

***Reminder: Fully Complete the Problem List***



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

Cornado, Famian
349-06-13343
DOB 7/7/1956

| DATE | OBSERVATIONS |
|---|---|
| 9/7/06 | PA note |
| C74 | Pt brought back to clinic by DOC inquiring |
| 1240Am | about need for medical isolation. |
| | Pt refused PPD on admission 7/31/06, |
| | was placed in medical isolation for 2 wks. |
| | Pt now is fit for GP. DOC notified. |
| | [signature] PA |
| | Christine Mercier, RPA |
| | [signature] 9/7/06 |
| | Rubena Pugeda-Chan, MD |
| 9/11/06 | [illegible] |
| C74- | S. pt present to clinic c/o ⊕ upper |
| 1045 AM | back pain + requesting for |
| | medication renewal. pt also |
| | c/o blurry vision + requesting |
| | to see eye doctor. |
| | |
| | O: pt appears in no distress |
| | V/S BP 120/80 P-70 R-14 T-98 |
| | [illegible] - N/C AT [illegible] |
| | [illegible] teeth [illegible] |
| | [illegible] |
| | Back - ⊕ upper back tender c palpation |
| | ⊖ [illegible] |
| | |
| | A/P musculoskeletal c motrin [illegible] |
| | pain |
| | referring him c blurry vision - [illegible] eye doctor |

CHS 288 (Rev. 3/05)

Marie [illegible], MD [signature]



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

Cornado, Damian

**EVERY ENTRY MUST BE DATED AND SIGNED**

| DATE | OBSERVATIONS |
|---|---|
| 10/11/06 | MD F/u note (continued) |
| CDU-10 | CXR (PA +Lat) → ill-defined density (R) base slightly |
| 1:30p | improved :- likely CAP. |
| | Zithromax 500mg po x1 then 250mg po qd x4d. |
| | F/u serial CXR |
| | Will D/w ID. |
| | Continue Red I isolation. |
| | [signature] Mvat Win MD |
| | |
| 10/11/06 | S. O. Pt AAOx3, In no acute |
| CDU | distress tolerated medication well |
| 11-12 | A. R/O PTB |
| | P. Plan of care continues |
| | [signature] |
| | |
| 10/12/06 | S Fla/Sen [illegible] PTB |
| CDU 10 | O A/A [illegible] |
| [initials] | [illegible] PTB unresolved |
| | [illegible] PTB |
| | [illegible] & [illegible] |
| | [signature] |

CHS 288 (Rev. 3/05)

Report ID: IRC00100

# Pharmacy Order

Sorted by: Start Date

9/11/2006
10:44:57 AM

| | | | | | |
|---|---|---|---|---|---|
| Name: | Cornado, Famian | Book & Case: | 349-06-13343 | NYSID: | 0737582M |
| DOB: | 7/7/1956 | Site/Housing: | ARDC/M4NU | | |
| Drug: | Motrin | | | Dosage: | 400MG |
| Form: | Tab | SIG: | 1 tab po BID-stat dose given | | |
| Reason: | Other - back pain | Start: | 9/11/2006 | Duration: | 4 days |
| Written by: | Lemaire Pierre, PA - Physician Assistant | | | | |
| Approved by: | | | | Pharm: | ________ |
| Allergies: | NKA | | | | |

Marie Devezin, MD

**DC:**

---

Estos golpes permanecen dandome dolor de tal forma que me atacan actualmente no permitiendome dormir sobre mi estomago, dolor fuertisimo que se me presenta en la parte baja donde se encuentran los riñones. Sin tocarlo, es más del esqueleto y muscular. Recibí un ataque sorpresivo por por las espalda un arresto severo donde casi me matan.

La somatologia, me ha pisado, hasta el momento 5 veces muchas por sus maquina. Donde también está el gran Hematoma del testiculo derecho donde fui several esto ataque al [illegible] el [illegible] que me cubria.

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Patients' Name Coronado, Damian DOB 7/7/56

FROM C74 Correctional institution 349061334 Inmate no.

Referred to Optometry Ward / Clinic

Hospital / Clinic no.

Leave blank for hospital use

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.: Pt is requesting for eye glasses c decreased / Blurry vision + Glaucoma Pl eval

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

Date 9/11/06 Referring Physician [signature] Phone Approved

Consultation, findings and recommendations:

Date Physician

CHS 5014 (Rev. 5/04)

*Reminder: Fully Complete the Problem List*

Report ID: IRC00100

# Pharmacy Order

Sorted by: Start Date

9/12/2006
11:04:50 AM

Name: Cornado, Famian

Book & Case: 349-06-13343

NYSID: 0737582M

DOB: 7/7/1956

Site/Housing: ARDC/M4NU

Drug: Robaxin

Dosage: 500MG

Form: Tab

SIG: Take 1 tab po BID

Reason: Other - LBP

Start: 9/12/2006

Duration: 4 days

Written by: Rafael Calderon-Lanz, PA - Physician Assistant

Approved by:

Pharm: ____________

Allergies: NKA

Marie Devezin, MD DC:

Copy



NYC Health

THE NEW YORK CITY DEPARTMENT of HEALTH and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

Conrado Salinas
349061 33 43

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 9/12/06 | pt. S/C. Note. |
| RNDC. | |
| 11.00 PM. | pt: 56 y.o. ♂ came to the clinic to re-new |
| S/C. | his medication, pt. stable |
| | A+O×3 NAD. Cooperative ambulatory |
| | BP: 110/70 R: 16. T: 97.8 P: 78 |
| | Back - no swelling no tender. ROM fully |
| | Lower back pain. |
| | Robaxin 500 mg po. BID × 4 day. |
| | Neurology/optometry consult. pending. |
| | R. Calderon — Rafael Calderon-Lanz, RPA |
| | Marie Dervlin, MD |
| 10/5/06 | MD note |
| C74 | [illegible] X ray 10/5/06 |
| 10f | [illegible] infiltrate suspect |
| | [illegible] lateral view |
| | DOC to prod. pt |
| | [signature] [illegible], MD |
| 10/5/06 | MD note |
| C74 | operations called since DOC did not |
| 11f | produce pt. Tour commander has to be |
| | notified. Jane Sanjose, MD operations |

CHS 288 (Rev. 3/05)

No Chart

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

CORNADO FAMIAN
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

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 9/18/06 | late entry |
| | Headache |
| 1145 | Patient not produced for F/U on 9/14/06 |
| | Patient was rescheduled for 9/28 |
| c74 | Signature Jane Sanjose MD |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

CHS 288 (Rev. 3/05)

7/30

Report ID: IRC00100

# Pharmacy Order

**Sorted by: Start Date**

9/20/2006
2:29:41 PM

| | | | | | |
|---|---|---|---|---|---|
| Name: | Cornado, Famian | Book & Case: | 349-06-13343 | NYSID: | 0737582M |
| DOB: | 7/7/1956 | Site/Housing: | ARDC/M4NU | | |
| Drug: | Ibuprofen | | | Dosage: | 400MG |
| Form: | Tab | SIG: | 1 tab po bid | | |
| Reason: | Other - renew | Start: | 9/20/2006 | Duration: | 4 days |
| Written by: | Marie Devezin, Physician | | | | |
| Approved by: | Marie Devezin, Physician | | | Pharm: | ________ |
| Allergies: | NKA | | | | |

DC:

| | | | | | |
|---|---|---|---|---|---|
| Name: | Cornado, Famian | Book & Case: | 349-06-13343 | NYSID: | 0737582M |
| DOB: | 7/7/1956 | Site/Housing: | ARDC/M4NU | | |
| Drug: | Robaxin | | | Dosage: | 500MG |
| Form: | Tab | SIG: | 1 tab po bid | | |
| Reason: | Other - renew | Start: | 9/20/2006 | Duration: | 7 days |
| Written by: | Marie Devezin, Physician | | | | |
| Approved by: | Marie Devezin, Physician | | | Pharm: | ________ |
| Allergies: | NKA | | | | |

DC:

Copy

Aquí tiene la continuidad de estos dolores. Esta asistencia médica la recibí aquí en el Estado en el (City) Ciudad no fue hacer en ningún momento, y eso que hablan del 7/31/2006 fue pérdida de sangre como para morir cortada para curar y prevenir

NYC Health
THE NEW YORK CITY DEPARTMENT of HEALTH and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

CORNADO, FAMIAN
3490613343
No chart.

| DATE | OBSERVATIONS |
|---|---|
| 9/20/2006 | S/C |
| | C/o unable to see well, requests see oculist and |
| | have H/o Hernia that has ↑ in size. wants |
| | renewal of motrin and Robaxin |
| | O/E alert, active, NAD |
| | BP=120/80 P=74 R=14 T=97.6 |
| | Vision screen OS 20/100 OD 20/200 |
| | Lung CTA |
| | CVS: reg no ⓜ |
| | Abd: Soft, NT, BS+ Rt ℞ inguinal Hernia |
| | reducible |
| | Ax: H/o B pain / Refractive error / |
| | RIH |
| | Plan: renew motrin / Robaxin |
| | refer to optometrist |
| | refer to surgery |
| | RTC PRN |
| | [signature] MARIE DEVEZIN, M.D |

CHS 288 (Rev. 3/05)

# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: CORNADO First Name: FAMIAN B&C #3490613343

Date: of Appointment: ____________ Facility: ARDC

**(B) SPECIALTY CLINIC:**

| | | | |
|---|---|---|---|
| | | | ☐ Oral Surgery |
| ☐ Audiology | ☐ GI | ☑ Optometry | ☐ Surgery |
| ☐ Cardiology | ☐ Hand | ☐ Orthopedic | ☐ Urology |
| ☐ Dermatology | ☐ Neurology | ☐ PT | ☐ Mammo / Sonography |
| ☐ ENT | ☐ Ophthalmology | ☐ Podiatry | ☐ OB / GYN |

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☐ Seen need follow-up appt)
☐ No show (need new appt)
☑ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☐ N/A |

**Follow-up Appt. within**

| | |
|---|---|
| ☐ 2 weeks | ☐ 8 weeks |
| ☐ 4 weeks | ☐ 12 weeks |
| ☐ 6 weeks | ☐ Other:______ |

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. ____________ 4. ____________
2. ____________ 5. ____________
3. ____________ 6. ____________

[signature] Signature — Austin White Optometrist Provider Stamp — 09/19/06 Date

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: ____________ ☑ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: [signature] Date: 9/20/06

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

Scheduler will complete Sections A, B, and D — Provider will complete Section C

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name CORNADO, DAMIAN DOB 7-7-56

FROM RNDC (Correctional institution) 3490613343 (Inmate no.)

Referred to Surgery Ward / Clinic

Hospital / Clinic no.

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Please evaluate for RIH.

Thanks

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

Date 9-20-06 Referring Physician [signature] Phone Approved

Consultation, findings and recommendations:

Date Physician

CHS 5014 (Rev. 5/04)

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

RECEIVED

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Leave blank for hospital use

Pr on Ishof
1 ~ 7
9/21/06
Kyaw Aung, MD

Patients' Name CORNADO, DAMIAN DOB 7-7-56

FROM RNDC, 347061334 3
Correctional institution — Inmate no.

Referred to Optometry Ward / Clinic

Hospital / Clinic no.

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.: Please evaluate for ↓ vision

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

OD = 20/200
OS = 20/100

Request:

Date 9-21-06 Referring Physician MARIE [illegible], M.D. Phone ______ Approved ______

Consultation, findings and recommendations:

V sc 20/80
20/400

Ref OD -0.50 -1.50 x 75 20/25
OS +1.75 -0.00 x 165 20/60+2
Add +2.25
+2.25 20/25+2

PERRL (-) APD
Motility full

LLS -(-)
Conj: Bilateral diffuse hyperemia

Media (+) NS OD≥OS
Lens: intact. 1+NSC
AC (-) flare OS

C/D 0.2 (full & distinct)
[illegible]
[illegible] photos tear/ or det.

C/D [illegible]
S/P trauma & photophobia & redness

Rx: Anti melanoma
Rx [illegible]

Date 09/27/06 Physician [illegible]

CHS 5014 (Rev. 5/04)

*Reminder: Fully Complete the Problem List*

(1) Traumatic iritis (?) AD [illegible] — Rx [illegible]

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name CORNADO, DAMIAN DOB 7-7-56

FROM RNDC (Correctional institution) 3470613343 (Inmate no.)

Referred to Optometry Ward / Clinic

Hospital / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:** Please evaluate for ↓ vision

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

OD = 20/200
OS = 20/100

Request:

Date 9-21-06 Referring Physician [signature] Phone Approved

Consultation, findings and recommendations:

Date Physician

CHS 5014 (Rev. 5/04)

***Reminder: Fully Complete the Problem List***

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name Cunnado Yamian DOB 7/7/58

FROM RNDC 349-06-13343
Correctional institution — Inmate no.

Referred to Surgery Ward / Clinic

Hospital Bellvue / Clinic no.

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

Date 9/22/08 Referring Physician Brian Donaldson, MD Brian Donaldson, MD Phone ______ Approved ______

Consultation, findings and recommendations:

Date ______ Physician ______

CHS 5014 (Rev. 5/04)

*Reminder: Fully Complete the Problem List*

Nota yo no estube en este Hospital

# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: Cormaso First Name: Damian B&C #: 3490613343

Date: of Appointment: 9/21/06 Facility: ARDC

**(B) SPECIALTY CLINIC:**

☐ Audiology ☐ GI ☐ Optometry ☐ Oral Surgery ☐ Surgery
☐ Cardiology ☐ Hand ☐ Orthopedic ☐ Urology
☐ Dermatology ☐ Neurology ☐ PT ☐ Mammo / Sonography
☐ ENT ☐ Ophthalmology ☐ Podiatry ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

☑ Seen (no follow-up appt needed)
☐ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☐ N/A |

**Follow-up Appt. within**

☐ 2 weeks ☐ 8 weeks
☐ 4 weeks ☐ 12 weeks
☐ 6 weeks ☐ Other:______

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. Surgery → Bellevue
2. ______
3. ______
4. ______
5. ______
6. ______

Signature [signature] Provider Stamp: Bren Donaldson, MD Date: 9/22/06

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: ______ ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: ______ Date: ______

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

**Scheduler will complete Sections A, B, and D** **Provider will complete Section C**

Report ID: IRC00100

# Pharmacy Order

Sorted by: Start Date

9/27/2006
11:00:53 AM

Name: Cornado, Famian
DOB: 7/7/1956
Drug: Prednisolone Acetate
Form: Suspension
Reason: Other - Iritis
Written by: Austin White, Physician
Approved by:
Allergies: NKA

Book & Case: 349-06-13343
Site/Housing: ARDC/M4NU
SIG: 1 gtt OS qid
Start: 9/27/2006

NYSID: 0737582M
Dosage: 1%
Duration: 21 days
Pharm: ______

DC:

---

¡El iris de mis ojos fui afectado Ardlemente! De esta forma fué como permanecieron mis ojos inflamados, por los golpes hasta llegar aquí al Estado donde me han empleado laser muchas veces más que en la Isla, en fin espero con esta operación 9/17/219 y/ás lentes de contacto para lograr recupera un poco la visión. Con un poco de temor debido a la manifestación del medico en la Isla Los musculos de mis ojos plural no tiene sostén están afectados debil. Nunca existió tal conjuntivitis -



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

NC

# PROGRESS NOTE

CORNADO FABIAN

349061334

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 9/27/06 | late city |
| C74 | Checlach |
| 11 30 | Patient not produced for F/U on 9/28/06 |
| | Patient was rescheduled for 10/6 |
| | Signature Jane Sanjose, MD |

CHS 288 (Rev. 3/05)

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Leave blank for hospital use

PT at BHC
Surgery
[illegible] 9/29/06
Kyaw Aung, MD

Patients' Name CORNADO, FAMIAN DOB 7/7/56

FROM BNDC / 349061334[illegible]
Correctional institution Inmate no.

Referred to Surgery Ward / Clinic

Hospital / Clinic no.

Chief complaint or findings: Pt seen by our Field Surgeon for RIH

Diagnosis, treatment and medications by C.H.S.: recommend PT for repair at BHC

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings: Attach copy of 9/29/06 notes

Request:

Date 9/29/06 Referring Physician Kyaw Aung, MD Phone Approved

Consultation, findings and recommendations:

D/C
07/13/07
XSP

Date Physician

CHS 5014 (Rev. 5/04)

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Leave blank for hospital use

PI at BHC
Surgery
9/29/06
Kyaw Aung, MD

Patients' Name CORNADO, FAMIAN DOB 7/7/56

FROM BNDC (Correctional institution) / 3490613343 (Inmate no.)

Referred to Surgery Ward / Clinic

Hospital / Clinic no.

Chief complaint or findings: Pt seen by on Fishkill Surgeon for RIH

Diagnosis, treatment and medications by C.H.S.: recommend PI for repair at BHC

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings: Attach copy of 9/28/06 notes

Request:

Date 9/29/06 Referring Physician Kyaw Aung, MD Phone Approved

Consultation, findings and recommendations:

D/C
07/13/07
XSP

Date Physician

CHS 5014 (Rev. 5/04)

*Reminder: Fully Complete the Problem List*

Report ID: IRC00100

**Pharmacy Order**

**Sorted by: Start Date**

6/19/2007
2:17:56 PM

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Cornado, Famian** | Book & Case: | **349-06-13343** | NYSID: | **0737582M** |
| DOB: | **7/7/1956** | Site/Housing: | **GMDC/M6** | | |
| Drug: | **Metamucil** | | | Dosage: | **28%** |
| Form: | **Packet** | SIG: | **1 PACKET IN HSO QD** | | |
| Reason: | **Other - CONSTIPATION** | Start: | **6/19/2007** | Duration: | **14 days** |
| Written by: | **George Thompson, PA - Physician Assistant** | | | | |
| Approved by: | Laurence Rezkalla, MD | | | Pharm: | ______________ |
| Allergies: | **NKA** | | | | |

**DC:**

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Cornado, Famian** | Book & Case: | **349-06-13343** | NYSID: | **0737582M** |
| DOB: | **7/7/1956** | Site/Housing: | **GMDC/M6** | | |
| Drug: | **Motrin** | | | Dosage: | **400MG** |
| Form: | **Tab** | SIG: | **1 TAB PO BID** | | |
| Reason: | **Other - LBP** | Start: | **6/19/2007** | Duration: | **4 days** |
| Written by: | **George Thompson, PA - Physician Assistant** | | | | |
| Approved by: | Laurence Rezkalla, MD | | | Pharm: | ______________ |
| Allergies: | **NKA** | | | | |

**DC:**



# Bio-Reference Patient Lab Report

**Original Copy**

ARVC

| DOCTOR | |
|---|---|
| RIKERS/GMDC<br>15-15 HAZEN STREET<br>EAST ELMHURST, NY 11370<br>(C0035-5) | NAME: CORNADO, FAMIAN<br>BOOK/CASE: 349-06-13343<br>DOB: 07/07/1956<br>-FINAL- |

| NAME | PATIENT I.D./ROOM NO. | DOCTOR/GROUP NAME |
|---|---|---|
| CORNADO, FAMIAN | 349-06-13343 | |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 104908941 | 06/23/2007 | 6/23/2007 2:59 PM | 6/24/2007 3:00 AM | 50 | Y M |

| Test Description | Result | Abnormal | Reference | Range |
|---|---|---|---|---|
| | * URINALYSIS * | | | |
| Color/Appearance | Yellow/Clear | | Straw/clear | |
| Specific Gravity | 1.020 | | 1.005-1.035 | |
| pH | 5.5 | | 5.0-9.0 | |
| Protein, Urine | NEGATIVE | | Negative | |
| Glucose, Urine, Qual. | NEGATIVE | | Negative | |
| Ketone, Qual. | NEGATIVE | | Negative | |
| Urobilinogen | 0.2 | | 0-2 | UNITS |
| Bilirubin, Urine | NEGATIVE | | Negative | |
| Blood, Urine | NEGATIVE | | Negative | |
| Nitrites | NEGATIVE | | Negative | |
| LEU.ESTERASE | NEGATIVE | | Negative | |
| WBC, Urine | NONE | | 0-3 | PERHPF |
| RBC, Urine | NONE | | 0-1 | PERHPF |
| Epithelial Cells, Urine | OCCASIONAL | | None | |
| Cast, Hyaline, Urine | NONE | | None | |
| Cast, Granular, Urine | NONE | | None | |
| Cast, RBC, Urine | NONE | | None | |
| Bacteria, Urine | NONE | | None | |
| Mucus, Urine | NONE | | Small amount | |

***** NOTE: Significant quantities of epithelial cells will be identified if they are not squamous cell types.

Lab Review

---

Keyed by: Joseph Thomas on 6/24/2007 8:50:42 AM
No Action Necessary

Continued on Next Page

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

James Weisberger, M.D.
LABORATORY DIRECTOR

THE NEW YORK CITY DEPARTMENT of HEALTH and MENTAL HYGIENE

TRANSFER CHART REVIEW

| DATE | OBSERVATIONS |
|---|---|
| 6/24/07 | NEW FACILITY: RNDC PREVIOUS FACILITY: GMDC |
| TIME: 10AM | DOC ADMISSION DATE: 7/31/06 |
| | **NURSING REVIEW** |
| | INTAKE HISTORY & PHYSICAL DOCUMENTED [✓] YES [ ] NO |
| | RPR RESULTS Refused [ ] POS [ ] NEG |
| | U/A RESULTS [ ] POS [ ] NEG |
| | PPD RESULTS Hx [✓] POS [ ] NEG |
| | CXR RESULT IN CHART done 10/6/06 abn [✓] YES [ ] NO [ ] N/A |
| | NURSING FOLLOW-UP SCHEDULED: [✓] N/A [ ] YES F/U DATE: 5/PCDU |
| | Priority reasons : (PPD pos/HIV(no CXR rpt), MH pt, DM pt ,VCBC pt on meds, meds expiring, pt on Coumadin) |
| | PRIORITY CHART FOR CLINICIAN: [ ] NO [ ] YES, REASONS: |
| | IF YES, CHART GIVEN TO: |
| | COMPLETED BY: Linda Green RN PRINT/STAMP: Linda Green, RN |
| ( / / ) | **MD/PA REVIEW** |
| TIME: | ALLERGIES: [ ]NONE [ ]YES: |
| | MEDICAL PROBLEMS REQUIRING FOLLOW-UP: [ ]NONE [ ]YES FOLLOW-UP TYPE & DATE: |
| | 1. 4. |
| | 2. 5. |
| | 3. 6. |
| | LAB/XRAY FOLLOW-UP: [ ] NONE [ ]YES: |
| | PNEUMOCCOCAL VACCINE INDICATED : YES [ ] Follow up date ______ NA [ ] |
| | INFLUENZA VACCINE : YES [ ] Follow up date ______ NA [ ] |
| | ~~MEDS RE-WRITTEN (TRANSFERS FROM VCBC, NIC, CDU, NYS DOC ONLY): [ ]N/A [ ]YES, LIST:~~ |
| | |
| | |
| | CONSULTS RE-WRITTEN (IF PAST DUE OR NO RECORD IN CHART) [ ]N/A [ ]YES: |
| | DIETARY CONSULT WRITTEN: [ ]N/A [ ]YES: |
| | |
| | MENTAL HEALTH F/U: [ ]N/A [ ]YES, ROUTINE CONSULT [ ]YES, STAT CONSULT |
| | PATIENT CALLED TO CLINIC: [ ]N/A [ ]YES (SEE PROGRESS NOTE) |
| | DISPOSITION: [ ]GP [ ]DETOX [ ]MO [ ]INF [ ]CDU [ ]ER [ ]URGI |
| | |
| | OK FOR FOOD HANDLERS CERTIFICATE [ ] YES [ ] NO, REASONS; |
| | HEAT SENSITIVE HOUSING [ ] YES [ ] NO |
| | COMPLETED BY: PRINT/STAMP: |

CHS 288D (Rev. 5/05)

REMINDER: FULLY COMPLETE THE PROBLEM LIST

STATE OF NEW YORK
DIVISION OF HEALTH SERVICE

# HEALTH PROVIDER ORDER SHEET

DIAGNOSIS

Drug Sensitivity yes/(no) Specify

Patient Name Coronado Famian

DIN 07R2893

Date of Birth 7/7/66

Facility Name CV-7

| Order Date & Time | ORDERS | Medication Start Date | Medication Stop Date | Nurse attending to order |
|---|---|---|---|---|
| 8/10/07 | Eval by Dr. Posner on Monday | | | |
| | Naproxen 500mg BID x 10d | | | |
| | [signature] | | | |
| 8/10/07 | [illegible] Surgery for repair – [signature] | | | |
| 8/10/07 | [illegible] [illegible] [illegible] – [signature] | | | |

Sheet # 1

3180 (Rev. 7/96)

FORM 3126E3 (3/04)

NEW YORK STATE - DEPARTMENT OF CORRECTIONAL SERVICES

# CONTRACT FOR SPECIALTY CARE APPOINTMENT

Cape Vincent Correctional Facility

Print Name Conrado. Famian Date of Birth 7-7-56 DIN # 07R2873

I understand that consultation and/or treatment by a specialty care provider of Surgery services has been recommended by my primary care provider and that, with my agreement, a referral or referrals will be submitted for determination of "medical necessity.

I understand that if the referral is approved and any appointment or appointments are scheduled, I am responsible for keeping all appointments; including those that involve travel to the appointment site.

I understand that I have the right to withdraw my agreement to this contract. However, this withdrawal/declination must be made known to health staff within five (5) business days of the date of my signed agreement unless the appointment is scheduled in fewer that five (5) business days.

I understand that if I withdraw my agreement after the five (5) business days or decline to participate on the day(s) of the appointment(s), I will be charged with a violation of inmate rule 106.10, "Refusal to Obey a Direct Order" and be subject to disciplinary action.

[signature] 8-20-07
Signature of Inmate/Patient Date Signed

S. Slowey RN /227 8-20-07 12:55 pm
Signature of Health Care Provider Date Signed Time Signed

WITHDRAWAL/DECLINATION REFUSAL TO SIGN? YES ___

Reason (print) ______

Signature of Inmate/Patient Date Signed Time Signed

Signature of Health Care Provider Date Signed Time Signed

Signature of Witness Date Signed Time Signed

ORIGINAL - Health Record/End of AHR Section
COPY - Inmate
COPY - Clerical

URGENT

3194 (3/06)

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONAL SERVICES

# NYSDOCS REQUEST & REPORT OF CONSULTATION

Name Cornado, Tamim DIN 07R2873 DOB 7/7/56

Referral # 07317509.01M

Referral Date 8/10/07 Facility Cape Vincent

CCP Decision Required? Yes ✓ No ___

Referral Type: Initial ✓ F/U ___

Consult Requested By Mock Specialist Surg -

Procedure ___ Telemed ___

TOS Code 65G POS Code R10P

Reason for consultation (include diagnostic test results, current meds and treatments)

Date ~~9/6/07~~ 8/20/07 Time 9:00AM

RT inguinal hernia - becoming over past year painful and enlarging - should be seen for repair -

| | | | | | |
|---|---|---|---|---|---|
| **Urgency of Care** | Emergency ___ (24 HOURS) | Urgent ___ (5 DAYS) | Soon ___ (14 DAYS) | Routine ✓ (30 DAYS) | Assigned ___ (MORE THAN 30 DAYS) |
| **Transportation** | Ambulatory ___ | WC ___ | WC Van ___ | Ambulance/Ambulette ___ | Healthcare Staff ___ |
| **Medical Hold** | NO ___ YES ___ | Type Code ___ | Reason Code ___ | Exp. Date ___ | |
| **Interpreter** | NO ___ YES ___ | Language ___ | Sensorially Impaired: | Hearing ___ | Vision ___ |

**CONSULTANT REPORT** *Consultant treatment plan is a recommendation and final determination is made by the inmate's NYSDOCS physician). *ATTENTION DO NOT INFORM INMATE OF FUTURE APPOINTMENTS*

S: Pt HAS RIGHT INGUINAL HERNIA TENDER

O: NO NAUSEA OR VOMITING

A: ō Pt HAS LARGE IRREDUCIBLE INGUINOSCROTAL HERNIA NO INCARCERATION

CONSULT RETURN
Reviewed by: CK
Date: 8/25/07

P: SCHEDULED FOR SURGERY 9/4 NPO MN 9/3, Need A.Cide on prep

CONSULTANT (Signature) [signature] DATE 8/20/07 Request F/U by 10/4/___

**Procedure Time Frame** (check one): (Within) 5 days ___ 14 days ___ 30 days ___ 2 months ___ 3 months ___ 6 months ___

**Facility Physician Review** ___ (Signature / provider# / date)

Dist.: WHITE- Inmate Health Record/Consultation Divider CANARY- Consultant PINK- Clinic Record GOLDENROD- Pending Consult Copy