FORM #3178 (7/02)  STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
Division of Health Services

## PROGRESS NOTES
(To be used by all Health Providers)

Patient's Name: Cornado, Fimian
DIN#: 07R 2873
Facility: CVCF

| Date | Time Incl. AM/PM | Health Provider Progress Notes (Use Black Ink) Complete with Signature/Credentials Do Not Leave Blank Lines Between Entries | Provider ID# |
|---|---|---|---|
| 8/14/07 | 8a | meds given DS/S Resting quietly. Appetite good. —Faber | |
| | 10a | Ambulated to ID for new ID card. In some discomfort to scrotum. —Faber | |
| | 10:30a | Resting in bed. Napping —Faber | |
| | 1pm | Watching TV. No c/o —Faber | |
| 8/14/6. | 4:30 pm | Lying in bed watching TV. No c/o @ this time. —SRouse | |
| | 8:00 pm | VSS T 98° BP 131/89 P-59 - OOB to edge of new bed to watch TV. States he's fairly comfortable lying down but walk to ID today was very painful. @ Testicular hernia very obvious. Housed here mostly 2° pain upon walking long distance. —SRouse | |
| | 9p | Requesting lotion for dry skin on arms - w/ A+D ointment issued. Quizzed about urinary habits - states he's having no issue going to bathroom. —SRouse | |
| | 8p | Watching TV as above. Ice replenished - med given per order. Speaking + understanding more English tonight. Questioning when they're going to "cut" his hernia - reassured ASAP. P.Wooden | 232 |
| | 11p | Resting quietly on (R) side - resp. easy. P.Wooden | 232 |

INFIRMARY PHYSICIAN NOTE REQUIREMENTS
**New Admission** - 1st two weeks, 3 notes/week
**Continuing** - 1/week or more frequently as indicated by Plan of Care

RMU - PHYSICIAN NOTE REQUIREMENTS
**Ill Patients** - As needed based on clinical judgement
**Routine Patient Encounters** - Minimum 1/week or more frequently as indicated by Plan of Care

ANCILLARY SERVICES (DOCS STAFF)
(Psychologists, physical therapists, speech pathologists, occupational therapists, clinical nutrition staff, etc.) Whenever a range of services are provided on a routine basis (single visits done on Consultation Rpt.)

INFIRMARY NURSING NOTE REQUIREMENTS
**New Admission** - Once per shift for first 48 hours
**Seriously ill** - Once per shift
**Chronically ill** - Once per 24 hours

RMU NURSING NOTE REQUIREMENTS
**New Admission** - Once per shift for first 48 hours
**Critically ill** - Once per shift, more frequently as condition warrants
**Chronically ill** - Every shift by Nurse in Charge to document findings of Nurse's Health Care Assistant (HCA), by HCA when vital signs taken, Monthly by Primary Care Nurse including complete assessment, Periodically to document encounters, i.e. changes in patient status, PRN medication administration including reason and reaction, refusal of treatment and visitors.

FORM #3178 (7/02)                                         Side Two

# PROGRESS NOTES
(To be used by all Health Providers)

**Patient's Name:** Coronado, Damian   **DIN#:** 07R2873   **Facility:** CNCF

| Date | Time Incl. AM/PM | Health Provider Progress Notes (Use Black Ink) Complete with Signature/Credentials | Provider ID# |
|---|---|---|---|
| 8/15/07 | 5ᴬ | Status quo - uneventful night. — P. Wordlin | 232 |
| 8/15 | 8a | Meds given. C/o some scrotal pain not scheduled to see General Surgery MD - till 9/6. Spoke to Dr. Marks about moving appointment up. — [sig] | |
| 8/15 | 9a | Per Dr. Marks. Dr. y. Ha will see in his office on Monday 8/20/07 for eval vs 9/6. — [sig] | |
| 8/15 | 12p | Watching TV. no c/o — [sig] | |
| 8/15 | 2p | Napping. — [sig] | |
| 8/15 | 4:30pm | Lying on top of bed watching TV. states his st. uncomfortable but otherwise Ø other c/o @ this time. Ice Water replenished | S Rourke |
|  | 6:30pm | Ice replenished Ø c/o @ this time — S Solomon RN |  |
|  | 9:30 | Continues to watch TV lying on top of bed - up + about occasionally - trying to get comfortable but has no specific c/o — S Solomon RN |  |
| late entry | 8p | Sched. med given per order. OOB ad lib. Ice replenished. No voiced c/o. Pleasant + polite. P.Wordlin | 232 |
|  | 11p | Resting quietly on (R) side - resp. easy. P.Wordlin | 232 |
| 8/16/07 | 5:30ᴬ | No change - uneventful night — P.Wordlin | 232 |
| 8/16/07 | 6a | Resting - no problem. [sig] RN | 225 |
|  | 8a | Awake. Lying in bed. VSS. Ice H₂O replenished. Ø c/o voiced except red eyes/irritated. Reg. eye drops - issued. [sig] RN | 225 |
|  | 9-12:30 | Resting on + off. Ø problem voiced. [sig] RN | |
|  | 1-3p | Quiet day Ø c/o. [sig] RN | 225 |

FORM #3178 (7/02)                                Side Two

## PROGRESS NOTES
(To be used by all Health Providers)

| Patient's Name: Cornado, Famian | DIN#: 07R2873 | Facility: CCCK |

| Date | Time Incl. AM/PM | Health Provider Progress Notes (Use Black Ink) Complete with Signature/Credentials | Provider ID# |
|---|---|---|---|
| | | be saying the testicle bothers him espec. when he gets up to walk to bathroom or aTV. | |
| 8/12/07 | 1p | Afebrile, redress orders. NSD. S/I & II RN/22, — in bed most of day, *illegible* RN — | |
| | 2-7p | no problem reported. *illegible* RN/22 | |
| 8/12/07 | 710p | Awake watching TV afebrile ⊘ c/o — *signature* | |
| 8/12/07 | 830p | Awake watching TV pain med given ⊘ c/o voiced ⊘ s/s of discomfort noted moves well. — *signature* | |
| 8/13/07 | 7a | Awake — in bathroom taking a shower. *signature* | |
| | 10:30a | Watching TV no c/o *signature* | |
| | 2p | Napping. *signature* | |
| 8·13·07 3:10p | | MD note Spanish speaking only. c/o soreness. PE- large, reducible (with some difficulty) ® inguinal hernia. Plan: Agree — refer to general surgery for repair. *signature* Guerrero | |
| | 8p | OOB - standing watching TV — difficult to communicate d/t language barrier. Smiling - NAD noted. Ice replenished & med given per order. — P. Worden | 232 |
| | 11:15p | Roused easily for vitals — all WNL. Again no s/s pain - distress; moves about freely in bed. P.Worden | 232 |
| 8/14/07 | 5:30a | Resting on ® side - quiet throughout night. P.Worden | 232 |

FORM #3178 (7/02)   STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
Division of Health Services

## PROGRESS NOTES
(To be used by all Health Providers)

**Patient's Name:** Cornado Famian   **DIN#:** 07?2?73   **Facility:** CVC?

| Date | Time Incl. AM/PM | Health Provider Progress Notes (Use Black Ink) Complete with Signature/Credentials Do Not Leave Blank Lines Between Entries | Provider ID# |
|---|---|---|---|
| 8/10/07 | 7:30a | Admit bed #4. c/o testicle pain. Testicles very painful on palpatation by Shannon, RN. Inmate states "I feel like I've been kicked". Rt testicle slightly swollen. Seen by Dr. Mochs. —Schaber | |
| | 9:30a | Asleep. —Schaber | |
| | 11:30a | Awake. Appetite good. No c/o. —Schaber | |
| | 1:30p | Asleep. Resp. easy. —Schaber | |
| | 8:30p | Awake — no complaints — P. Hinckley RN | |
| | 9p-6A | Sleeping @ 9pm — no complaints all night P. McFadden R | |
| 8/11/07 | 8a-12n | Resting on & off all am in bed = distress. AK? RN/225 | |
| | 12n- | Awake for VS/assessment. Speaks very little English. | |
| 8/11/07 | to 7p | Is in no distress. Quiet day. AK? RN/225 | |
| 8/11/07 | 830p | Watching TV & c/o pain/discomfort voiced — S.Flexner | |
| 8/12/07 | 6 A | Slept all shift ø c/o — S.Flexner | |
| 8/12/07 | 7a-noon | Resting on & off & watching TV, diet & ice water replenished. A?? RN 225 | |
| | 1p — | VS taken. He talked a little, "who will see ?" told he has appt. w/ Dr. Resn?r tomorrow. He seems to | |

---

**INFIRMARY PHYSICIAN NOTE REQUIREMENTS**
**New Admission** - 1st two weeks, 3 notes/week
**Continuing** - 1/week or more frequently as indicated by Plan of Care

**RMU - PHYSICIAN NOTE REQUIREMENTS**
**Ill Patients** - As needed based on clinical judgement
**Routine Patient Encounters** - Minimum 1/week or more frequently as indicated by Plan of Care

**ANCILLARY SERVICES (DOCS STAFF)**
(Psychologists, physical therapists, speech pathologists, occupational therapists, clinical nutrition staff, etc.) Whenever a range of services are provided on a routine basis (single visits done on Consultation Rpt.)

**INFIRMARY NURSING NOTE REQUIREMENTS**
**New Admission** - Once per shift for first 48 hours
**Seriously ill** - Once per shift
**Chronically ill** - Once per 24 hours

**RMU NURSING NOTE REQUIREMENTS**
**New Admission** - Once per shift for first 48 hours
**Critically ill** - Once per shift, more frequently as condition warrants
**Chronically ill** - Every shift by Nurse in Charge to document findings of Nurse's Health Care Assistant (HCA), by HCA when vital signs taken, Monthly by Primary Care Nurse including complete assessment, Periodically to document encounters, i.e. changes in patient status, PRN medication administration including reason and reaction, refusal of treatment and visitors.

13

# VISUAL ACUITY

Name: Carnado, Damian     Referral# 08119143.01M

Date: 3/17/08     DIN: 07E2873     LOCK: E 2/44B     CVCF

**Please perform 2 sets (corrected/uncorrected) of the eye screen to ensure accuracy.**

A. Distance (20 ft.)

OD (rt. eye) 20/40          OS (left eye) 20/40

B. Near Vision @ 14" w/hand held card

OD (rt. eye) 20/70          OS (left eye) 20/70

C. Glasses were issued by: (circle one or the other)

Correctional Health Service
2005, 2006, (2007) - Oct.

Free World
2005, 2006, 2007

Nurse & your #: Frisina 201

___ Corrected
✓ Uncorrected

Reasons for Referral (check all that apply)
Blurriness: ✓
Watery ___
Redness ___
Headaches ✓
Other ___

Please return form to Glenda to enter into computer.
(Updated 2/08)

40

FORM 3288 (9/97)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES

Cape Vincent CORRECTIONAL FACILITY

EYE RECORD

NAME: F. Cornado
DIN: 07R2873
DATE: 3/24/08
DOB: 7/7/56
AGE: 51

HISTORY: EYE AND GENERAL HEALTH:

Pt to get tinted lens as per opth consult
opth exam 3/9/08

STATEMENT OF COMPLAINT:

Last opt w/ct — (-100 -150 x 90 / +050 -125 x 85)

OLD CORRECTION:

O.D.
O.S.

ADD O.D. 10/18
O.S. mitosis

NAKED VISION O.D.
O.S.
O.U.   pl @ 9

+2.00

OPHTHALMOSCOPE
(O.D.)  (O.S.)   (v-tried)

EXTERNAL
(O.D.)  (O.S.)

| NEW RX | SPHERE | CYLINDER | AXIS | PRISM | DEC. | ADD | OTHER COMMENTS |
|---|---|---|---|---|---|---|---|
| O.D. | -075 | -125 | 90 | | | +1.75 Add | mitosis as per opth |
| O.S. | +050 | -100 | 88 | | | | |

SIZE & SHAPE: 139
BRIDGE: 19/18
TEMPLES:

COLOR:
BIFOCALS

SEG. O.D.   54 6/Full
HEIGHT O.S.

TOTAL O.D.
DEC. O.S

CONSTANT WEAR                    CLOSE APPLICATION

PROVIDER SIGNATURE     3/24/08 DATE

DISABILITY IMPAIRMENTS:

☐ LEGAL BLINDNESS - A) VISUAL ACUITY OF 20 / 200 OR LESS IN THE BETTER EYE WITH BEST CORRECTION, OR
                    B) VISUAL FIELD OF NO GREATER THAN 20 IN THE BETTER EYE.

☐ SEVERE VISUAL IMPAIRMENT - A) VISUAL ACUITY OF 20 / 70 OR LESS IN THE BETTER EYE WITH BEST CORRECTION, OR
                              B) VISUAL FIELD OF NO GREATER THAN 40 IN THE BETTER EYE.

☐ VISUAL IMPAIRMENT - RECOMMEND THE FOLLOWING ACCOMMODATIONS:
   ☐ LARGE PRINT        ☐ GUIDANCE CANE      ☐ MOBILITY ASSISTANT    ☐ BOOKS ON TAPE
   ☐ MAGNIFIER          ☐ BRAILLE MATERIALS  ☐ HIGH INTENSITY LAMP   ☐ PREFERRED SEATING
   ☐ TINTED U/V GLASSES % _____ COLOR _____
   ☐ OTHER _____

FORM #3178 (7/02)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
Division of Health Services

# PROGRESS NOTES
(To be used by all Health Providers)

Patient's Name: Cornado Ramies
DIN#: 07R2873
Facility: CUCF

| Date | Time Incl. AM/PM | Health Provider Progress Notes (Use Black Ink) Complete with Signature/Credentials | Provider ID# |
|---|---|---|---|
| 9/5/07 | 0600 | Awake, req ice for surgical site, issued — S.Flennen | |
| 9/5/07 | 0840 | Awake, states incision site is burning, abd. drsg dry & intact c̄ ice pk on. Temp 99.6. awaiting MD assessment — S.Flennen | |
| 9/5/07 | 0920 | Sitting on EOB ice pk issued, denies need for pain medication. States he's ok — S.Flennen | |
| 9/5/07 | 1150p | amb → BR. denies need for pain med — S.Flennen | |
| 9/5/07 | 4p | Awake c/o pain @ site @ present. Given Darvocet N-100 1 tablet p.o. Fresh fluids. Ice to surgical site. Drsg. Clean/Dry Intact. E.Wilson RN | |
| | 10:00p | Resting quietly. Ø c/o voiced — E.Wilson RN | |
| | 11:15p | Lying on (L) side — roused easily for assess. Dsg. to surg. site remains D.I. Afebrile — VSS. O Sat 94% RA. Ice replenished. No c/o. — P.Wood RN 232 | |
| 9/6/07 | 1AM | Condition unchgd — resting quietly — resp. easy. P.Wood RN 232 | |
| | 5:30A | Remained quiet through night s̄ c/o. — P.Wood 232 | |
| 9/6/07 | 0700 | Resting quietly c̄ eyes closed Resp easy S.Flennen | |
| 9/6/07 | 0915 | Shows improvement — still c/o pain. Eating & resting s̄ problems — | |
| 9/6/07 | 0930 | c/o pain wants "pink pill" darvocet 1 po given S.Flennen | |

INFIRMARY PHYSICIAN NOTE REQUIREMENTS
New Admission - 1st two weeks, 3 notes/week
Continuing - 1/week or more frequently as indicated by Plan of Care

RMU - PHYSICIAN NOTE REQUIREMENTS
Ill Patients - As needed based on clinical judgement
Routine Patient Encounters - Minimum 1/week or more frequently as indicated by Plan of Care

ANCILLARY SERVICES (DOCS STAFF)
(Psychologists, physical therapists, speech pathologists, occupational therapists, clinical nutrition staff, etc.) Whenever a range of services are provided on a routine basis (single visits done on Consultation Rpt.)

INFIRMARY NURSING NOTE REQUIREMENTS
New Admission - Once per shift for first 48 hours
Seriously ill - Once per shift
Chronically ill - Once per 24 hours

RMU NURSING NOTE REQUIREMENTS
New Admission - Once per shift for first 48 hours
Critically ill - Once per shift, more frequently as condition warrants
Chronically ill - Every shift by Nurse in Charge to document findings of Nurse's Health Care Assistant (HCA), by HCA when vital signs taken, Monthly by Primary Care Nurse including complete assessment, Periodically to document encounters, i.e. changes in patient status, PRN medication administration including reason and reaction, refusal of treatment and visitors.

Side Two

## PROGRESS NOTES
(To be used by all Health Providers)

Patient's Name: Cornado

| Date | Time Incl. AM/PM | Health Provider Progress Notes (Use Black Ink) Complete with Signature/Credentials **Do Not Leave Blank Lines Between Entries** | Provider ID# |
|---|---|---|---|
| 9/6/09 | 10 am | amb to ER for VS + drsg ∆. some swelling noted @ surgical site per Dr Moehs eval. advised to put ice on area. steri strips intact wound well approx. DSD re applied VS 99.7 R 20 120/85 98% o sat. Instructed by MD via interpreter to move around more & ↑ amb to stimulate circulation. amb back to infirmary. linen ∆'d. ice H2O given ice pack applied. ———— S.Flennen 213 | |
| 9/6/09 | 1pm | watching TV states feels better ice on abd. SFlennen. | |
| | 6:34 pm | Lying in bed watching TV. dozing most of afternoon however (× app 3:30) another nurse witnessed I/m walking up & down in infirmary c the aid of an IV pole - doing well - steady on feet & walking upright. Ate well. requesting ice pack & pain pill. Both administered + ice renewed to pt/pkr ———— S.Thomas | |
| | 8:55 | c/o upset stomach - now states he didn't eat his supper "no good" - offered tea + toast states he's not hungry. Indicates pain in epigastric area - denies "Chest pain" however no numbness in hands no SOB states he just feels chilled - T 98.0° BP 124/83 P 64. states he's had Ø BM × 3 days - Zantac 150mg & 1 pkg of alamag admin c 1 cup H2O ———— S.Thomas RN 1223 | |
| | 9:34 | Resting quietly on bed c eyes closed Resp. easy S.Thomas | |
| | 10:20 pm | Continue to rest quietly - now on (R) side in w/o Resp easy ———— S.Thomas | |

FAMIAN CORNADO 07R2873
MOHAWK CORRECTIONAL FACILITY
6100 SCHOOL RD.   BOX 8451
ROME, N.Y. 13440

SUPREME COURT OF THE STATE OF NEW YORK
FIRST JUDICIAL DISTRICT
Criminal Branch
100 Centre Street
New York, N.Y. 10013
Attn: Appeals Bureau 1202

My name is Cornado Famian and I would like to explain the account of 7/30/06, the day in which I was arrested and was subjected to a most vicious assault and beating from Police Officer from the Warrant Squad.

Prior to the date of incident, I had received a summons for Drinking in Public. Having received a summons for Drinking out on a public street, I forwarded a money order to the Court to cover the amount charged in the summons. However, the Court returned my money order allegedly because it was not filled out completely. I never returned to Court and a warrant for my arrest was issued.

When the Police from the warrant squad initially went to my house looking for me, I was not home. I was actually out fishing at the river. A few days later when they returned to my house looking for me, they found me down by the river fishing. At this time they commenced to viciously beat and assault me to the point where they knocked out two of my front teeth and cracked two ribs on my right side. When I fell to the floor, they kicked me in the groin, pelvis, all over my head and face, causing several bruises to my forehead, right side of my jaw and blindness in my right eye. The Police told me they were kicking my ass for making them have to come look for me.

After the vicious beating, I was left bleeding and unconscious, so they took me to a hospital. However, in an calculated effort to cover up their brutal beating and attack upon my person, they refused to allow me to get proper and/or adequate medical attention. They deliberately refuse to allow the Doctor to do anything more than perform a physical examination. The Doctor even protested and stated that it was his duty to provide me with medical attention, but that his efforts to perform his duties were being hindered by the Police Officers interference.

Respectfully submitted,

_____
Cornado Famian 07R2873

MARTIN WILLITTS, JR.
Notary Public, State of New York
No. 6160388
Qualified in Oneida County
Commission Expires February 5, 20 11

FAMIAN CORNADO 07R2873
RIVERVIEW CORRECTIONAL FACILITY
P.O. BOX 247
OGDENSBURG, NEW YORK 13669

FEBRUARY 2, 2009

SUPREME COURT OF THE STATE OF NEW YORK
FIRST JUDICIAL DISTRICT
Criminal Branch
100 Centre Street
New York, New York 10013
Attn: Appeals Bureau 1202

Dear Sir/Madam:

My name is Cornado Famian and I would like to explain the accounts of 7/30/06, the day in which I was arrested and viciously beat by Police Officers from the warrant squad.

I had, on a previous occasion, received a summons for Drinking out in Public. Having received a summons for Drinking out on a public street, I sent a money order to the Court to pay the amount charged in the summons. However, the Court returned my money order for not being properly filled out. I never returned to Court and a warrant for my arrest was issued.

When the Police from the warrant squad initially came to my house looking for me, I was not home. I was actually out fishing at the river. A few days later when they returned to my residence, they found me down by the river fishing. At this time they proceeded to viciously beat me to the point where they knocked out two of my front teeth and cracked two ribs on my left side. While laying on the ground they also proceeded to kick me all over my head and face, causing several bruises to my forehead and left side of my jaw. The Police told me they were kicking my ass for making them have to look for me !

After the vicious beating, I was unconscious, so they took me to

7

a hospital at which time they refused to allow me to get proper and/or adequate medical attention. they would only let the doctor look me over physically. The Doctor even protested and stated that it was his duty to provide me with medical attention, but that he was not being allowed to perform his duties due to the Police Officers interference.

Respectfully submitted,

Famian Cornado 07R2873

SUBSCRIBE AND SWORN TO BEFORE ME
THIS ____ DAY OF _____, 2009

NOTARY PUBLIC

John C. Boyea
Notary Public, State of New York
No. #01BO6073073
Qualified in Oneida County
Commission Expires: 04/15/2010