UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

FAMIAN CORNADO,

                    Plaintiff,

       v.                                    6:09-CV-1202
                                                    (DNH/GHL)

NYPD,
JOHN DOE, *Badge # 1320, Officer, 23rd PCT.*,
CHARLES BROWN, *#949, Police Officer*, and
TEREL ANDERSON, *#03814*,

                    Defendants.
_____

APPEARANCES

Famian Cornado
Plaintiff, *pro se*

GEORGE H. LOWE, United States Magistrate Judge

Dear Sirs:

1. I am submitting this as an amendment to my previously submitted complaint, for which the court has made several recommendations to be included. I would like to present a detailed outline of the events that led up to and consequently resulted.

2. I would ask that the court indulge me in any errors that may result, as I being a layman of law and thus have limited knowlegde, may include in this complaint. I am presenting this information to the best of my ability and to the best of my knowlegde, is a true account of the events that have occured.

3. I Famian Cornado, DOB. 7-7-50, an imate at Mohawk Correctionnal Facility in Rome, NY DIN# 07R2873. I was brutally and continously assaulted by two undercover police officers (plainclothes) on 7/30/06 after they had previously tried to locate me at an acquaintence's residence where I

recieve mail. I was confronted by these two gentlement at East 112 St and River (FDR Drive), who I was told by my acquaintence were searching me out on a warrant for which I was not aware of. I was fishing by the River and was not aware of the police officers presence until I was reaching for my book bag and was powerfully struck from behind and knocked to the ground where they started shouting obscenities at me and commenced to kick me repeatedly. I was shocked that these officers had attacked me and couldn't comprehend what I had done to solicit this attack. As I tried to shield myself they relentlessly continued to attack me, kicking me in the face, ribs, abdomen and groin area. I was kicked in the mouth which resulted in me having my dentures shattered in my mouth, where fragments were lodged and embedded into my gums, where they still exist today. Also these repeated kicks to my face and mouth resulted in the loosening and loss of multiple teeth, severe gashes and numerous bruises. Several ribs were also broken in the course of this attack, which was not only unnecessary but totally unprovoked. My injuries resulting from this brutal attack are lengthy as noted by my medical records and reports and include constant severe body pains, loss of sight and a limitation of speech, back problems, headaches and severe pains in my testicular area leading to urinal and impotence difficulties. I am not a doctor so I can only describe what I am feeling and the constant suffering that I go through on a daily basis, for which is sometimes so untolerable, I dont know what to do.

4. I was beaten so bad during these attacks that I passed out and woke up in the emergency department at Metropolitan Hospital. When I regained consciousness, the two officers who had attacked me were there but refused to let the medical staff attend to me. They held onto my arms and brought me back to the car. I did not and do not understand why I was denied to be given medical attention when I was in dire need of it, bleeding and barely conscious. After that I was brought to the station and then transferred to the Tombs (Manhattan Detention Complex) and

relief the Court deems justified and neseccary.

10. I would like to thank the Court for looking into this matter for me and for giving it the proper attention. I hope that through the truth of facts and documentation I have provided that justice will be served.

Sworn to before me
THIS 23/02/2009

*Notary Public*

John O. Boyea
Notary Public, State of New York
No. #01BO6073073
Qualified in Oneida County
Commission Expires: 04/15/ 2010

\* Please Note \*

If I have filed my action in the wrong court, please submit it to the right court. I am spanish speaking and do not understand how to file them.