FAMIAN CORNADO 07R2873
MOHAWK CORRECTIONAL FACILITY
6100 SCHOOL RD.  BOX 8451
ROME, N.Y. 13440

6:09-CV-1202
(DNH/GHL)

SUPREME COURT OF THE STATE OF NEW YORK
FIRST JUDICIAL DISTRICT
Criminal Branch
100 Centre Street
New York, N.Y. 10013
Attn: Appeals Bureau 1202

My name is Cornado Famian and I would like to explain the account
of 7/30/06, the day in which I was arrested and was subjected to
a most vicious assault and beating from Police Officer from the
Warrant Squad.

Prior to the date of incident, I had received a summons for
Drinking in Public. Having received a summons for Drinking out
on a public street, I forwarded a money order to the Court to
cover the amount charged in the summons. However, the Court
returned my money order allegedly because it was not filled out
completely. I never returned to Court and a warrant for my arrest
was issued.

When the Police from the warrant squad initially went to my house
looking for me, I was not home. I was actually out fishing at the
river. A few days later when they returned to my house looking
for me, they found me down by the river fishing. At this time
they commenced to viciously beat and assault me to the point
where they knocked out two of my front teeth and cracked two ribs
on my right side. When I fell to the floor, they kicked me in
the groin, pelvis, all over my head and face, causing several
bruises to my forehead, right side of my jaw and blindness in my
right eye. The Police told me they were kicking my ass for
making them have to come look for me.

After the vicious beating, I was left bleeding and unconscious, so they took me to a hospital. However, in an calculated effort to cover up their brutal beating and attack upon my person, they refused to allow me to get proper and/or adequate medical attention. They deliberately refuse to allow the Doctor to do anything more than perform a physical examination. The Doctor even protested and stated that it was his duty to provide me with medical attention, but that his efforts to perform his duties were being hindered by the Police Officers interference.

Respectfully submitted,

Cornado Famian 07R2873

MARTIN WILLITTS, JR.
Notary Public, State of New York
No. 6160388
Qualified in Oneida County
Commission Expires February 5, 20

3



## The Legal Aid Society - Prisoners' Rights Project
199 WATER STREET NEW YORK, NY 10038 TEL: (212) 577-3530 FAX: (212) 509-8433 www.legal-aid.org

Theodore A. Levine
*President*

Steven Banks
*Attorney–in–Chief*

Adriene L. Holder
*Attorney–in–Charge*
*Civil Practice*

John Boston
*Project Director*
*Prisoners' Rights Project*

May 5, 2009

Mr. Famian Cornado,07r2873:
Mid-State Correctional Facility
P.O.Box 2500
Marcy, N.Y. 13403

Estimado Sr. Cornado:

Recibí su letra matasellada el 29 de marzo de 2009. Creo que usted tenía una operación y que usted está teniendo dolor en su área del estómago. Usted no puede dormir en su estómago. Es usted que tiene apuro con ¿un testículo derecho, este correcto? Usted se parece desear una radiografía de esa área. ¿Usted también se parece desear ver a un urólogo, está eso correcto?

Todavía estamos esperando una respuesta de su superintendente

Sinceramente,
Tina Smith
Interno legal

6:09-CV-1202
(DNA/GHL)
(PD.)

Deáña 5|12|

FAMIAN CORNADO, 07R2873
MOHAWK CORRECTIONAL FACILITY
6100 School Rd., P.O. Box 8451
Rome, NY 13442-8451

6:09-CV-1202
(DNH/GHL)

September 14, 2009

SUPREME COURT OF THE STATE OF NEW YORK
FIRST JUDICIAL DISTRICT: Criminal Branch
100 Centre Street
New York, NY 10013

Attn: Appeals Bureau 1202

Dear Sir/Madam:

My name is Cornado Famian and I would like to explain the account
of 7/30/06, the day in which I was arrested and viciously beaten
by Police Officers from the Warrant Squad.

I had, on a previous occasion, received a summons for Drinking
out in Public. Having received a summons for Drinking out on
a public street, I sent a mony order to the Court to pay the
amount charged in the summons. However, the Court returned my
mony order for not being properly filld out. I never returned
to Court and a warrant for my arrest was issued.

When the Police from the warrant squad initially came to my
house looking for me, I was not home. I was actually out fishing
at the river. A few days later when they returned to my residence
they found me down by the river fishing. At this time they
proceeded to viciously beat me to the point where they knocked
out two of my front teeth and cracked two ribs on my left side.
While laying on the ground they also proceeded to kick me all
over my head and face, causing several bruises to my forehead
and left side of my jaw. The Police told me they were kicking
my ass for making them have to look for me!

After the vicious beating, I was unconscious, so they took me
to a hospital at which time they refused to allow me to get

Famian Cororado 07-R-2873
Mohawk C.F.
6100 School Rd
P.O.Box 8451
Rome, N.Y. 13442

2

6:09-CV-1202
(DNH/GHL)

Clerk of the Court
U.S. District Court
Federal Building
100 South Clinton Street
Syracuse, NY    13261


My name is Cornado Famian # 07-R-2873 at the Mohawk C.F.; and would like to explain the accounts of 7/29/06 the day in which I was arrested and viciously beaten by police officers from the warrant squad.

I had on a previous occasion received a summons for drinking out in public. Having received a summons, I sent a money order to the court to pay the summons. However, the court returned my money order for not being properly filled out. I never returned to court and a warrant for my arrest was issued.

When the police from the warrant squad initially came to my house looking for me, I was not home, I was actually out fishing at the river. A few days latter when they returned to my resident, they I was not there, and found me down by East River fishing.

At this time they proceeded to viciously beat me to the point where they knocked out two of my front teeth and cracked two ribs on my left side. While laying on the ground they also proceeded to kick me all over my head and face, causing several bruises to my forehead and left side of my jaw. The police told me they were kicking my ass for making them have to look for me.

After the vicious beating, I was unconscious, so they took me to the hospital at which time they refused to allow me to get proper and adequate

FILE 12-7-2009 Case 6:09-CV-1202 DNH-GHL

MK063 (12/95)

# MOHAWK CORRECTIONAL FACILITY DENTAL CLINIC

NAME _Cornado F_      DIN _07R2073_
Nombre                Numero de Identificacion

Block _Slp_  Company _B_  Cell _18B_
Bloke        Compania    Selda

NOV 10 2009

## DENTAL CLINIC RESPONSE
### Respondencia de la Clinica Dental

1.  You will be given an appointment as soon as possible and will receive a call out
    Usted recibiva una cita dental lo mas pronto possible y recibiva una cita por correro

2.  You have been placed on a treatment list and will be called in turn for a
    Usted a sido puesto en la lista de tratmiento y sera llamado en su turno para

    ___filling      ___cleaning     ___denture/partial      ___extraction      ___appointment
       empaste         limpieza        dentadora/parcial        extracion          cita dental

3.  You are already on a list from a previous request and must wait your turn
    Usted ya esta en la lista i debe esperar su turno

4.  Not enough information. Completely describe your problem on a new  form
    Usted no los mandado informacion suficiente respecto a su problema un nuevo formulario

5.  Other _No dental problem showed on the xrays._
    Otras _We have writen a consult for medical to see you_

6:09-CV-1202
(DNH/GHL)

MK063 (12/95)

# MOHAWK CORRECTIONAL FACILITY DENTAL CLINIC

NAME *Cornado, F*     DIN *07R2873*
*Nombre*     *Numero de Identificacion*

Block *22*   Company *E*   Cell *11B*
*Bloke*    *Compania*    *Selda*

DEC 10 2009

## DENTAL CLINIC RESPONSE
*Respondencia de la Clinica Dental*

1. You will be given an appointment as soon as possible and will receive a call out
   *Usted recibiva una cita dental lo mas pronto possible y recibiva una cita por correro*

2. You have been placed on a treatment list and will be called in turn for a
   *Usted a sido puesto en la lista de tratmiento y sera llamado en su turno para*

   ___filling   ___cleaning   ___denture/partial   ___extraction   ___appointment
   *empaste*    *limpieza*    *dentadora/parcial*    *extracion*    *cita dental*

3. You are already on a list from a previous request and must wait your turn
   *Usted ya esta en la lista i debe esperar su turno*

4. Not enough information. Completely describe your problem on a new form
   *Usted no los mandado informacion suficiente respecto a su problema un nuevo formulario*

5. Other *You already have an appointment*
   *Otras*    *soon to see the eye doctor.*

6:09-CV-1202
(DNH/GHL)

MK017 (02/06)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
**MOHAWK CORRECTIONAL FACILITY**
HEALTH SERVICES UNIT
**PROGRAM NOTIFICATION**

TO:    Program Committee Chairperson                    DATE: _3 - 26 - ___

FROM: Medical Staff: _____

SUBJ:  Name: _____  DIN: _04P-2-73  H.U.: _____

☐  Medical Bed Restriction: From: _____  To: _____

Reason: _____

Inmate restricted to bed area, no activities, no work, school, program.
If more than 7 days inmate becomes medically unassigned.

☑  Limited Medical Restriction: From: _3 - 26 - 09_____  To: _3 - 26 - 10_____

Work _____ (Physical)    Program ( _____ School _____ Shop)    _____ Gym

Comments: _____

| Corr. Officer MESS HALL OR Corr. Officer BARBER | _____ APPROVED | _____ Pending Exam | _____ See Attached M.D. Certificate |
| | _____ DISAPPROVED | _____ Permanent | _____ Temporary |

May return to work and full program effective: _____

Medical Comments: _____

**Distribution:  WHITE - Program Committee Chairperson   GREEN - PMS Officer   CANARY - Inmate   PINK - Medical Record   GOLD - Housing Unit Officer**

6:09-CV-1202
DNN/GHL

medical attention. They would only let the doctor look me over physically. The doctor even protested and stated that it was his duty to provide me with medical attention, but that he was not being allowed to perform his duties due to these interference. I was taken to the 23 pct and arrested.

I know that this letter is coming to you a little late due to time to put in a law suit, but I still have time to but in a 1983 ~~suit against the warrant squad officer for beating me up this way. I have all my medical records and still get medical treatment for the injuries I received that day.~~

I hope you will help me this this matter and if you want, I will send you all the medical records I have and any other information about this case. I could get a little help and put in the 1983 suit because off the time limit for the 1983. You could always ask the court to amend my complete.

I would like to thank you for your time on this matter.

Yours truly,

PS, You was recommended by Dan.N.

Sworn to before me this _16_ day of _____ 2009.

_____
Notary Public

John C. Boyea
Notary Public, State of New York
No. #01BO6073073
Qualified in Oneida County
Commission Expires: 04/15/ 2010

6:09-CV-1202 (DNH/GHL)



# New York City Police Department
## Omniform System - Complaints



| Report Cmd: 023 | Jurisdiction: N.Y. POLICE DEPT | Record Status: Final, Initial Arrests made | Complaint #: 2006-023-05354 |

**Occurrence Location:** NORTH EAST CORNER EAST RIVER & EAST 106 STREET

| | |
|---|---|
| Name Of Premise: | Precinct: 023 |
| Premises Type: STREET | Sector: A |
| Location Within Premise: | Beat: |
| Visible By Patrol?: YES | Post: |

**Occurrence From: 2006-07-29 20:50 SATURDAY**

| | |
|---|---|
| Occurrence thru: 2006-07-29    21:00 | Aided # 000111111 |
| Reported: 2006-07-29    21:40 | Accident # |
| Complaint Received: RADIO | O.C.C.B. # |

**Classification: ASSAULT**
Attempted/Completed: COMPLETED
Most Serious Offense is: FELONY
    PD Code: 109   ASSAULT 2,1,UNCLASSIFIED
    PL Section: 12005
    Keycode: 106   ASSAULT-FELONIOUS

**Case Status: CLOSED**
Unit Referred To:
Clearance Code: UNIFORM ARREST
Log/Case #: 0
File #: 6
Prints Requested? NO

| Was The Victim's Personal Information Taken Or Possessed? NO | | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|
| Gang Related? NO | Gang Intel Log #: | Name Of Gang: | DIR Required? NO | Child Abuse Suspected? NO |

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone:
Crime Prevention Survey Requested?

**If Arson:**
Structure:
Occupied?:
Damage by:

| Supervisor On Scene - Rank / Name / Command : SGT GURLEY 023 | Canvas Conducted: NO | Interpreter(if used): |

**NARRATIVE:**
AT T/P/O DEFT. ASSAULTED C/V BY PUNCHING HIM THE EYE WITH A METAL MASTER LOCK. C/V SUSTAINED A SEVERELY SWOLLEN EYE AND LACERATION TO THE FACE.

## No NYC TRANSIT Data for Complaint # 2006-023-05354

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 1 | Total Wanted: 0 |

| *VICTIM: # 1 of 1* | Name: RODRIGUEZ,PETER | Complaint#: 2006-023-05354 |

| | |
|---|---|
| Nick/AKA/Maiden: | Gang Affiliation: NO |
| UMOS: | Name: |
| Sex/Type: MALE | Identifiers: |
| Race: HISPANIC BLACK | |
| Age: ● | |
| Date Of Birth ▬▬▬ | Will View Photo: YES |
| Disabled? NO | Will Prosecute: YES |

6. [handwritten]
(DNH/GHL)[handwritten]

**Medical Segregation**
Cornado, Famian - 349-06-13343

[handwritten] case #200 907045
/ IAB Log #09227020
W/ IAB 200 907045

**ADDITIONAL COMMENTS** *(Please include Question Number with each Additional Comments Section)*

=======S/P TRAUMA TO LT RIBS POSTERIORLY--7/29

| ASSESSMENT | PLAN |
|---|---|
| RT SCROTAL HERNIA | F/U SURGICAL CONSULT |
| S/P TRAUMA LT RIBS POSTERIORLY | F/U XRAY FOR FRACTURE--RX MOTRIN 800MG PO TIDX4DAYS--CHECK PT |

DISPOSITION

☐ TST Criteria Indicated:  ☐ YES  ☒ NO
☒ Medical Isolation Reason:
REFUSED BLO____ ___ PPD

☐ Detox
N/A

ELECTRONIC

PRINT NAME

REVIEWED BY

**STATE OF NEW YORK – DEPARTMENT OF CORRECTIONAL SERVICES**
**MOHAWK CORRECTIONAL FACILITY**
**CALL-OUT NOTICE**

O:  *CORNADO*

07R2873 .  56-B-18
DIN              LOCKING

eport to:         walsh RUM

1: 10/26/09 . at:      8:15 am

r appointment with:      medical

sent this notice to the building security officer upon arrival

orization: [signature]
8

| HOUSING : | ☒ GP | ☐ CDU |
|---|---|---|
| ☐ INFIRMARY | ☐ C-71 | ☐ MO |
| ☐ OTHER: | | |

CONSULTS:   ☐ URGICARE
☐ ER/HOSPITAL  ☒ MH EMERGENCY
☐ MH ROUTINE  ☐ OTHER:

BROCHURES GIVEN?
REACH HIV-STD   ☐ YES  ☒ NO
Health Information   ☒ YES  ☐ NO
Dental Brochure   ☐ YES  ☒ NO

TIME
2006 4:49 AM

| | DATE/TIME |
|---|---|

Fquestion requiring additional space.

Pre

Aut
1/14/L

CHS-283 (Rev. 06/05)

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK
-against-

FELONY
ADA POTASHNICK

Page 1 of 1

1. Famian Cornado (M 50)

669023

Defendant.

*Re: File # 2009-P-2-3834*

*Case # 200 907045*

*Ref. IAB 200907045*

*IAB Log # 0922720*

Police Officer Charles Brown, shield 949 of the 023 Precinct, states as follows:

On July 29, 2006, at about 20:50 hours at MANHATT in the County and State of New York, the Defendant committed the offenses of:

1.   PL120.05(2)    Assault in the Second Degree
                    (1 count)

the defendant, with intent to cause physical injury to another person, caused such injury to another person by means of a dangerous instrument.

The offenses were committed under the following circumstances:

Deponent states that deponent is informed by an individual whose identity is known to the District Attorney's Office, that informant observed the defendant hit informant about informant's eye with a metal lock, causing informant's eye and eye area a laceration, bleeding, swelling and substantial pain.

**2006NY050869**

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

_____
Deponent

07-29-06 / 2325
Date and Time

*6:09-CV-1292
(DNM/GHL)*

ACT 5 Version 4.2.0 Created on 07/29/06 11:31 PM

10.    POLICE OFFICERS INVOLVED

The following are some of the officers who were involved in the arrest or police investigation.

| Name | Shield | Command |
|------|--------|---------|
| PO Terrell Anderson | 03814 | 23 |
| PO Charles Brown | 949 | 23 |

11.    SEARCH WARRANTS

☐ If checked, a search warrant was executed during the investigation of this case.

D.    **DEMAND FOR NOTICE OF ALIBI**

Pursuant to CPL §250.20, the People hereby demand that defendant supply the District Attorney with (a) the place or places where the defendant claims to have been at the time of the commission of the crime(s) and (b) the names, residential addresses, places of employment and addresses thereof of every alibi witness upon whom defendant intends to rely to establish his presence elsewhere than at the scene of the crime at the time of its commission. Within a reasonable time after the receipt of the information specified above, the District Attorney will submit a list of any rebuttal witnesses, their addresses, and employers.

E.    **RECIPROCAL DISCOVERY**

Pursuant to CPL §240.30(1), the People hereby demand that defendant supply the District Attorney with (a) any written report or document, or portion thereof, concerning a physical or mental examination, or scientific test, experiment, or comparisons, made by or at the request or direction of the defendant, if the defendant intends to introduce such report or document at trial, or if defendant has filed a notice of intent to proffer psychiatric evidence and such report or document which relates thereto or if such report or document was made by a person other than defendant, whom defendant intends to call as a witness at trial; and (b) any photograph, drawing, tape, or other electronic recording which the defendant intends to introduce at trial.

**NOTE**: Any defense motion or request addressed to the above-captioned case should be directed to the attention of the Assistant District Attorney named below, who is assigned to this case.

Dated:    New York, New York
          August 4, 2006

Robert M. Morgenthau
District Attorney
One Hogan Place
New York, NY 10013

By:    Beth Potashnick
       Assistant District Attorney
       335-9103

6:09-CV-1202
(DNH/GHL)

4

2.    <u>IDENTIFICATION</u>

☒ If checked, notice is hereby served, pursuant to CPL §710.30(1)(b), that the People intend to offer at trial testimony regarding an observation of defendant either at the time or place of the commission of the offense or upon some other occasion relevant to the indictment, to be given by a witness who has previously identified defendant.

| | |
|---|---|
| Identification #: | 1 |
| Type of ID: | confirmatory |
| Date: | July 29, 2006 |
| Approximate Time: | 21:25 |
| Location: | East 106th Street and the East River |
| Number of Identifying Witnesses: | 4 |

Although section 710.30 notice has been given above, the People submit that the 'identification' was confirmatory and therefore a Wade hearing should be unnecessary.

C.    <u>**DISCOVERY**</u>

1.    <u>ADDITIONAL STATEMENTS</u>

☐ If checked, the People hereby disclose written, oral or recorded statements of a defendant or of a co-defendant to be jointly tried, made, other than in the course of the criminal transaction, to a public servant engaged in law enforcement activity or to a person then acting under his direction or in cooperation with him, and which statements are not given in section B(1) above. C.P.L. §240.20(1)(a).

2.    <u>GRAND JURY TESTIMONY</u>

☐ If checked, defendant or a co-defendant to be tried jointly testified before the Grand Jury relating to this criminal action. C.P.L. §240.20(1)(b). *Such testimony is available upon payment of a stenographic fee.*

3.    <u>SCIENTIFIC AND MEDICAL REPORTS</u>

☒ If checked, the People hereby disclose written reports or documents or portions thereof, concerning a physical or mental examination or scientific test or experiment, relating to this criminal action, which were made by, or at the request or direction of a public servant engaged in law enforcement, or by a person whom the People intend to call as a witness of a trial, or which the People intend to introduce at trial. C.P.L. §240.20(1)(c).

| | Already Served | Attached | Will Be Provided |
|---|---|---|---|
| Medical Records of Complaining Witness | ☐ | ☐ | ☒ |

6:09-CV-1202
(D NH/GHL)

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

FAMIAN CORNADO,

Defendant.

**PEOPLE'S VOLUNTARY
DISCLOSURE FORM**

Docket No.        2006NY050869

*Ind.O 3991-06*

The People of the State of New York hereby voluntarily disclose to the defendant the following factual information pertaining to the above-captioned case:

**A.**    **BILL OF PARTICULARS**

1.    **OCCURRENCE**

Date:        July 29, 2006
App. Time:    20:50
Place:        in the area between East 106th Street & East 107th Street and the East River/FDR

2.    **ARREST**

Date:        July 29, 2006
App. Time:    21:26
Place:        East 106th Street and the East River/FDR

**B.**    **NOTICES**

1.    **STATEMENTS**

☐ If checked, notice is hereby served, pursuant to CPL §710.30(1)(a), that the People intend to offer at trial evidence of a statement made by defendant to a public servant. *(Where a statement has been video taped, counsel should contact the assigned Assistant District Attorney to arrange a mutually convenient time for viewing the tape or should provide a blank tape for copying.)*

*6:09-CV-1202
(DNH/GHL)*

PT. 80  AUG 1 1 2008

## Repository Inquiry

**To: NICHOLSPAT For: ULSTER INTAKE 07R2873 Case No: 07R2873 - NYSID No: 0737582M - IAD**

New York State Division of Criminal Justice Services
4 Tower Place
Albany, NY 12203-3764
Tel: 1-800-262-DCJS
Denise E. O'Donnell Commissioner of NYS Division of Criminal Justice Services

Identification    Summary    Criminal History    Job/License    Wanted    Missing    NCIC/III

## ● Attention - Important Information

* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

**DNA SAMPLE OWED** Required to provide a DNA sample for inclusion in the State DNA Databank. If more information is required call DCJS Office of Forensic Services at (518)457-1901

"DNA specimen collection guide"

**This NYSID Number was used previously and is now reassigned to this individual.**

**Violent Felony** offense(s) on file

## ● Identification Information



**Name:**
FAMIAN CORNADO

**Date of Birth:**
Jul 07, 1956

**Place of Birth:**
USA

Cycle 1
Arrest Date July 29, 2006

| Address: | | | |
|---|---|---|---|
| **Sex:** Male | **Race:** | **Ethnicity:** Hispanic | **SkinTone:** Dark |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |

*11-5-09*
*11-5-09*
*6:09-CV-1202 ...*

Sinucitis: Inflamacion de los senos oseos de la Cara.
Este es el Diagnostico que medio el Doctor R. Lowenstenin
despues de 3.2 años Lluchando por obtener mi Radiologia
axial, aqui en estos momentos no habla del conjun-
tivitis. Esto ahora es (Sinucitis) inflamacion de la
conjuntiva. Los tejidos que realizan la funsion de sos-
tener o proteger

Esto no es mas que frac-
tezas en el rostro atrabez
de los señales o secuelos
que an quedado en mi
"rostro"
apofisis ascendente
apofisis articular con el pomulo
Seno frontal

Cabidad orbitaria

Seno etmoidal
Canal optico

Fisura efmoidal

Fisura efemoma-
Xilar

Maxilar superior
derecho

6:09-CV-1202
(DH/GHL)

Canal lagrimal

maxilar superior iz
quierdo
Seno maxilar

2 1    3 4 5

7    6

arcada dental su-
perior

Agujero Mentoniano

Menton

maxilar inferior
arcada dental inferior

Radiography, X Ray Picture o Photograp

Diagnostico

1= Conjuntivitis, 2= Sinusitis

Sinusitis: inflamación de los senos óseos de la cara. Este es el Diagnostico que yo deseaba oir por parte de los restantes Doctores antes que el Doctor R. Lowenstenin, con la remición del Estomatologo aqui en Monhaw Cones-Poc ordenara la placa facial ya que los problemas que estoy presentando no son del Estomatologo sino del Optometrista el cual de claro no infección. (Está bien) tengo luces en el ojo izquierdo, presento dolores después de la operación del ojo derecho y muchos puntos negros flotantes, dolores del maxilar hasta la frente incluyendo el ojo Derecho, los letras del Diccionario libros en suestiones de minutos se me unen, formando lineas a colores y borrosa

8/17/2009 dia en que fui operado del ojo izquierdo por segunda vez, segunda operación ojo derecho 11/16/2009   Dr. Drugger Robert V.
          ger

El 11/10/2009 fui remitido por el "Estomatologo" para el Hospital Walsh, donde me realizaron las placas fasiales que benia solicitando hase mucho desde la ciudad.

Estas fueron realizadas desde varios ingulos y diferentes posiciones, donde estas forman un total de 4 que se intersectan en dos lineas una que pasa por los incesivos superiores y por el conducto auditivo hasta los dientes, que no presento.

3

esta segunda operación de los testículos donde el Cirujano ~~Richar~~ Richar Well me manifesto que no hiba a ocurrise pero existen posibilidade de tener que rosar el testículo donde existe la "hematoma"

Esto se me complico al trasladarme sin autorizasion del medico para un tercer piso donde yo me encontraba con rebaja limitada de no subia escalera, ni caminar largas distancias. el testículo sigue inflamado, yo fume la operasion pero haci en este estado.

Señores Honorables:
Quisiera oir sus congejos, si esposible lo mas ante posible ha esta operasion que no me siento muy desidido.

Tambien se lo plantie al ~~Doctor~~ R. Lowenstenin y me manifesto que no ~~sudura~~ de la ciencia y que el conocia al Cirujano Richar Well. Recuerde que esta va hacer la segunda operasion tambien ~~de~~ los testiculo.

Yo me estoy negando pero con la respuesta que medio mi consegero, aqui, ya no prefiero ser operado. No me fuera ha suceder al igual que la primera vez. A.T.

Repository Inquiry for NYSID ~ : 0737582M on 07/12/2007 03:09 pm

received 11-5-09
6:09-CV-1202
(D/HIGH)

| Brown | Black | 5' 08" | 170 |

SSN:
NYSID#:    FBI#:    NCIC Classification:
00737582M   196524AC6
III status: Criminal record in other states or in multiple FBI files for NYS

## ⚫ Summary Information

Name:    FAMIAN CORNADO   Total Arrests:    1
Date of Earliest Arrest: July 29, 2006    Date of Last Arrest: July 29, 2006

| Total Arrests Charges: | 1 |
|---|---|
| Felony: | 1 |
| Violent Felony: | 1 |
| Firearm: | 0 |
| Misdemeanor: | 0 |
| Other: | 0 |

| Total Convictions: | 1 |
|---|---|
| Felony: | 1 |
| Violent Felony: | 1 |
| Firearm: | 0 |
| Misdemeanor: | 0 |
| Other: | 0 |
| YO Adjudication(s): | 0 |

| Total Open Charges: | 0 |
|---|---|
| Felony Open Charges: | 0 |
| Open Misdemeanor(s): | 0 |
| Other Open Charges: | 0 |

| Warrant Information: | |
|---|---|
| Failure to Appear Counts: | 0 |
| Open Warrants: | 0 |

| Revocation Counts: | |
|---|---|
| Probation: | 0 |
| Parole: | 0 |

| Miscellaneous: | |
|---|---|
| Escape Charges: | 0 |
| Sex Offender Convictions: | 0 |

## ⚫ NYS Criminal History Information

### Cycle 1 ⬆
### Violent Felony Offense

### Arrest/Charge Information
Arrest Date: July 29, 2006 09:26 pm (21:26:00)

| | |
|---|---|
| Name: | FAMIAN CORNADO |
| Date of Birth: | July 07, 1956 |
| Sex: | Male |
| Ethnicity: | Hispanic |
| Age at time of crime/arrest: | 50 |
| Fax Number | 48681 |
| Place of Arrest: | NYCPD 23 |
| Arrest Type: | Unknown |
| Date of Crime: | July 29, 2006 |
| Place of Crime: | NYCPD 23 |
| Criminal Justice Tracking No.: | 58221699L |
| Arresting Agency: | NYCPD PCT 023 |
| Arresting Officer ID: | 933551 |
| Arrest Number: | M06659270 |
| Arrest Charges: | |

-- -   Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument    NCIC 1399
    PL 120.05  Sub 02    Class D    Felony Degree 2

7/13/07

Repository Inquiry for NYSID : 07377582M on 07/12/2007 03:09 pm                    Page 3 of 4

# Court Case Information

— Court: New York County Criminal Court    Case Number: 2006NY050869

   Arraigned  July 30, 2006
      -- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
      PL 120.05  Sub 02                    Class D        Felony        NCIC 1399

   Initial Report Of Docket Number  July 30, 2006

   Transferred To Superior Court  August 04, 2006
      -- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
      PL 120.05  Sub 02                    Class D        Felony        NCIC 1399

— Court: New York County Supreme Court    Case Number: 03991-2006

   Initial Report Of Indictment Number  August 09, 2006

   Arraigned  August 11, 2006
      -- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
      PL 120.05  Sub 02                    Class D        Felony        NCIC 1399

   Convicted Upon Verdict After Jury Trial  June 04, 2007
      -- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
      PL 120.05  Sub 02                    Class D        Felony        NCIC 1399
         Sentenced to:Term: 5 Year(s) Post Release Supervision Time: 3 Year(s) Sentence Date:June 26, 2007


**Interim release Status:** Remanded without bail
_____

⚫ **Other History Related Information**                                          ⬆
   There is no Other History Related Information associated with this history.
_____

⚫ **Job/License Information**                                                    ⬆
   There is no Job/License Information associated with this history.
_____

⚫ **Wanted Information**                                                         ⬆
   There is no NYS Wanted Information associated with this history.
_____

⚫ **Missing Person Information**                                                 ⬆
   There is no NYS Missing Person Information associated with this history.
_____

⚫ **Additional Information**                                                     ⬆

   **Caution: Identification not based on fingerprint comparison. This record was produced as the result of
   an inquiry.**

   **Multi-Source** - Subject has information maintained by other states or in multiple NYS files maintained by the
   FBI available through the Interstate Identification Index. Refer to FBI Number: 196524AC6

   **Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket,

*10-31-08*

(2)

Misc. 917-N (Rev.11-89) H1

# CENTRAL BOOKING

## PRISONER'S PROPERTY FORM

DATE *7/30/08*

PRISONER'S NAME *CORANADO, TAMIN*    ARREST # *M06659270 H*    PCT *123*

FUNDS COUNTED AND RETURNED (Include total value of coins)  $ *Ø*

**THE BELOW LISTED ITEMS WERE REMOVED FROM PRISONER FOR RETURN TO PRISONER AT COURT OR ON RELEASE ON D.A.T.**

### PROPERTY - DESCRIBE

☐ SHOE LACES ☐ AFRO PICK ☐ PEN ☐ LIGHTER ☐ HAND BAG ☐ BELTS ☐ KEYS ☐ NAIL CLIPPER

☐ OTHER (DESCRIBE)

*1320*                                          *123*

*TRANSPORTING*                    (Shield)                    (Command)
(Signature - Arresting Officer)

(Signature - Prisoner)

(Member searching if other than A.O.)              (Reviewing Officer)

**NOTE: If no funds counted and returned, indicate "NONE". If no property removed and safeguarded, indicate "NONE".**
**Distribution - Original to C.B. - Duplicate to prisoner - Triplicate to Court Package**

*Re: File # 2009-PL-3834*
*Case # 200907045*      *6:09-CV-1202*
*Ref IAB 200907045*      *(DNH/6HL)*
*IAB Log # 0922720*

Late response on Jul 12, 2007 0~ ~7 pm

## Additional Inquiry Response

*Date received*
*11-05-0~*

**All subsequent information is associated with: NYSID - 737582M**

*6:09-CV-1202*
*(DNH/GHL)*

New York State Division of Criminal Justice Services
4 Tower Place
Albany, NY 12203-3764
Tel: 1-800-262-DCJS
Denise E. O'Donnell Commissioner of NYS Division of Criminal Justice Services

## Federal NCIC, III and/or FBI Response

↑

↑

### ● NCIC Information

The following information is provided in response to your request for a search of the NCIC
Person files based on:

- **Name: CORNADO, FAMIAN**
- **Sex: M**
- **Date of Birth: 07/07/1956**
- **FBI number: 196524AC6**

```
NY055055C

NO NCIC WANT FBI/196524AC6
NO NCIC WANT NAM/CORNADO,FAMIAN DOB/19560707 SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
```

7/13/07

Repository Inquiry for NYSID No: 0737582M on 07/12/2007 03:09 pm    Page 4 of 4

*Date received 11-05 6:09-CV-1202 (DNH/GHL)* [handwritten]

the sentence may be considered to be concurrent unless identified as consecutive.

## Federal NCIC, III and/or FBI Response ⬆

The outstanding response(s) indicated below will be forwarded to your in-box upon receipt by DCJS. If you do not receive one or more of the indicated responses, please contact that state or agency directly.

- NCIC - Person Files
- NCIC - Protection Order File
- III Record Request

WARNING: Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 371lb.
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. Destroy after use and request an updated rap sheet for subsequent needs.
All information presented herein is as complete as the data furnished to DCJS.

Late response on Jul 12, 2007 02:17 pm                                    Page 1 of 1

# Additional Inquiry Response

### All subsequent information is associated with: NYSID - 737582M

6:09-CV-1202
(DXA/GHL)

Received U/ohawk
Con. Tac
11-05-09

New York State Division of Criminal Justice Services
4 Tower Place
Albany, NY 12203-3764
Tel: 1-800-262-DCJS
Denise E. O'Donnell Commissioner of NYS Division of Criminal Justice Services

## Federal NCIC, III and/or FBI Response                              ↑

**The outstanding response(s) indicated below will be forwarded to your in-box upon receipt by DCJS. If you do not receive one or more of the indicated responses, please contact that state or agency directly.**

- **Florida**

## ⬤ III Information                                                   ↑

**The following information is provided in response to your request for a search of the III based on:**

- **FBI number: 196524AC6**

```
NY055055C
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/196524AC6. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 FLORIDA        - STATE ID/FL05804043

AN ADDITIONAL RECORD MAY BE OBTAINED FROM FILES WITHIN YOUR STATE.
END
```

H43: Mr Forman, Esquire...          July 30, 2006

My Name is Cornado Farrium     B+C# 349-06-73343
And I would like to explain the Accconts
Of my Dentention I was given   a SUMMONS for Drinking
out on the Street when I sent a money order for the
amount of what was given on Somnions. They returned My money order.
For not being Properly Filled out I never returned to court.
For which I made had a warrant filled out For
My arrest. When they Inquired as per my whereabouts
They did not Find me   at   my residence. I was Fishing
at the river, a few days after they Inquired as per
My Whereabout's they Found me Fishing by the river at
which—.   time they Proceeded to Visciously Beat me
To the point where they Knocked out two of my teeth
Cracked Two rib's on my leff Side. I also have several
bruises to my forehed and left side of Jaw while
laying on the Ground they also Proceeded to kick me
 all over my body head + face at which time
they Proceeded to tell me that they were Kicking My
Ass for them having to look For me.
After this Viscious beating they took me to a
hospital at which time they refused to let me get
Medical att. They only let the doctor look me over physically
The doctor also Stated that It was his doty
To Provide you with medical att. But was not
allowed to By the Police officer's. Also to add
When I was taken to the hospital I was uncoscious

B+C#34906 13343

6:09-CV1202
(DWH/GHL)

Misc. 917-N (Rev.11-89)-H1

# CENTRAL BOOKING

## PRISONER'S PROPERTY FORM

DATE _7/30/06_

PRISONER'S NAME _CORRADO _____ FANIN_    ARREST # _M06650270 11_    PCT. _025_

FUNDS COUNTED AND RETURNED (Include total value of coins).  $_____

**THE BELOW LISTED ITEMS WERE REMOVED FROM PRISONER FOR RETURN TO PRISONER AT COURT OR ON RELEASE ON D.A.T.**

### PROPERTY - DESCRIBE

☐ SHOE LACES  ☐ AFRO PICK  ☐ PEN  ☐ LIGHTER  ☐ HAND BAG  ☑ BELTS  ☐ KEYS  ☐ NAIL CLIPPER

☐ OTHER (DESCRIBE) _____

_TRANSPORTED_                          _1370_                    _$23_

(Signature - Arresting Officer)                  (Shield)                    (Command)

(Signature - Prisoner)

(Member searching if other than A.O.)                    (Reviewing Officer)

**NOTE:** If no funds counted and returned, indicate "NONE". If no property removed and safeguarded, indicate "NONE".
**Distribution - Original to C.B. - Duplicate to prisoner - Triplicate to Court Package**

---

Form 111RB2/04    Property Receipt/City of New York Department of Correction

Inmate _Corrado  Fanin_                    **Property Receipt**

          Last      First

Institution _MDC_                          A Nº 116531

Date _7-31-06_    _$2.00_  _0_

☐ Book and Case # _349.061334?_

☐ Sentence # _____    CONTROL/CUFFLOCK# _1075031_

_interview 7/31/06_

| WHERE WAS PROPERTY TAKEN: ☐ Admission   ☐ Housing Area- Specify: _____   ☐ Other- Specify: _____ |||||||||
|---|---|---|---|---|---|---|---|---|---|
| Was this property taken on a search: ☐ Yes / ☐ No ||||||||||

| I. Personal Items || II. Clothing ||| III. Jewelry ||||
|---|---|---|---|---|---|---|---|---|---|
| **No.** | **Articles** | **No.** | **Articles** | **Color** | **No.** | **Article** | **Description** |||
| | | | | | | | **Y** | **W** | **CS** |
| | Radio | | Coat/Jacket | | | | | | |
| | Personal papers | | Pants | | | Tooth Cap | | | |
| | Pocketbook | | Belts | | | Neck Chain | | | |
| | Gloves | | Shoes/Sneaker | | | Earring | | | _Stone_ |
| | Glasses | | Shirt/Blouse | | | Charm | | | |
| | Wig | | Skirt | | | Bracelet | | | |
| | Wallet | | Boots | | | Watch | | | |
| | Keys | | Hat | | | Ring | | | |

| Identification: ☐ Yes ☐ No || | On Person | Same Name? Y:   N | | **Please Note:** Description Color: | IV. Miscellaneous ||
|---|---|---|---|---|---|---|---|---|
| | | | | | | Y- Yellow Metal | **No.** | **Article** |
| U.S. Passport | | | | | | W- White Metal | | |
| Green Card | | | | | | CS- Color of Stone | | |
| Driver's license | | | | | | | | |
| Other Government-issued photo ID | | | | | | **INSTRUCTIONS** | | |
| Birth Certificate | | | | | | 1. If you receive more than one (1) item on a line, (e.g., coat/jacket) circle appropriate item then enter the number. | | |
| Social Security card | | | | | | | ☐ NO PROPERTY | |

6:09-CV-1302(DNH/GHL)

Medical isolation

## NYC Health
### THE NEW YORK CITY DEPARTMENT of HEALTH and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS & IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

# PROBLEM LIST

| Patient's Last Name | First Name |
|---|---|
| Cornado | Famian |

| Book & Case Number | NYSID Number |
|---|---|
| 349-06-13343 | ~~illegible~~ |

| DOB | ALLERGIES: NKA |
|---|---|
| 7/7/1956 | |

| CHRONIC MEDICAL PROBLEMS | DATE LISTED | PSYCHIATRIC DSM IV DIAGNOSIS | DATE LISTED |
|---|---|---|---|
| S/P TRAUMA LT RIBS POSTERIORLY | ~~illegible~~ | | |
| RT SCROTAL HERNIA | ~~illegible~~ | | |
| *(handwritten)* | 10/6/06 | | |
| *allergic computer (handwritten)* | 4/23/8 | | |
| *(handwritten)* | | | |

|  |  | DATE ON | DATE OFF |
|---|---|---|---|
| | SUICIDE WATCH | | |
| | | | |

| | SUICIDE RISKS | DATE LISTED |
|---|---|---|

### INMATE HAS CONTRAINDICATIONS FOR
**Category A (Chemical Agents):**
*Medically contraindicated if the patient has*   ☐ Asthma   ☐ Chronic Obstructive Pulmonary Disease (COPD)

**Category B (Stun Shield):**
*Medically contraindicated if the patient has ANY of the following conditions:*   **(Check All That Apply)**

☐ Pregnancy   ☐ Hypertension   ☐ Pace Maker   ☐ Asthma   ☐ Seizure   ☐ Diabetes   ☐ Cardiac Disease
☒ **NO CONTRAINDICATIONS**

Signature:   Joseph McCready                         Date: ~~redacted~~

**NYC Health**
THE NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS & IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

## PROBLEM LIST

| Patient's Last Name | First Name |
|---|---|
| Cornado | Famian |

| Book & Case Number | NYSID Number |
|---|---|
| 349-06-13343 | 0737582M |

| DOB | ALLERGIES: NKA, NKA |
|---|---|
| 7/7/1956 | |

| CHRONIC MEDICAL PROBLEMS | DATE LISTED | PSYCHIATRIC DSM IV DIAGNOSIS | DATE LISTED |
|---|---|---|---|
| S/P TRAUMA LT RIBS POSTERIORLY | 7/31/2006 | | |
| RT SCROTAL HERNIA | 7/31/2006 | | |
| musculoskeletal pain | 8/24/2006 | | |
| Mskeletic Pain | 8/28/2006 | | |
| Headache | 9/5/2006 | | |
| S/P Trauma ; Iritis. | 9/27/2006 | | |
| Lt. rib pain | 10/3/2006 | | |

| | | | DATE ON | DATE OFF |
|---|---|---|---|---|
| Constipation | 10/3/2006 | | | |
| Cough | 10/3/2006 | SUICIDE WATCH | | |
| Dental exam | 10/3/2006 | | | |
| Dental Exam | 10/3/2006 | | | |
| Abnormal Cxray , ppd unknown | 10/6/2006 | | | |

| | | SUICIDE RISKS | DATE LISTED |
|---|---|---|---|
| Pingueculitis., PVD, Bilateral cataracts. | 1/19/2007 | | |
| Allergic Conjunctivitis | 5/24/2007 | | |

**INMATE HAS CONTRAINDICATIONS FOR**

**Category A (Chemical Agents):**
*Medically contraindicated if the patient has*    ☐ Asthma    ☐ Chronic Obstructive Pulmonary Disease (COPD)

**Category B (Stun Shield):**
*Medically contraindicated if the patient has ANY of the following conditions:*    **(Check All That Apply)**

☐ Pregnancy    ☐ Hypertension    ☐ Pace Maker    ☐ Asthma    ☐ Seizure    ☐ Diabetes    ☐ Cardiac Disease
☒ NO CONTRAINDICATIONS
Signature:    Joseph McCready    Date:    7/31/2006

CHS-289 (REV. 09/05)                Cornado, Famian - 349-06-13343              10/2/2009 8:05:09 AM    Page 1 of 4

| DATE PRD IMPLANTED | | RESULT | | DATE READ | | INITIAL | |
|---|---|---|---|---|---|---|---|
| 7/31/2006 | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| IMMUNIZATION | DATE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| LABORATORY DATA | DATE ORDERED | RESULT | RADIOLOGY/TYPE | DATE ORDERED | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|
| PPD | 7/31/2006 | | CXR C4R2 | 16/6/0 | | _il deferred Pulmonary_ |
| EKG | 7/31/2006 | | | | | _in (R) hand suspicion_ |
| RPR | 7/31/2006 | | | | | _for early infiltrate_ |
| Dipstick | 7/31/2006 | | | | | _in RML_ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| FOLLOW-UP/CONSULTS | DATE ORDERED | CLINIC | FACILITY | DATE SEEN |
|---|---|---|---|---|
| Nursing Followup - HIV Rapid Refused | 7/31/2006 | HIV Rapid Refusal | BBKC | |
| Specialty - SURGICAL | 7/31/2006 | Surgery | GRVC | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DATE PPD IMPLANTED | RESULT | DATE READ | INITIAL |
|---|---|---|---|
| 7/31/2006 | | | |
| | | | |

| IMMUNIZATION | DATE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

| LABORATORY DATA | DATE ORDERED | RESULT | RADIOLOGY/TYPE | DATE ORDERED | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|
| Dipstick | 7/31/2006 | | Chest X-Ray | 10/6/2006 | 10/6/2006 | Abnormal |
| EKG | 7/31/2006 | | | | | |
| PPD | 7/31/2006 | | | | | |
| RPR | 7/31/2006 | | | | | |
| Urinalysis | 6/23/2007 | Normal | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| FOLLOW-UP/CONSULTS | DATE ORDERED | CLINIC | FACILITY | DATE SEEN |
|---|---|---|---|---|
| Nursing Followup - HIV Rapid Refused | 7/31/2006 | HIV Rapid Refusal | GMDC | |
| Specialty - SURGICAL | 7/31/2006 | Surgery | WF | |
| Specialty - SURGICAL | 8/9/2006 | Surgery | WF | |
| Medical Followup - HX OF RIB FX | 8/16/2006 | Medical | MDC | |
| Medical Followup - HX OF RIB FX | 8/18/2006 | Medical | MDC | |
| Specialty - 8/21/06 | 8/22/2006 | Optometry | WF | |
| Specialty - 8/21/06 | 8/22/2006 | Surgery | WF | |
| Specialty - 8/21/06 | 8/30/2006 | Optometry | WF | |
| Specialty - 8/31/06 | 9/1/2006 | Surgery | WF | |
| Medical Followup - Headache | 9/5/2006 | Other | RNDC | |
| Specialty - 9/5/06 | 9/7/2006 | Neurology | WF | |
| Medical Followup - Headache | 9/7/2006 | Medical | RNDC | |
| Specialty - 8/31/06 | 9/8/2006 | Surgery | WF | 9/21/2006 |
| Specialty - 9/11/06 | 9/12/2006 | Optometry | WF | |
| Medical Followup - Headache | 9/20/2006 | Medical | RNDC | |
| Specialty - 9/21/06 | 9/21/2006 | Optometry | WF | 9/27/2006 |
| Specialty - 9/20/06 | 9/21/2006 | Surgery | WF | 9/28/2006 |
| Medical Followup - Headache | 9/28/2006 | Medical | GMDC | |
| Off-Island - for repair of RIH | 9/29/2006 | Surgery | BHPW | |
| Specialty - 9/5/06 | 10/9/2006 | Neurology | WF | |
| Specialty - 9/5/06 | 10/9/2006 | Neurology | WF | 1/5/2007 |
| Specialty - 1/5/07 | 1/8/2007 | Optometry | WF | 1/19/2007 |
| Specialty - 4/29/07 | 4/30/2007 | Optometry | WF | |

| MEDICATION LIST | | |
|---|---|---|
| START DATE | MEDICATION | DATE DISCONTINUED |
| 7/31/2006 | Motrin - Tab - 400MG - 800MG PO TID | 8/5/2006 |
| 8/24/2006 | Naprosyn - Tab - 500MG - po bid prn | 8/29/2006 |
| 8/28/2006 | Naproxen - Tab - 500MG - Take 1 tab po bid | |
| 8/28/2006 | Robaxin - Tab - 500MG - Take 1 tab po BID | |
| 9/5/2006 | Robaxin - Tab - 500MG - Take 1 tab po BID | |
| 9/5/2006 | Motrin - Tab - 400MG - Take 1 tab po BID | |
| 9/11/2006 | Motrin - Tab - 400MG - 1 tab po BID-stat dose given | 9/15/2006 |
| 9/12/2006 | Robaxin - Tab - 500MG - Take 1 tab po BID | 9/16/2006 |
| 9/20/2006 | Robaxin - Tab - 500MG - 1 tab po bid | |
| 9/20/2006 | Ibuprofen - Tab - 400MG - 1 tab po bid | |
| 9/27/2006 | Prednisolone Acetate - Suspension - 1% - 1 gtt OS qid | 10/18/2006 |
| 10/3/2006 | Motrin - Tab - 400MG - 1 tab po BID - stat dose given | |
| 10/3/2006 | Guaifenesin - Tab - 200MG - 1 tab po BID | |
| 10/3/2006 | Colace - Cap - 100MG - 1 tab po qd | |
| 10/3/2006 | Chlorhexidine Gluconate - Solution - 0.12% - BID | |
| 1/19/2007 | TobraDex - Suspension - 0.3-0.1% - 1 gtt qid OU | 2/18/2007 |
| 3/26/2007 | Maalox Plus - Suspension - 225-200-25MG/5ML - 30cc/BID | 3/30/2007 |
| 5/24/2007 | Prednisolone Acetate - Suspension - 0.12% - 1 gtt OU qid | 6/23/2007 |
| 5/24/2007 | Visine-A - Solution - 0.025-0.3% - 1 gtt OU qid | 8/22/2007 |
| 6/12/2007 | Metamucil - Packet - 28% - 1 tsp in 8 oz water po bid | 6/17/2007 |
| 6/12/2007 | Motrin - Tab - 400MG - 400 mg po qid | 6/17/2007 |
| 6/19/2007 | Metamucil - Packet - 28% - 1 PACKET IN HSO QD | 7/3/2007 |
| 6/19/2007 | Motrin - Tab - 400MG - 1 TAB PO BID | 6/23/2007 |
| | | |
| | | |

9 X2 - 1.80        9 X 3 = 2 7 0        2 7 0

# CAPE VINCENT CORRECTIONAL FACILITY

## INMATE DENTAL REQUEST NOTIFICATION FORM

Name _Cornado F._    DIN# _07R2873_

Housing Unit _E.2.44B_    DATE _OCT 29 2007_

**We received your dental care request. This places you on our list for treatment. Your request has been placed in priority order. There is no need to send any additional callout requests. Watch the callout for your date and time.**

_12-27-07 EXTRASION_
_( 12-28-07)_
_PERDI-Lo ultimo que he quedo dela_
_Protexis inferior y Tres dientes mo's_
_F 10-50's_

_10-30-07_
_11-06-67 limpieza_

MK063 (12/95)

## MOHAWK CORRECTIONAL FACILITY DENTAL CLINIC

NAME _Cornado, F_    DIN _07R2873_
Nombre            Numero de Identificación

Block _73_  ~~Company~~  _A_  ~~Cell~~  _17_
Bloke      Compania      Selda

MAY 01 2009

_El Expediente del dentista se perdio solo existen cuatro copias_

### DENTAL CLINIC RESPONSE
### _Respondencia de la Clinica Dental_

1.  You will be given an appointment as soon as possible and will receive a call out
    _Usted reciba una cita dental lo mas pronto possible y reciba una cita por correro_

2.  You have been placed on a treatment list and will be called in turn for a
    _Usted a sido puesto en la lista de tratmiento y sera llamado en su turno para_

    ___filling     ___cleaning     ___denture/partial     ___extraction     ___appointment
    _empaste_       _limpieza_       _dentadora/parcial_       _extracion_         _cita dental_

3.  You are already on a list from a previous request and must wait your turn
    _Usted ya esta en la lista i debe esperar su turno_

4.  Not enough information. Completely describe your problem on a new form
    _Usted no los mandado informacion suficiente respecto a su problema un nuevo formulario_

5.  Other _A disbursement sent to dental for $2.00_
    _Otras_  _(4 pages @ 50¢ per page) is needed to process your request._

<table>
<tr><td>

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONAL SERVICES
MOHAWK CORRECTIONAL FACILITY
CALL-OUT NOTICE

TO: _Cornado, F_

_07R2873_    _73A 28_
DIN            LOCKING

Report to: _Medical Building #157_

On: _6-30_ -09 at: _8:00_ (AM) / PM

For appointment with:    _Dental_

Present this notice to the building security officer upon arrival

Authorization: _S. Kral_
1/14/08

</td><td>

MOHAWK CORRECTIONAL FACILITY
CALL-OUT NOTICE

TO: _Cornado_

_07R2873_    _73-A-31_
DIN            LOCKING

Report to: _MEDICAL BUILDING #157_

On: _7/14/09_ at _10:00_ AM/PM

For appointment with: _Dental_

Present this notice to the building security officer upon arrival

Authorization: _S. Kral_
1/14/08

</td></tr>
</table>

## CAPE VINCENT CORRECTIONAL FACILITY

**TO:**        Program Committee/Housing Unit C.O.

**FROM:**    Dental Unit

**RE:**        **POST SURGICAL MEDICAL EXCUSE**

**DATE:**    _12_ / _28_ /07

INMATE: _Cornelo, Ramiro_ DIN: _07R2873_    **DORM:** _E2-44B_

The above-named inmate currently has a physical condition which necessitates certain restrictions on his activities.

        ✓ **No work or school program should be assigned.**

        This inmate may be given the following work:
        ____**Porter(includes dusting, mopping, buffing)**

        ____**Clerical(includes typing, record-keeping)**

        ____**Kitchen(includes handling food, washing post)**

        ____**Laundry(includes operating machinery)**

        ____**Yard Crew(includes raking, mowing, shoveling)**

        ____**Painting**

    ✓ May go to Messhall        ✓ No Sports: gym or yard

    Comments: _Extracción de los tres dientes que_
    _me quedaban flojos_

The duration of these restrictions will be:
        ____Indefinite
        ✓ One day only, until 6:30 am tomorrow morning.

Prepared By:
Title:

# CENTER FOR APPELLATE LITIGATION

74 TRINITY PLACE - 11TH FLOOR, NEW YORK, NY 10006 TEL. (212) 577-2523 FAX 577-2535

*ATTORNEY-IN-CHARGE*
ROBERT S. DEAN

*ASSISTANT ATTORNEY-IN-CHARGE*
CAROL A. ZELDIN
*MANAGING ATTORNEY*

ELAINE E. FRIEDMAN

*SENIOR SUPERVISING ATTORNEY*
MARK W. ZENO

*SUPERVISING ATTORNEYS*
ABIGAIL EVERETT
BARBARA ZOLOT

*APPELLATE COUNSEL*
SEON JEONG LEE

(212) 577-2523 ext. 23
slee@cfal.org

8 de febrero del 2008

Sr. Famian Cornado
DIN # 07-R-2873
Cape Vincent Correctional Facility
Route 12E, P.O. Box 599
Cape Vincent, NY 13618-0599

Estimado Sr. Cornado:

Yo he completado el reviso de las transcripciones en su caso and he identificado dos asuntos para levantar en su apelación.  Primero, sontendré la opinion que la corte cometio errores en la manera que manipuló algunas de las notas sometidas por el jurado durante deliberaciones.  Mirando a la transcripcción, la corte no consultó con el abogado antes de leer dos de las notas en corte abierta delante del jurado y falló a dirigirse a la tercera nota enteramente.  Le preguntaré a la corte que revoque para un nuevo juicio basado en la prueba sustancial de error en el registro o que conduzca una audiencia de reconstrucción para clarificar el registro.  Segundo, sostendré la opinion que su sentencia de 5 años fue excesiva, y le preguntaré a la corte que la reduzca acerca de la sentencia mínima que usted puede recibir en está convicción, que es 2 años.

Cuándo complete el resumen de la apelación, le enviaré una copia.

Muy atentamente,

Seon Jeong Lee
Appellate Counsel



2/10/08

RE. Col # 3329

2

**Supreme Court**
**of the**
**State of New York**



100 CENTRE STREET
New York, N.Y. 10013

June 6, 2008

Mr. Famian Cornado, 07R2873
Gouverneur Correctional Facility
P.O. Box 480
Gouverneur, New York 13642-0370

Re: Indictment # 03991-2006

Dear Mr. Cornado:

In response to your letter dated March 27, 2008, please be advised that arrest record M06659270 is not part of the court file. All requests for Police records should be addressed to the New York City Police Department, 1 Police Plaza, NY, NY 10038.

You may also wish to contact the Office of the District Attorney, One Hogan Place, Room 732, New York, NY 10013 for information.

854

Very truly yours,

D. McDermott, SCC
Supreme Court - New York County

5

*VB: CA # 3329*                                                                    *2*



# DISTRICT ATTORNEY
## OF THE
## COUNTY OF NEW YORK
### ONE HOGAN PLACE
#### New York, N. Y. 10013
#### (212) 335-9000

**ROBERT M. MORGENTHAU**
DISTRICT ATTORNEY

July 11, 2008

Famian Corrado
07-R-2873
Gouverneur Correctional Facility
P.O. Box 480
Gouverneur, New York 13642-0370

Re: F.O.I.L. Request
Ind. No. 3991/2006

Dear Mr. Corrado:

I am an Assistant District Attorney in New York County and have been assigned to be the Records Access Officer in connection with your request under the Freedom of Information Law (F.O.I.L.). The request was received by this office on or about July 2, 2008.

Your request for documents pertaining to this case is denied. Our records indicate that you filed a Notice of Appeal on July 6, 2006. As such, your case is still pending. See Public Officers Law Section 87(2)(e)(i); Matter of Sideri v. Office of the District Attorney of New York County, 243 A.D.2d 423 (1st Dept. 1997); Matter of Legal Aid Society v. New York City Police Department, 274 A.D.2d 207 (1st Dept. 2000); Matter of Pittari v. Pirro, 258 A.D.2d 202 (2nd Dept. 1999); see also Matter of Jayson Torres v. New York City Police Department and Robert Morgenthau, Index No. 400529/03, N.Y.Co.Sup.Ct. Part 21, Lippmann, J. (Jan. 23, 2004) (denial of documents proper as petitioner's appeal was pending).

The Freedom of Information Law Appeals Officer is Assistant District Attorney Patricia J. Bailey, Chief of the Special Litigation Bureau, at the above address.

Sincerely,

Karen Edelman-Reyes
Assistant District Attorney
Records Access Officer

*Recib' July 18, 08*
*3:35 PM*

*6*

# CENTER FOR APPELLATE LITIGATION

74 TRINITY PLACE - 11TH FLOOR, NEW YORK, NY 10006 TEL. (212) 577-2523 FAX 577-2535

*ATTORNEY-IN-CHARGE*
ROBERT S. DEAN

*ASSISTANT ATTORNEY-IN-CHARGE*
CAROL A. ZELDIN

*MANAGING ATTORNEY*
ELAINE E. FRIEDMAN

*SENIOR SUPERVISING ATTORNEY*
MARK W. ZENO

*SUPERVISING ATTORNEYS*
ABIGAIL EVERETT
BARBARA ZOLOT

*APPELLATE COUNSEL*
SEON JEONG LEE

(212) 577-2523 ext. 23
slee@cfal.org

July 31, 2008

Mr. Famian Cornado
DIN # 07-R-2873
Riverview Correctional Facility
P.O. Box 158
Ogdensburg, NY 13669

Dear Mr. Cornado,

I received your many letters, and thank you for enclosing the official documents in the final letter. It gave me a better sense of what you were communicating to me. I have made copies of those documents for my file and have enclosed the originals with this letter for your file.

Back in March, you asked me about getting your "arrest report" and I had suggested that you make a FOIL request, which you apparently had made with the police department. The police department told you to make the request to the District Attorney, who then denied your request in July 11th because of your pending appeal. The law says that the D.A. can deny your FOIL request on that ground. Unfortunately, there is nothing I can do for you to reverse that determination because your request for the arrest report is not relevant to the appeal. Whatever information this is on this report was not presented at trial, and, therefore, is not part of the record. On appeal, we are limited to evidence was that presented at trial.

I have enclosed copies of the court file papers in the case file. I do not have the arrest report you are trying to obtain, but maybe there is something in there that may be of help to you.

Very truly yours,

Seon Jeong Lee
Appellate Counsel

/enclosures

*Re Coll = 3329*

## RIVERVIEW CORRECTIONAL FACILITY
### MEMORANDUM

TO:         Cornado, Famian 07R2873

FROM:    E. Hockenbery, Correction Counselor

DATE      9/2/08

RE:          Freedom of Information Law (F.O.I.L.)


Your request for a copy / review of ___Arrest report_____

_____

records under the Freedom of Information Law was received on   8/26/08_____.

Your request is denied for the reason(s) indicated below:

XX
          The request records fall within the province of another agency and
          should be requested from:  Need to request from arresting agency

          Report not located in our records._____

_____    The requested records are classified as " confidential "  and are exempted
          from disclosure by State or Federal statute.

_____    Disclosure of the requested records would:

          ____  Constitute an unwarranted invasion of privacy.
          ____  Interfere with law enforcement investigations or judicial proceedings.
          ____  Identify a confidential source or disclose confidential information
                relating to a criminal investigation.
          ____  Reveal criminal investigation techniques except routine technique.
          ____  Endanger the life or safety of any person

_____    Are inter-agency or interagency materials which are not statistical
          tabulations or data, factual data, instructions to staff that affect the
          public, or final agency policy or determinations.

_____    Other:_____

          _____

          _____

You have the right to appeal this decision, in writing, to
The Office of Counsel
Department of Correctional Services
Building 2
1220 Washington Avenue
Albany, NY 12226 – 2050



# CENTER FOR APPELLATE LITIGATION

74 TRINITY PLACE - 11TH FLOOR, NEW YORK, NY 10006 TEL. (212) 577-2523 FAX 577-2535

*ATTORNEY-IN-CHARGE*
ROBERT S. DEAN

*ASSISTANT ATTORNEY-IN-CHARGE*
CAROL A. ZELDIN
*MANAGING ATTORNEY*

ELAINE E. FRIEDMAN
*SENIOR SUPERVISING ATTORNEY*
MARK W. ZENO

*SUPERVISING ATTORNEYS*
ABIGAIL EVERETT
BARBARA ZOLOT

*APPELLATE COUNSEL*
SEON JEONG LEE

(212) 577-2523 ext. 23
slee@cfal.org

29 de septiembre del 2008

Sr. Famian Cornado
DIN # 07-R-2873
Cape Vincent Correctional Facility
Route 12E, P.O. Box 599
Cape Vincent, NY 13618-0599

Estimado Sr. Cornado:

Recibí sus dos cartas y otros documentos qué usted me envío. Lo siento no haber respondido más pronto. Sus cartas han sido traducidas al inglés para yo poder entenderlas.

Al leer sus cartas traducidas, parece qué usted quiere reclamar ciertos artículos qué usted tenia en su posesión cuándo fue arrestado. Yo no puedo ayudarlo en este asunto, pero usted le debería preguntar a su consejero en su facilidad acerca de reclamar articulos personales agarrados durante su arresto.

Lamento oír qué usted está sufriendo de varios dolores físicos y molestias. Cuándo se viene a su dentadura, se sentiran molestos al principio porque el objeto duro está oprimiendo sus ancias sensitivas. Se tomara algún tiempo para qué se ajusten. Eso aparte, si usted siente qué no está recibiendo atendencia médica apropiada, le debería hablar a su consejero acerca de eso también.

Finalmente, usted parece sugerir en su carta que la policía le asaltó a la hora de su arresto. Como su abogada de apelación, he leído todos los minutos en su caso y los documentos de la corte, pero no detecté ningúna segña de brutalidad de policía. Sé que usted fue herido porque, en el juicio, se brindó testimonio que el 26 de julio, 2006, cuándo usted había cruzado el FDR y alcanzando el otro lado de la carretera, usted fue encontrado sangrando por la boca. Pero, como la historia se dijo en juicio, ese fue el resultado del incidente de esa noche, no qué la policía lo golpió. Sin más prueba soportando su alegación de brutalidad de policía, no hay mucho que pueda hacer por usted. También, sé que usted ha estado intentando conseguir su informe de arresto sin exito. No estoy segura si éste es un documento que pueda obtener, pero pondré una petición con la oficina del Fiscal Del Distrito.

Mr. Famian Cornado
DIN # 07-R-2873
Page 2 of 2

     Si tiene más preguntas o inquietudes, favor de escribirme.  Si su inquietud es algo qué yo pueda ayudarlo, lo haré.

                                    Muy atentamente,

                                      Seon Jeong Lee
                                    Appellate Counsel

Yo no, cruce FDR el 7/26/06 ya que no tengo motivo para cruzarlo. Yo lo cruce el 7/30/06 cuando fui asaltado en mi arresto por la policia que me dio patadas y pinos me dieron sin Compasión, donde fui alcanzado por los patrulleros que no permitieron que se me atendiera en el Hospital Metropolitano despúes de yo bolver en (si o en mi) Estos recivieron unos llamadas, cuando registraron el maletin y encontraron los multas que yo tenía dentro del maletin mas la carta del tribunal Criminal Con el mencioda dentro. Aqui empesaron a (tergiversarlo) todo.

New York State Division of Criminal Justice Services
Record Review and Challenge Unit
5th Floor
4 Tower Place
Albany, NY 12203

| DATE: 10-02-08 | NAME: FAMIAN CORNADO | ID#: 07R2873 |
|---|---|---|
| FACILITY: RIVERVIEW CORRECTIONAL FACILITY | | NYSID#: 0737582M |

RESPONSE TO CHALLENGE/CORRESPONDENCE DATED:    08-25-2008

EVENT DATE(S):   07-29-2006

According to your criminal history report, there is only one arrest listed having an arrest number of **M06659270.** There is no arrest listed within your criminal history report with the arrest number of M06659247 for the date of **07-30-2006.** For assistance in this matter please contact the **New York City Police Department** at the address below.

**NYC PD**
**Ident. Section**
**One Police Plaza**
**New York, New York 10038**

James W. Stanco
Chief, Records Management Bureau

JWS:eap

CALL THE OFFICE OF THE INSPECTOR GENERAL AT (718)626-1710
ORDER SENTENCE TO NYS DEPARTMENT OF CORRECTIONAL SERVICES

< < < < < < CRIMINAL HISTORY > > > > > >

| ARREST INFORMATION | ARREST/ARRAIGNMENT CHARGES | DISPOSITION AND RELATED DATA |
|---|---|---|
| VIOLENT FELONY<br>ARR DT/PL 07-29-06<br>NYCPD 23<br><br>CRM DATE: 07-29-06<br>CRIME PLACE:<br>NYCPD 23<br><br>ARR#/AGY M06659270<br>NYCPD PCT 023<br><br>CRT CON# 58221699L<br><br>FAX NO    M048681 | - - ARREST - -<br>ASLT W/INT CAUSE PH INJ W/WEAP<br>PL    120.05          SUB 02<br>CLASS D FEL         NCIC 1399<br><br>- - ARRAIGNMENT - -<br>ASLT W/INT CAUSE PH INJ W/WEAP<br>PL    120.05          SUB 02<br>CLASS D FEL         NCIC 1399<br><br>ASLT W/INT CAUSE PH INJ W/WEAP<br>PL    120.05          SUB 02<br>CLASS D FEL         NCIC 1399 | - - DISPOSITION - -<br>06-04-07  NY CO SUP CRT<br>CASE # 03991-2006<br>CONVICTED UPON VERDICT AFTER<br>JURY TRIAL<br><br>THE FOLLOWING CHARGE(S):<br>ASLT W/INT CAUSE PH INJ W/WEAP<br>PL    120.05          SUB 02<br>CLASS D FEL         NCIC 1399<br>SENT    5 YEARS<br>3 YEARS - POST REL SUPERV<br>SENTENCED ON      06-26-07<br><br><br>08-04-06  CRIM COURT NEW YORK<br>CASE # 2006NY050869<br>TRANSFERRED TO SUPERIOR COURT<br>CASE# 349-613343<br>THE FOLLOWING CHARGE(S):<br>ASLT W/INT CAUSE PH INJ W/WEAP<br>PL    120.05          SUB 02<br>CLASS D FEL         NCIC 1399<br><br>07-30-06  CRIM COURT NEW YORK<br>CASE # 2006NY050869<br>INITIAL REPORT OF DOCKET<br>NUMBER    349━━━━━━13<br><br>07-30-06  CRIM COURT NEW YORK<br>CASE # 2006NY050869<br>ARRAIGNED  349━━━━13343<br><br>08-09-06  NY CO SUP CRT<br>CASE # 03991-2006<br>349━━━━13343 |

(CONT. NEXT PAGE)

THIS RECORD ONLY FOR USE AS
PART OF DCJS PROGRAM FOR
RECORD REVIEW BY SUBJECT THEREOF

4

DATE   09-30-08                          NYSID   0737582M                    PAGE      2

< < < < < < CRIMINAL HISTORY > > > > > >

| ARREST INFORMATION | ARREST/ARRAIGNMENT CHARGES | DISPOSITION AND RELATED DATA |
|---|---|---|
| | | INITIAL REPORT OF INDICTMENT NUMBER |
| | | 08-11-06   NY CO SUP CRT |
| | | CASE # 03991-2006 |
| | | ARRAIGNED   3 4 9 0 6 9 3 3 4 3 |
| | | INTERIM RELEASE STATUS: REMANDED |
| | | ATTORNEY TYPE: 18B |
| | | - - PENAL/PAROLE DATA - - |
| | | ULSTER CORR FAC      - ADMISSION |
| | | 07-13-07   COMMITTED |
| | | TERM:    5 YRS |
| | | INMATE ID NO 07R2873 |
| | | ADMITTED FOR: |
| | | ASSAULT-2ND DEGREE |
| | | PL    120.05          NO SUB |
| | | CLASS D FEL          NCIC 1399 |
| | | 11-03-10   COND RELEASE DATE |
| | | 07-23-11   MAX EXPIRATION DATE |

WHERE AN INDIVIDUAL IS SENTENCED JUNE 1, 1981, OR LATER, ON MORE THAN ONE
CHARGE WITHIN A DOCKET, THE SENTENCES MAY BE CONSIDERED TO BE CONCURRENT
UNLESS IDENTIFIED AS CONSECUTIVE.

5

THE COURT:  Mr. Foreman? Mr. Cornado?

MR. FOFMAN:  Your Honor, I would ask for the 2 year minimum sentence that comes along with this, and I'd like to be heard on a few points.

I'm not going to excuse the conduct that he was convicted of.  I do think it should be taken into account Mr. Cornado did come here from Cuba around 1980. It's fair to say he came through one of the Mariella boats.  Many came on those boats and were left in this country with no family, with no resources, with no means

Terry Henry, AOE
Senior Court Reporter

to do anything.

During that time he had not compiled a criminal history.  The only offenses that he seems to have committed were simple drug possession charges, mostly marijuana convictions.  He had worked jobs in Miami as well as in New York.

I think considering the limited support that he had in this country, I think the limited resources he had available to him, should have some kind of weight in your determination.  Yo no soy Marielito

Yo no entré en los 1980 yo entré 27-9-95 entre por el aeropuer to de Homestead, Florida. Naci 7/7/50 y i presento problemas psiquatice

- Sentence -                              Page 5

1    front of your Honor.  I know your Honor was willing to

2    take some kind of disposition in that situation.

3    Unfortunately, it never resolved itself.  So, here we

4    stand.

5              He did not testify.  I know it is often held

6    against defendants when they do testify.  It is always

7    considered perjury.  He did not.

8              All that happened here ultimately was he

9    chose to exercise his right to have a trial and have the

10   People prove their case beyond a reasonable doubt.  He

16   People.

17             Does he have any prior criminal history as

18   far as we know?  Felony convictions, for example?

19             MS. POTASHNICK:  As far as I was able to

20   tell, the only criminal record that is recorded is that

21   in Florida.  And as I understand it, those were

22   misdemeanor offenses, trespass, marijuana, and he has

23   not been arrested or convicted of any felonies.

24             THE COURT:  Okay.  What would you like to

25   say?

# CENTER FOR APPELLATE LITIGATION

74 TRINITY PLACE - 11TH FLOOR, NEW YORK, NY 10006 TEL. (212) 577-2523 FAX 577-2535

*ATTORNEY-IN-CHARGE*
ROBERT S. DEAN

*ASSISTANT ATTORNEY-IN-CHARGE*
CAROL A. ZELDIN

*MANAGING ATTORNEY*
ELAINE E. FRIEDMAN

*SENIOR SUPERVISING ATTORNEY*
MARK W. ZENO

*SUPERVISING ATTORNEYS*
ABIGAIL EVERETT
BARBARA ZOLOT

*APPELLATE COUNSEL*
SEON JEONG LEE

(212) 577-2523 ext. 23
slee@cfal.org

October 9, 2008
9 de octubre del 2008

Mr. Famian Cornado
DIN # 07-R-2873
Riverview Correctional Facility
P.O. Box 158
Ogdensburg, NY 13669

Dear Mr. Cornado,

I received your letter. Also, I mentioned in my last letter to you that I will request your arrest report from the District Attorney's office. Enclosed is the Arrest Worksheet and Arrest Report they sent me.

Recibí su carta. También, le mencioné in my última carta qué hiba a pedir su registro de arresto de la oficina del fiscal. Adjunto a la presente está la página de arresto y el registro de arresto qué me enviaron.

Very truly yours,
(Muy atentamente)

Seon Jeong Lee
Appellate Counsel

NYPD CJB

**ON LINE BOOKING SYSTEM ARREST WORKSHEET**
PD 244-159 (Rev. 4-85) H1

| GANG UNIT NTFD. | NITRO NTFD. | C.C.I.U. NYPD | C.C.U./NITRO LOG NO | Felony Case Development Classification |
| | ☐ YES ☐ NO | ☐ YES ☐ NO | | ☐ B ☐ C ☐ D |

| | | Rank | Command 025 |

**ARRESTING OFFICER INFORMATION**

| 1. Tax Reg No | Name (Last, First, M.I.) Rodriguez, Gil | On Duty? | In Uniform? | Injured? |
| | | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes Age |

2. Shield No. 30851   Social Security No (if Not NYPD)

3. Used Force? ☐ Yes ☒ No   Type: A ☐ Handgun  B ☐ Physical Force  C ☐ Chemical Agent  D ☐ Nightstick, Blunt Instrument  E ☐ Firearm  Z ☐ Other

4. Reason Force Used: A ☐ Overcome Assault  B ☐ Restrain  C ☐ Prevent Escape  Z ☐ Other

5. Officer Assigned ☐ Yes ☒ No   Precinct of Arrest   M.I.

**DEFENDANT INFORMATION**

6. Last Name Rodriguez   First Name Peter

7. Race W ☐ White  D ☐ Black  Q ☐ White-Hispanic  P ☐ Black-Hispanic  A ☐ Asian/Pacific Islander  I ☐ American Indian/Alaskan Native
   No Associates Also Arrested

8. Sex ☒ Male ☐ Female   Age 35   Date of Birth 11/15/62

**CHARGES INFORMATION**

| | ATTEMPT? | LAW | SECTION | SUB. | CLS. | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Top Chg. | ☐ Yes ☐ No | PL | 120.05 | | D | F | 01 | Assault 2 6 |
| 2nd Chg. | ☐ Yes ☐ No | PL | 120.14 | | A | M | 01 | Menacing |
| 3rd Chg. | ☐ Yes ☐ No | PL | 265.01 | | A | M | 01 | CPW 4 |
| 4th Chg. | ☐ Yes ☐ No | | | | | | | |
| 5th Chg. | ☐ Yes ☐ No | | | | | | | |

10. Occurrence Time 2050   Date 3/14/98   Specific Location Basement 332 E 117 St

11. Narrative: AT T/P/O c/v stated that alone deft did display a bebe gun and stated "I'll kill You". Deft did also strike c/v w/ gun causing abrasion to left side of face

11a. Defendant's Firearm - At other time of offense or time of arrest (Check Appropriate Box)
A ☐ None/Unknown  B ☐ Possessed  C ☐ Displayed  D ☐ Discharged   Social Security Number 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

**DEFENDANT INFORMATION**

12. Aka/Nickname   Gang Member? ☐ Yes ☐ No   Gang Name   Citizen? ☐ Yes ☐ No   State/Country of Birth

13. Resident Precinct 25   or 1 ☐ Other in NYC. 2 ☐ NY State  3 ☐ Other State   Apt. No.   Home Telephone No 212 324 0579   Bmt

14. Address (include City, State, Zip) 332 E 117 Street   Eye Color Br   Bic

15. Skin Tone ☐ Light M ☐ Med D ☐ Dark   Height 5'8"   Weight 130   Living Together ☐ Yes ☒ No

16. Scars/Marks   Deft Related to Victim As   Type Drug Used   00

17. Physical Condition 01

18. Occupation 93   License/Permit Type (eg Drivers License)   License/Permit No

19. Telephone (Home)   Name 2

**ARREST INFORMATION**

20. Type 2105   Date 3/14/98   Weapon Force Used (Spec)   B   Return Date   A/O Excused? ☐ Yes ☐ No   DAT? ☐ Yes ☐ No

21. Arrest Location 332 E 117 St Bmt

22. Assoc. Arrests Numbers   2

**PROPERTY VOUCHER INFORMATION**

| 23. | Number B949157 | Command | Value | Type 22☐Drugs 54☐Veh 56☐Curr 58☐Firearm 57☐Jwlry 36☐Boat 97☐Other |
| | Number | Command | Value | Type 23☐Drugs 54☐Veh 55☐Curr 56☐Firearm 57☐Jwlry 36☐Boat 97☐Other |
| | Number | Command | Value | Type 22☐Drugs 54☐Veh 56☐Curr 58☐Firearm 57☐Jwlry 36☐Boat 97☐Other |

**COMPLAINT DATA**

24. Is Comp A Cop? ☐ Yes ☐ No   or PSNY? ☐ Yes ☐ No   or Disabled? ☐ Yes ☐ No   Total Victims 01

25. Name Perez, Galeani   Sex ☒ Male ☐ Female   Race H   Age 49   Home Telephone Number 410710

26. Address

27. Aided No.   Command   Accident No   Command

28. Complaint No   Precinct   Sec   Jurisdiction of Complaint HEALTH PD

**NATURE OF CRIME/METHOD (FOR TOP CHARGE) - SEE REVERSE FOR OTHER SELECTION POSSIBILITIES**

29. Robbery  8 ☐ Purse Snatch  3 ☐ Payroll  10 ☐ Neck Chain  D ☐ Bicycle  E ☐ Other
   Larceny  B ☐ of Vehicle  8 ☐ Shoplifting  9 ☐ Veh. Accessories  ☐ Other Selection (Specify)
   Drugs  L ☐ Crack  J ☐ Opium Deriv  I ☐ Synthetic  O ☐ Other Cocaine  7 ☐ Other Drug
   Other Crimes (Entirely As Indicated On Reverse Side)
   Other Selection (Specify)

30. Premises Type 13 ☐ Comm.  12 ☐ Resid  33 ☐ Bank  09 ☐ Street  32 ☐ Truck  05 ☐ Church  04 ☐ Cemetery  ☐ (Specify)

**ARRESTING OFFICER INFORMATION**

31. Chart P291   Squad C3   Primary Assignment (Check Appropriate Box) 5 ☐ Beat Officer  ☐ Other Uniform  1 ☐ Anti-Crime  2 ☐ Investigatory  4 ☐ Other   Mother's Maiden Name

**JUVENILE INFORMATION**

32. Gang   School   Time Notified

33. Number Priors   Relative Notified   Year

**ADDITIONAL DEFENDANT INFORMATION FOR PHOTOGRAPHABLE ARRESTS**

34. If Vehicle   Make   Color   Was Used   Unusual Teeth ☐  Limp or Foot/Leg Missing/Deformed ☐  Arm/Hand Missing ☐  Left Handed ☐

35. PHYSICAL DESCRIPTION (Check Features that are Distinctive, Unique, Unusual or Prominent)
   ☐ Beard  ☐ Bald  ☐ Part Bald  ☐ Purpled Face
   ☐ Mustache  ☐ Glasses  ☐ Freckled Face
   ☐ Sideburns  ☐ Unusual Eyes  ☐ Unusual Ears/Hearing Aid
   ☐ Wig/Hair Dyed  ☐ Pocked Face  ☐ Unusual Nose

10

```
NEW YORK CITY POLICE DEPT ARREST REPORT RUN DATE 03/15/98 RUN TIME 00:1

************************************************************
DEFENDANT INFORMATION                          ARREST ID: M98029953
NAME:RODRIGUEZ   PETER       SEX:M RACE:WHITE HIS DOB:11/15/62 AGE
AKA: _____ CITZ? YES POB:NEW YORK        PHONE:(212)369-

ADDR: 332   E.I17 STREET NYC        NY      RES PCT: 025
SKIN TONE: LIGHT  HGT: 5-08  WGT: 130 EYE COLOR: BROWN  HAIR COLOR:BLACK
SOC STATUS: SINGLE     SOC SEC #: 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  DEFT/VICT RELAT: _____
PHYSICAL COND: APPARENTLY NORMAL        TYPE DRUG USED: NONE
OCCUPATIONAL AREA: OTHER
LICENSE/PERMIT-TYPE(EXC DRIVER/OPR/REG): _____  NO: _____
CALLS: NO: _____  NAME: _____  NO: _____  NAME: _____
ORACLE# 27310936 NYSID# 7512377Y FAX# M0010295 ARR.PROC: ON LINE  NO LV
```

98N026688

```
************************************************************
NARRATIVE: AT T/P/O DEFT DISPLAY A BEBE GUN AT COMPL AND STAT
         ED,"I WILL KILL YOU". DEFT ALSO STRIKE COMPL WITH
         GUN CAUSING ABRASION TO LEFT SIDE OF FACE.
************************************************************
CHARGES INFORMATION
              ATT   LAW   SEC SUB  CLS TYPE CTS      DESCRIPTION
TOP CHARGE--> I N I PL I 120.05 01 I F I D  I 01 I ASSAULT 2
TOTAL CHARGES I N I PL I 120.14 01 I M I A  I 01 I MENACING 2ND
COUNT = 03    I N I PL I 265.01 01 I M I A  I 01 I CRIM POS WEAP-4
              I _ I ___ I _____ __ I _ I _  I __ I _____
************************************************************
ARREST RELATED INFORMATION      I DAT? NO

TIME 21:05 DATE 03/14/98 CMD 025  ***************************
WEAPON POSS/USED:NONE          ARREST LOC: 332 E.117 STREET BMT
NUM OF ASBDC:00
PROPERTY VOUCHERS:
     1 NO:G949157    CMD:025 VAL:UNKNOWN     TYP:FIREARMS/WEAPONS

************************************************************
COMPLAINANT/UF-61/VICTIM INFORMATION
IS COMPL A CORP? NO   OR PSNY? NO   OR DISABLED? NO   TOTAL VICTIMS = 0
COMPL NAME: PEREZ       GALENIL    SEX: M RACE: WHITE HISPANIC  AGE
ADDR: _____          TEL NUM: (___) ___-___
AIDED NO: _____ AIDED CMD: ___ ACC NO: _____ ACC CMD: ___
UF-61: NO:999999 CMD:025 SECTOR:A  JURISDICTION: N.Y. POLICE DEPT
TIME & DATE OF OCCURRENCE:  20:50  ON  03/14/98  METHOD: OTHER
PREMISES:RESIDENCE APT/HOME     LOCATION:332 E.117 STREET NYC
************************************************************
ARRESTING OFFICER INFORMATION
NAME:RODRIGUEZ   GUILLERM C RANK:PDM TAX NUMBER: 914932   SHIELD:30
DEPT:HAPD       CHART: OTHER              SQUAD: C3    ASSN:990

OFFICER:  INJURED? NO   ASSIGNED? NO   ON DUTY? YES  IN UNIFORM? YES
USED FORCE? NO  TYPE: _____  REASON:_____
```

```
RESPONDED TO:
 DATE : 03-14-98              STATE OF NEW YORK              TRAN NO    8673
 TIME   2358       DIVISION OF CRIMINAL JUSTICE SERVICES    PAGE
 FAX NO.M010295
          CONFIDENTIAL TO:      NYCPD HDQ                   DOB 11-15-
                                1 POLICE PLAZA              RAC HISPANIC
                                NEW YORK          NY        SEX MALE
                                          10038-1403        HGT 5-08
       #013001N !                                           SDC 077-64-644
                                                            FBI 77730MAB
---------------------------------------                ---- III NYS ONLY
 ! NAME  RODRIGUEZ,PETER               !  !NYSID  7512377Y !  III NYS ONLY
---------------------------------------                ----
 ARREST:                     03-14-98  21:05  ELAPSED TIME (HRS:MINS)
 ORIGINAL RECEIVED:          03-14-98  22:47      001:42
 RAP PRODUCED:               03-14-98  23:58      001:11
                        NAMES USED BY SUBJECT                #ADULT ARREST
  RODRIGUEZ,PETER
```

```
-------------- < < < < < < CRIMINAL HISTORY > > > > > > > ---------------
```

| ARREST INFORMATION | ARREST/ARRAIGNMENT CHARGES | DISPOSITION AND RELATED DATA |
|---|---|---|
| ARR DT/PL 09-28-93<br>NYCPD 25<br><br>CRM DATE: 09-28-93<br>CRIME PLACE:<br>NEW YORK TRANSIT<br><br>ARR#/AGY M930816951<br>NYCPD -TRANSIT<br><br>CRT CON# 18672582N<br><br>FAX NO   M047235<br>ORACLE # 27320996 | NO REPORTABLE ARREST/<br>ARRAIGNMENT CHARGES | - - DISPOSITION<br>09-29-93  CRIM CRT NEW YORK<br>       DKT # 93N078851<br>INITIAL REPORT OF DOCKET<br>NUMBER |
| VIOLENT FELONY<br>ARR DT/PL 03-14-98<br>NYCPD 25<br><br>CRM DATE: 03-14-98<br>CRIME PLACE:<br>NYCPD 25<br><br>ARR#/AGY M980299953<br>NYC HOUSING AUTH<br><br>CRT CON# 50382881Z | - - ARREST - -<br>ASLT W/INT CAUS SERIOUS PH INJ<br>PL   120.05      SUB 01<br>CLASS D FEL        NCIC 1399<br><br>MENACING-2ND:WEAPON<br>PL   120.14      SUB 01<br>CLASS A MISD       NCIC 1316<br><br>CRIM POSS WEAP-4TH:FIREARM/WEP<br>PL   265.01      SUB 01<br>CLASS A MISD       NCIC 5212 | NO DISPOSITION REPORTED<br><br>COURT OF ARRAIGNMENT<br>CRIM CRT NEW YORK |
| FAX NO   M010295 | | |

```
-------------- < < < < < < OTHER INFORMATION > > > > > > > ---------------
```

```
LATEST UPDATED PERSONAL DESCRIPTORS:  EYES/BROWN   HAIR/BLACK    WGT 130
(CONT. NEXT PAGE)
```

12

DATE      03-14-98
NAME      RODRIGUEZ,PETER
                                          NYSID  7512377Y    PAGE
                                                             TRAN NO   48673R

NCIC FINGERPRINT CLASSIFICATION  14141323151315141715

SOCSEC | 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 | 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

DOB INFO| NOV  15,1962

POB INFO| NEW YORK

NAME AND| REPORTED ON  |          INFORMATION
ADDRESS |
        |SEPT 28,1993| RODRIGUEZ,PETER
        |            |  1332 E.  117TH STREET        NYC, #B           NEW YORK
        |MAR  14,1998| RODRIGUEZ,PETER
        |            |  1332 E 117 ST                NEW YORK          NEW YORK

WHERE AN INDIVIDUAL IS SENTENCED JUNE 1, 1981, OR LATER, ON MORE THAN ONE
CHARGE WITHIN A DOCKET, THE SENTENCES MAY BE CONSIDERED TO BE CONCURRENT
UNLESS IDENTIFIED AS CONSECUTIVE.

THE ABOVE RESPONSE TO YOUR UPDATED FINGERPRINT CARD SUBMISSION IS BASED
UPON A FINGERPRINT IDENTIFICATION.

        ALL ENTRIES ARE AS COMPLETE AS THE DATA FURNISHED TO DCJS.
                  KATHERINE N. LAPP, COMMISSIONER

13

RIVERVIEW CORRECTIONAL FACILITY
MEMORANDUM

TO:        Cornado, Famian 07R2873

FROM:      E. Hockenbery, Correction Counselor

DATE:      10/21/08

RE:        Freedom of Information Law (F.O.I.L.)


Your request for a copy / review of ___Arrest report number___

_____

records under the Freedom of Information Law was received on _____.

Your request is denied for the reason(s) indicated below:

_____        The request records fall within the province of another agency and
              should be requested from: _____

              _____

_____        The requested records are classified as " confidential "  and are exempted
              from disclosure by State or Federal statute.

_____        Disclosure of the requested records would:

              ____   Constitute an unwarranted invasion of privacy.
              ____   Interfere with law enforcement investigations or judicial proceedings.
              ____   Identify a confidential source or disclose confidential information
                     relating to a criminal investigation.
              ____   Reveal criminal investigation techniques except routine technique.
              ____   Endanger the life or safety of any person

_____        Are inter-agency or interagency materials which are not statistical
              tabulations or data, factual data, instructions to staff that affect the
              public, or final agency policy or determinations.

__XX__        Other:_ Docs does not have a copy of the arrest report

              In our records

              _____


You have the right to appeal this decision, in writing, to
The Office of Counsel
Department of Correctional Services
Building 2
1220 Washington Avenue
Albany, NY 12226 – 2050

A 4

#07-R-2873
Reverview Corr. Facility
P.O. Box 247
Ogdensburg, N.Y. 13669
December 15, 2008

Supreme Court of the state of New York
First Judical District Criminal Branch
100 Centre street.
New York, N.Y. 10013
Appeals Bureau 1202
Attn: D. McDermott, S.C.C.

To: D. McDermott, SCC

I will like for the court to send my minutes on my first appearence in Court when I was sent to the hospital by the Judge during my arraignment before I went to the grand Jury.

Here I show you the options for which Mr. Forman Esquire didnot accept, for Mr. Forman Esquire didnot see with Judgement and clarity. He didnot see the "Love of the Freedom" which manifested of the Judge.

1st option 1-03-07

I was supposed to return to court after the seven- months to sign an agreement pertaining to "Immediate Freedom," for which the Judge had said in court and didnot accept it.

2nd option 13-3-07

To which Mr. Forman Esquire said that he had a free ticket so I can leave to Florida and also "Immediate Freedom".

3rd option Date: 19-3-07

4th option Date: 21-5-07

I didnot accept 3rd, 4th option which pertained to "Immediate Freedom".

5th Option was also "Immediate Freedom" which didnot accept on this date (30-05-07). Also it was brought to court early in the morning and it was said that I didnt accept the 5th option. It was also presented in front of the grand Jury.

Without interpreter and which it was said that a lawyer was present at the time of interogation. There was no lawyer present it was the undercover Police officer (which is the same one of the beating) and Mr. Forman Esquire. They was going to change my lawyer with I didn't comply with because he was going on vacation.

Mr. Famian Conrado #07-R-2873

X

Sir, your New York State Indectment Number is needed to process this request. If you were sentenced in another borough please send your request here



**POLICE DEPARTMENT**
**LEGAL BUREAU**
F.O.I.L. Unit, Room 110C
One Police Plaza
New York, NY 10038

Gouverneur Correctional Facility
Famian Cornado
P.O Box 480
Gouverneur NY 13642

2/5/2009

File #   2008-PL-2988
Your File #

Dear Sir or Madam:

This is in response to your letter dated 6/11/2008 in which you requested access to certain records under the New York State Freedom of Information Law (FOIL).

The following captions, if checked, pertain to your request:

☐ Responsive to your request, the following document(s) have been accessed and photocopied:

☐ Redactions have been made to the document(s) in that release of the information would represent an unwarranted invasion of personal privacy {§ 87.2 (b)}.

☐ Redactions have been made to the document(s) in that release of the information would endanger the life and safety of any person.

☐ Redactions have been made to the document(s) in that release of the information would reveal non-routine investigative techniques.

☐ Redactions have been made to the document(s) in that release of the information does not represent final agency determination.

☐ Redactions have been made to the document(s) in that release of the information would identify a confidential source/confidential information.

COURTESY • PROFESSIONALISM • RESPECT

☑ Based on the information you provided, this Unit conducted a diligent search for the following requested document(s) which could not be found: *Ais Report Arrest Report - Complaint Report - search was negative*

☐ For the following requested item(s), I must refer you to the appropriate agency/agencies who may be in possession of such documents:

☑ In total, _____ page(s) have been accessed and photocopied. Please remit payment in the amount of $____

☐ The requested documents are enclosed with this letter.

☐ Upon receipt of payment, the requested documents will be mailed.

## PAYMENT PROCEDURE

Please submit payment in check or money order.
**Payable to the "New York City Police Department."**
**This unit will not accept payment in cash.**

Mail payment to:
New York City Police Department
One Police Plaza –Room 110C
New York, New York 10038
**Note: Please include the FOIL number on the check or money order**

## APPEAL PROCEDURE

Should you so desire, you may appeal this decision or any portion thereof. Such an appeal must be made in writing, within thirty (30) days of the date of this letter, and must be forwarded to:

Jonathan Davis
Records Access Appeals Officer
New York City Police Department
One Police Plaza-Room 1406
New York, NY 10038-1497

Sincerely,

James Russo
Sergeant



STATE OF NEW YORK ,
### DEPARTMENT OF CORRECTIONAL SERVICES
THE HARRIMAN STATE CAMPUS – BUILDING 2

1220 WASHINGTON AVENUE
ALBANY, N.Y. 12226-2050

(518) 457-4951
FAX (518) 457-7555*
*Not for service of papers

**BRIAN FISCHER**
COMMISSIONER

**MAUREEN E. BOLL**
DEPUTY COMMISSIONER AND COUNSEL

February 6, 2009

Mr. Famian Cornado
07R2873
Riverview Correctional Facility
Route 37
P.O. Box 158
Ogdensburg, NY 13669-0158

Dear Mr. Cornado:

This is in response to your letter and enclosures dated October 21, 2008.  I am returning the packet to you as per your request in your cover letter.  Much of the material is in Spanish and other letters and records appear to be part of an appeal that was made of your criminal conviction.  One of the documents in the enclosures is a copy of a FOIL response and there is a circle around the Office of Counsel at the bottom of the page, and therefore we are treating this as an appeal of a denial of access to records.

The response of the FOIL officer at the facility which was dated September 2, 2008 stated that your request that was received on August 26, 2008 for your arrest report was denied because the requested records fall within the province of another agency and should be requested from them.  It stated that the arresting agency should be contacted for a copy of this report as it is not located in our records.  In most cases this agency would be the police.  A review of this matter indicates that the denial was appropriate as this agency would ordinarily not have access to arrest records, and in your case it was determined we did not.  FOIL only relates to existing records, and since the arrest record is not in your file, your request was properly denied.

Mr. Famian Cornado
Page 2

Accordingly, the decision of the facility records access office is affirmed.

Very truly yours,

William M. Gonzalez
Deputy Counsel

**COMPUTER INFO.**
**CHECK WHAT INFORMATION YOU NEED**
PRINT NAME _CORNADO FAMIAN_
B&C # _349-06-13343_                    DATE: _10-4-06_

CHARGE:
DOCKET: _349-06-13343_
INDICT.:
COURT PART: _12_
COURT DATE: _10-16-06_
BAIL: _$750_
BOND:
WARRANT: _0_
STATE READY: _/_

CENTRAL BOOKING
PRISONER'S PROPERTY FORM

PRISONER'S NAME _CORNADO, FAMIAN_    ARREST #    PCT

FUNDS COUNTED AND RETURNED (Include total value of coins) $

THE BELOW LISTED ITEMS WERE REMOVED FROM PRISONER FOR RETURN TO PRISONER AT COURT OR ON
RELEASE ON D.A.T.

PROPERTY DESCRIBE

SHOE LACES    PEN    LIGHTER    HAND BAG    BELTS    KEYS    NAIL CLIPPER

OTHER (DESCRIBE)

(Signature Arresting Officer)    (Shield)    (Command)

(Signature Prisoner)

(Member searching (other than A-O))    (Reviewing Officer)

NOTE: If no funds counted and returned, indicate "NONE". If no property removed and safeguarded, indicate "NONE".
Distribution - Original to C.B. - Duplicate to prisoner - Triplicate to Court Package

| People v Cornado |
| --- |
| 2009 NY Slip Op 01700 |
| Decided on March 10, 2009 |
| Appellate Division, First Department |
| Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431. |
| This opinion is uncorrected and subject to revision before publication in the Official Reports. |

Decided on March 10, 2009
Tom, J.P., Friedman, Gonzalez, Sweeny, McGuire, JJ.

7 3991/06

[*1]The People of the State of New York, Respondent,

v

Famian Cornado, Defendant-Appellant.

Robert S. Dean, Center for Appellate Litigation, New York
(Seon Jeong Lee of counsel), for appellant.
Robert M. Morgenthau, District Attorney, New York (Martin J.
Foncello of counsel), for respondent.

Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered June 26, 2007, convicting defendant, after a jury trial, of assault in the second degree, and sentencing him to a term of 5 years, unanimously affirmed.

The record indicates that shortly before the jury announced that it had reached a verdict, the court received a note requesting certain photographs received into evidence and a readback of testimony. Nothing in the record bears on the issue of whether the court read

this note to counsel; the court did not respond to it before accepting the verdict. We conclude that defendant has failed to present on this appeal a record that is adequate to permit review of his claim (*see People v Kinchen*, 60 NY2d 772 [1983]) that the court violated the precepts set forth in *People v O'Rama* (78 NY2d 270, 277-278 [1991]). Although this failure alone is sufficient to reject defendant's argument, we note that defendant has not established any prejudice (*see People v Agosto*, 73 NY2d 963, 966 [1989]). By promptly reaching a verdict without any further inquiry, the jury implicitly indicated that it no longer needed the information requested (*see People v Fuentes*, 246 AD2d 474, 475 [1998], *lv denied* 91 NY2d 941 [1998]). We also note that the note in question asked for a readback of testimony about lighting conditions, and the jury had already received a readback on that subject.

Defendant also contends that the court failed to follow the steps set forth in *People v O'Rama* with respect to two other jury inquiries. Although the court reporter apparently was not present when the court informed the parties about the content of this note, it is clear from the record that the court did disclose the contents of each of these inquiries in open court before responding. Accordingly, it fulfilled its "core responsibility" under *People v Kisoon* (8 NY3d 129, 135 [2007]) and there was no mode of proceedings error exempt from preservation requirements (*see e.g. People v Starling*, 85 NY2d 509, 516 [1995]; *People v Snider*, 49 AD3d 459 [2008], *lv denied* 11 NY3d 795 [2008]). We decline to review defendant's unpreserved claim in the interest of justice. As an alternative holding, we find no basis for reversal. The record supports the conclusion that counsel received a suitable opportunity for input into the court's responses. Two of the inquiries at issue requested routine readbacks, and these requests [*2]were not likely to require significant input from counsel. The third asked whether the jurors could take notes, and the court gave the jury appropriate instructions on that subject. While we do not find that the court's handling of any of the jury inquiries in this case requires reversal, nevertheless, as the Court of Appeals stated in *Kisoon*, "we underscore the desirability of adherence to the procedures outlined in *O'Rama*" (8 NY3d at 135).

We find no basis for a reconstruction hearing as to any of the issues presented on appeal.

We perceive no basis for reducing the sentence.

THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: MARCH 10, 2009

CLERK

Return to Decision List

# CENTER FOR APPELLATE LITIGATION

74 TRINITY PLACE - 11TH FLOOR, NEW YORK, NY 10006 TEL. (212) 577-2523 FAX 577-2535

*ATTORNEY-IN-CHARGE*
ROBERT S. DEAN

*ASSISTANT ATTORNEY-IN-CHARGE*
CAROL A. ZELDIN

*MANAGING ATTORNEY*
ELAINE E. FRIEDMAN

*SENIOR SUPERVISING ATTORNEY*
MARK W. ZENO

*SUPERVISING ATTORNEYS*
ABIGAIL EVERETT
BARBARA ZOLOT

*APPELLATE COUNSEL*
SEON JEONG LEE

(212) 577-2523 ext. 23
slee@cfal.org

March 16, 2009

Mr. Famian Cornado
DIN # 07-R-2873
Riverview Correctional Facility
P.O. Box 158
Ogdensburg, NY 13669

Dear Mr. Cornado,

I am sorry to inform you that on March 10, 2009, the Appellate Division unanimously affirmed your judgment of conviction. Enclosed is a copy of the court's opinion.

The next step in the appellate process is an application to appeal to the highest State Court, the New York Court of Appeals. Enclosed is the leave application letter that I have submitted on your behalf. Note that the Appellate Division briefs accompany this letter, and the application incorporates by reference all the arguments made in the briefs. Leave applications usually take several months to be decided. As soon as there has been a decision on the application, I will let you know.

Very truly yours,

Seon Jeong Lee
Appellate Counsel

/Enclosure

# CENTER FOR APPELLATE LITIGATION

74 TRINITY PLACE - 11ᵀᴴ FLOOR, NEW YORK, NY 10006 TEL. (212) 577-2523 FAX 577-2535

*ATTORNEY-IN-CHARGE*
ROBERT S. DEAN

*ASSISTANT ATTORNEY-IN-CHARGE*
CAROL A. ZELDIN

*MANAGING ATTORNEY*
ELAINE E. FRIEDMAN

*SENIOR SUPERVISING ATTORNEY*
MARK W. ZENO

*SUPERVISING ATTORNEYS*
ABIGAIL EVERETT
BARBARA ZOLOT

*APPELLATE COUNSEL*
SEON JEONG LEE

(212) 577-2523 ext. 23
slee@cfal.org

March 16, 2009

Hon. Jonathan Lippman
Chief Judge of the Court of Appeals
Court of Appeals Hall
Eagle Street
Albany, New York 12207

Att: Hon. Stuart M. Cohen

Re: <u>People v. Famian Cornado</u>
New York County Indictment Number 3991/06

Your Honor:

In accordance with Criminal Procedure Law, Section 460.20, I am submitting this letter as an application for permission to appeal to the Court of Appeals in the above case. No application has been made to a justice of the Appellate Division.

On March 10, 2009, the Appellate Division, First Department, affirmed with opinion a judgment of the Supreme Court, New York County, rendered June 26, 2007, convicting appellant, after a jury trial, of assault in the second degree, and sentencing him to 5 years and 3 years' post-release supervision (Straus, J., at hearing; McLaughlin, J., at trial and sentence).

The defendant has no co-defendants below.

Appellant urges this Court to grant leave in this case. In answering several substantive jury notes, the trial court repeatedly failed to follow the procedure set forth by this Court in <u>People v. O'Rama</u>, 78 N.Y.2d 270 (1991). (See enclosed copy of the relevant charge portion of the trial transcript, pages 383-387, and the jury notes in the court file papers, Court Exhibit Nos. 2-9). Three of the seven jury notes submitted were clearly mishandled, and one note - Court Exhibit 8 - was ignored by the trial court. Accordingly, this Court should determine whether the trial court here violated the <u>O'Rama</u> precept. U.S. Const. Amends. VI, XIV; N.Y. Const. Art. I, § 6; C.P.L. § 310.30.

4

People v. Famian Cornado
New York County Indictment Number 3991/06
Leave Application
Page 2 of 3

It bears mentioning that this Court has made clear in O'Rama, and reaffirmed in People v. Kisoon (Martin), 8 N.Y.3d 129 (2007), that the "trial court's responsibility under the statute is both to give meaningful notice to counsel of the specific content of the jurors' request – in order to ensure counsel's opportunity to frame intelligent suggestions for the fairest and least prejudicial response – and to provide a meaningful response to the jury." The court's failure to follow this procedure impinges on counsel's ability to "participate effectively or adequately [to] protect the defendant's rights." O'Rama, 78 N.Y.2d at 277.

This Court held in People v. Martin, the companion case to Kisoon, that the trial court's failure to "notify counsel or to respond to the jury's [] note" was a mode of proceedings error that required a reversal of defendant's conviction and a new trial. 8 N.Y.3d at 133, 135. The trial court committed the same error in this case. Jury note 8 requested a readback, inter alia, of "all testimony specifically describing the light over grill inside of the roof in the pier," where the alleged assault took place. (See enclosed Brief for Defendant-Appellant, pages 6-7; Brief for Respondent, page 8). The presence of this note is glaringly absent in the jury note charge of the trial transcript (see trial transcript, pages 383-387). Nevertheless, the First Department held that the precepts set forth in O'Rama had not been violated because "the defendant failed to present on this appeal a record that is adequate to permit review of his claim." (See enclosed the First Department decision, People v. Famian Cornado, 2009 N.Y. Slip Op 01700 [March 10, 2009]).

However, the absence of any record of the O'Rama violation should not bar appellant from relief because the trial court's failure to follow the procedure is precisely the reason why defense counsel was unable to make a record of the error. Compare Kisoon (Martin), 8 N.Y.3d at 133-135 (mode of proceedings error exempt from preservation requirement where trial court failed to notify counsel of the note), with People v. Starling, 85 N.Y.2d 509, 516 (1995) (preservation required where defense counsel was given notice of the contents of the jury notes and had knowledge of the substance of the court's intended response). However, the Court Exhibits show that the jury submitted note eight. If the record is "inadequate," as the First Department deemed it despite the submission of Court Exhibit No. 8, that resulted from the trial court's failure to acknowledge the note and to give notice to defense counsel. Accordingly, contrary to the First Department's decision, the record is not inadequate to permit review. (See First Department decision). Additionally, defense counsel's failure to object to the error at trial was due to the trial court's blatant disregard of the last jury note.

Moreover, the First Department also concluded that the trial court's disregard of jury note 8 did not prejudice appellant because the jury promptly reached a verdict. (See First Department decision). However, that conclusion is simply speculation. There is no record of the exact time note 8 was submitted, but one can presuppose that it was submitted after 3:10 p.m., when the jury returned to deliberate after receiving its answer to the question in jury note 7 (see trial transcript, page 386), and before it reached the verdict at 4:40 p.m. (see Court Exhibit No. 9). The record shows that the jury entered the courtroom one final time before rendering its verdict to receive a

People v. Famian Cornado
New York County Indictment Number 3991/06
Leave Application
Page 3 of 3

readback of "something more to answer in [a] previous note" (see trial transcript, page 386). However, it is not clear whether that readback was of testimony requested in jury notes 5 and 6 (see court exhibit), or of that request in note eight.

Finally, the First Department concluded that "defendant has not established any prejudice" because "the jury had already received a readback on that subject." (See First Department decision). That conclusion was error. In note 5, the jury requested a readback of "Hector's description of the light conditions during cross and direct" (see Court Exhibit No. 5), but note 8 requested all testimony regarding lighting conditions in the area where the incident had occurred. These requests were substantially different. In addition to Hector Sierra, Police Officer Terrell Anderson and Faye Melendez also testified about the lighting conditions along the pier (See Brief for Defendant-Appellant, pages 6-7; Brief for Respondent, page 8). Hector Sierra testified that "It was light enough. . . [t]here was a lot of light," that "the lights were on already," that light came from "both sides, even on the top there. . .," and that he was able to see what he was cooking on the grill (see enclosed trial transcript, pages 223, 231, 237-238). What the jury requested in note 8, and did not get the benefit of before rendering the verdict was Police Officer Terrell Anderson contrary testimony that the area of the assault was "not very well lit" (see enclosed trial transcript, pages 185). Accordingly, the readback request in jury note 8 was not duplicative.

The trial court's failure to follow the O'Rama procedure with respect to the handling of jury notes 5 and 6, the unpreserved errors, only supports the conclusion that the precept had been violated in the handling of note eight. This Court had "underscored the desirability of adherence to the procedures outlined in O'Rama." Kisoon, 8 N.Y.3d 135. Accordingly, appellant urges this Court to grant leave to find that the trial court committed a mode of proceedings error, as in Martin, that requires a reversal of conviction and a remand for a new trial.

Also, leave is sought on all the issues contained in Defendant-Appellant's Brief, including the State and Federal Constitutional issues contained therein.

Please advise me of the judge who is assigned to this application.

Very truly yours,

Seon Jeong Lee
Appellate Counsel

cc:    Hon. Robert M. Morgenthau,
       District Attorney, New York County
       Appeals Bureau
       One Hogan Place
       New York, New York 10013

47

# MOHAWK CORRECTIONAL FACILITY

P.O. BOX 8450 ● 6100 SCHOOL ROAD, ROME, N.Y. 13440 ● (315) 339 - 5232

## MESSAGE

Cornado, F.
07R2873
5/15/09
(73A-28B)

DATE ____5/15/09____

SUBJECT ____Medical____

Please be advised that you
are scheduled to see the eye doctor
in the near future.
Thank You—

SIGNED ____Nilcoonnst____

## REPLY

8/17/2009 dia en que me
operaron el ojo izquierdo por segunda
vez

ID 20239

DOB 07/07/30

PH 339·6880

segunda operación ojo chequeo
derecho.

DOS 11/16/2009

DR DRUde RobertK

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONAL SERVIC
MOHAWK CORRECTIONAL FACILITY
CALL-OUT NOTICE

TO: Cornado 'F.

07-12-2873 _____ 73-A-3.
DIN _____ LOCKING

Report to: ___WALSH   RMU___

On: ~~5-17-09~~ ____ at: __8:15 Am__

For appointment with: __MEDICAL__

Present this notice to the building security officer upon arrival

Authorization: _____

MK011
1/14/08

*14*

June 19, 2009

**Dept Rabidue**
Deputy of Medical at Mohawk Correctional Facility

**Famian Conrado DIN #07R2873   73A-28B**

SUBJECT: INVESTIGATION PLEASE

Dear Deputy Rabidue

      Through this letter I would inform you of my situation.  On June 17, 2009 I was called for an appointment at sick call were I had a verbal consultation with a doctor.  Due to the pain, the doctor reaffirmed the determination given by the specialist at the University Hospital, to give me an injection. However, this injection will kill my genitals.  I responded, NO!

      I would like for you to do an investigation also I would like to know, why I cannot get an operation for the right testicle to be remove only, instead of BOTH testicles and, I want to know why the doctor didn't answer my questions.

      I want to inform you that I decide to continue with the medications and they are extremely strong.

      I would like to thank you for your assistance in this matter.

Respectfully Submitted

Conrado Famian  #07R2873

c file
  IGRC



**Asylum·Legal Representation Program**

# human rights *first*

FORMERLY THE LAWYERS COMMITTEE FOR HUMAN RIGHTS

Headquarters

333 Seventh Avenue
13ᵗʰ Floor
New York, NY 10001

Tel: (212) 845-5200
Fax: (212) 845-5299

Washington D.C. Office

100 Maryland Avenue, N.E.
Suite 500
Washington, DC 20002

Tel: (202) 547-5692
Fax: (202) 543-5999

www.humanrightsfirst.org

September 21, 2009

Famian Cornado
Din# 07-R-2873
Mohawk Correctional Facility
6100 School Road, P.O. Box 8451
Rome, New York 13442-8451

Dear Mr. Cornado:

We at Human Rights First are very sympathetic to your condition, but unfortunately we cannot assist you. Our resources are very limited, and we can only offer help to those who are located in the metropolitan New York area, are seeking political asylum, and do not have a criminal record. Please take note of the organization below that may be able to help you or provide an additional referral:

**Frank K. Hiscock Legal Aid Society**
351 South Warren Street
Syracuse, New York 13202
Phone: 315-422-8191
Fax: 315-472-2819

Another option you have is to hire a private attorney. You can be referred to private attorneys through the following organizations:

**American Immigration Lawyer's Association (AILA)**
Referral Service Number: (800) 954-0254

**Association of the Bar of New York City: Legal Referral and Advice Hotlines**
Legal Referral Hotline (English): (212) 626-7373
Legal Referral Hotline (Spanish): (212) 626-7374

Best wishes,

Joleen Esuka
Refugee Protection Program Intern



**HIAS**

<u>BY FIRST CLASS MAIL</u>                                    October 1, 2009
Mr. Famian Cornado
<u>DIN # 07-R-2873</u>
c/o Mohawk Correctional Facility
6100 School Road
P.O. Box 8451
Rome, New York 13442-8451

Dear Mr. Cornado,

    I thank you for contacting us.

    Unfortunately, our office cannot provide you with legal representation because you reside outside our jurisdiction.  Hence, this letter should not be construed as legal advice.

    Although HIAS does not specifically endorse or recommend any attorney or legal services agency, I wonder if you have contacted Legal Aid Society of Mid-New York, Inc., 255 Genesee St., 2nd Fl., Utica, New York 13501, 315-793-7000.

    If they cannot represent you, perhaps they will be able to refer you to an attorney in your area.

    We wish you the best of luck and encourage you to explore your rights on your own, with the assistance of pro-bono counsel or any attorney of your choice to determine what avenues of relief you might pursue.

Respectfully Submitted,

Aleksander Milch, Esq.
HIAS World Headquarters
333 Seventh Ave. 16th Floor
New York, NY. 10001-5004

*We replanted your family tree*®

**THE HEBREW IMMIGRANT AID SOCIETY** World Headquarters ● 333 Seventh Avenue ● New York, NY 10001-5004 ● 212-967-4100 ● Fax: 212-967-4483 ● www.hias.org

# INMATE AUTHORIZATION

I, _Famian Conrado_ , authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Northern District of New York ("Clerk"), at his request, certified copies of statements of my trust fund account (or institutional equivalent) at the institution where I am currently incarcerated.

If I have not been incarcerated at my current place of confinement for at least six (6) months, I authorize such agency to provide said Clerk, at his request, with copies of such account statements from the institution(s) in which I had previously been incarcerated.

I further request and authorize the agency holding me in custody to calculate, encumber and/or disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with the commencement of the civil action submitted herewith (or noted below), and I understand that the total filing fee which I am obligated to pay is $350.00. I also understand that this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

☞ Signature: _____

★ NOTE: You must sign your name on the above line. ★

_FOR OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE_

Name and DIN Number: _____

Civil action number: 6:09-cv-1202

Short name of case: Famian Cornado v. NYPD

FILED 12-1- 2004
Case 610 9-CV-0722-D2H-GH/2

# STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
## MOHAWK
### CORRECTIONAL FACILITY
### INMATE STATEMENT FOR THE PERIOD 10/31/09 THRU 11/30/09

**********************************************************
* NAME:CORNADO FAMIAN    DEPT ID:07R2873    CELL LOC:22-0E-11B    NYSID:0737582M *
**********************************************************

| FACILITY | DATE | TRANSACTION (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|---|---|---|---|---|---|---|---|---|
| | | STARTING BALANCE AT MOHAWK | | | | 78.06 | | 78.06 |
| | | BALANCE FORWARD | | | | 78.06 | .00 | 78.06 |
| MOHAWK | 11/05/09 | PAYROLL RCPT | 403225 | 2.63 | | 2.63 | .00 | 80.69 |
| MOHAWK | 11/05/09 | PAYROLL RCPT | 793208 | 2.37 | | 2.37 | .00 | 83.06 |
| MOHAWK | 11/05/09 | PAY ADV-POST (2009-10-26) | PAYROLL | | 10.05 | 10.05- | .00 | 73.01 |
| MOHAWK | 11/05/09 | PAYROLL RCPT | 403225 | 2.63 | | 2.63 | .00 | 75.64 |
| MOHAWK | 11/12/09 | PAYROLL RCPT | 793208 | 2.37 | | 2.37 | .00 | 78.01 |
| MOHAWK | 11/12/09 | PAYROLL RCPT | 403225 | 2.10 | | 2.10 | .00 | 80.11 |
| MOHAWK | 11/19/09 | PAYROLL RCPT | 555212 | 1.90 | | 1.90 | .00 | 82.01 |
| MOHAWK | 11/19/09 | PAY ADV-POST (2009-10-26) | PAYROLL | | 10.30 | 10.30- | .00 | 71.71 |
| MOHAWK | 11/25/09 | STRT ADV-POSTG ( $5.10) | | | | | .00 | 71.71 |
| MOHAWK | 11/25/09 | PAYROLL RCPT | 403225 | 2.63 | | 2.63 | .00 | 74.34 |
| MOHAWK | 11/25/09 | PAYROLL RCPT | 851232 | 2.37 | | 2.37 | .00 | 76.71 |

MONTHLY ENDING TOTALS    19.00    20.35    76.71    .00

ENDING BALANCE AT MOHAWK    76.71

20% OF AVERAGE 6 MO SPENDABLE BALANCE    .79    20% OF AVERAGE 6 MO DEPOSIT AMT    3.87

LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED - 9.73
THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

ADVANCE BREAKDOWN

| --- REASON --- | --- DATE IMPOSED --- | --- NOTES --- | TOTAL OWED | COL TO-DATE | BALANCE DUE |
|---|---|---|---|---|---|
| POSTAGE ADVANCE | 10/26/09 | | 10.05 | 6.75 | 3.30 |
| POSTAGE ADVANCE | 10/26/09 | | 10.05 | .00 | 10.05 |
| POSTAGE ADVANCE | 10/26/09 | | 5.31 | .00 | 5.31 |
| POSTAGE ADVANCE | 10/26/09 | LEGAL MAIL RATE | 10.05 | .00 | 10.05 |

ENCUMBRANCE BREAKDOWN

| --- REASON --- | --- DATE IMPOSED --- | --- NOTES --- | TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE | CNTY/ORI CASE |
|---|---|---|---|---|---|---|---|
| SURCHARGE | 07/19/07 | 3991/06 | 270.00 | .00 | 69.96 | 200.04 | NEW YORK |

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.



**HIAS**

<u>BY FIRST CLASS MAIL</u>                                   November 13, 2009
Mr. Famian Cornado
<u>DIN # 07-R-2873</u>
c/o Mohawk Correctional Facility
6100 School Road
P.O. Box 8451
Rome, New York 13442-8451

Dear Mr. Cornado,

Thanks for your letter and kind words.

Unfortunately, our office cannot provide you with legal representation because you reside outside our jurisdiction. Hence, this letter should not be construed as legal advice.

However, if you can explain to me what your case is about, I might be able to forward some information packets to you which may be of assistance.

Respectfully Submitted,

Aleksander Milch, Esq.
HIAS World Headquarters
333 Seventh Ave. 16th Floor
New York, NY. 10001

*We replanted your family tree*®

*LIFE 12-7-2009*    *Case 6:09 cv 01280 NH CHL*

# CNY ANESTHESIA GROUP, P.C.

**5700 West Genesee Street**
**Suite 11**
**Camillus, NY 13031**
**(315) 701-9378**
**Fax (315) 701-0871**

11-16-09

*Famian Cornado # 07*
**NYS DOC WALSH MEDICAL UNIT**
**6100 SCHOOL ROAD**
**ROME NY 13440**

Dear Patient:

If you have received this letter, it means that we have either had trouble contacting you by phone for your post anesthesia follow-up call, or there was no identification on your answering machine.

We would like very much to hear from you especially if you have had a problem or a complaint. Please call (315) 701-9378 and ask for anesthesia.

If you are pressed for time, or if everything went well, for your convenience, please feel that you do not have to respond to this letter. We will interpret not hearing from you as a sign that you have had no problems, and are happy with our service.

Sincerely,

CNY Anesthesia Group, P.C.

Patient:   CORNADO, FAMIAN
ID:    29239            DOS: 11/16/09
DOB:   07/07/50         Age:  59
PH: 339-8880        Dr:  DRUGER, ROBERT K

*filed 12-7-2009*
*Case 6:09-CV-0120Z DNHGHL*  **3**



**POLICE DEPARTMENT**
**LEGAL BUREAU**
F.O.I.L. Unit, Room 110C
One Police Plaza
New York, NY 10038

Mohawk Correctional Facility                                    8/13/2009
Famian Cornado 07-R-2873
6100 school Road, P.O. Box 8451
Rome NY 13442-8451

File #  2009-PL-3834
Your File #

Dear Sir or Madam:

This is in response to your letter dated 7/9/2009 that was received by this office on 7/20/2009 in which you requested access to certain records under the New York State Freedom of Information Law (FOIL).

As a preliminary matter, it appears that some of the records you have requested may be in the possession of this department and, if so, may be disclosable under FOIL. However, before you can be granted access to specific records or portions thereof that are responsive to your request, a search for such records must be conducted. If records responsive to your request are located, such records must be reviewed to assess the applicability of any particular exemptions from disclosure set forth in FOIL.

Due to the large volume of pending FOIL requests, which are processed in the order in which they are received, and due to the fact that NYPD records are kept in many offices located in five counties, it is anticipated that your request will require more than twenty days. It is anticipated that a determination will be reached on 11/20/2009.

This is not a denial of the records you requested. Should your request be denied in whole or in part after review by this unit, you will then be advised in writing of the reason for denial, if any, and the name of the Records Access Appeals Officer.

Please be further advised that Associate Investigator Hippolyte has been assigned to handle this request, and any further inquiries or correspondence should be addressed to his/her attention.

Sincerely,

James Russo
Sergeant

COURTESY • PROFESSIONALISM • RESPECT



POLICE DEPARTMENT

The City of New York

*filed 12-7-2009*
*Case 6:09-CV-01202(DNH GHL)*
*Jeshi December 23, 2009*
*12-23-2009*
*8:30*

*Re File #2009-PL-3834*
*Case # 200 90 70 45*
*ref. IAB 200 90 70 45*
*IAB log #0922720*

December 7, 2009,

Mr. Famian Cornado
PO Box 07R2873
Ogdensburg, NY 13669

IAB # 09-54480

Dear Mr. Cornado:

This is to serve as acknowledgment of your complaint reiterating your prior complaints. We have no record of your prior complaint 09-24573. If you can provide us with information on the subject officer or a location of these incidents we can better help serve you with your complaint. If you can maybe check the prior complaint number that will help as well.

Sincerely

Det. Corbin
Chief of Patrol

Famian Cornado 07-R-2873
Mohawk Correctional Facility                           November 24,2009
6100 School Rd, P.O. Box 8451
Rome, NY 13442-8451

Paul J. Brown
Deputy Commissioner, Public information
New York City Police Department                    Re: File # 2009-PL-3834
1 Police Plaza, Headquarters
New York, NY 10038


Deputy Commissioner Brown:

        I am writing your office as a result of not recieving my
F.O.I.L request which your office recieved on 7/20/09. That
your letter to me indecated that if I didn't by 11/20/09, that
it would be the equivalent to a denial of my F.O.I.L.

        That this request is in connection to arrest Number M06659270H,
which took place in the 23Pct, on 7-30-06. Copy of your letter to
is enclosed.
        That my request was for the listed documents,

1. on line booking sheet

2. 61 Complaintant report

3. Aided report

4. and the Sprit report for the whole tour, of the Arrest, if the
   tape has been distroyed, please provide me with a transcript of
   the tape.

        Once again thank you for all your help with this matter.


Sincerely;                   **COMPUTER INFO.**
                             **CHECK WHAT INFORMATION YOU NEED**
                             PRINT NAME _CORNADO FSHIAN_
                             B&C # _349 06-13.343_
Famian Cornado                                              DATE: _101_
                             CHARGE:
                             DOCKET _349-06-13343_
                             INDICT.:
cc:file                      COURT PART: _12_
                             COURT DATE: _11-16-06_
                             BAIL: _$730_
                             BOND:
                             WARRANT: _∅_
                             STATE READY:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FAMIAN CORNADO,

                              Plaintiff,

          v.                                                    6:09-CV-1202
                                                                (DNH/GHL)

NYPD,
JOHN DOE, *Badge # 1320, Officer, 23rd PCT.*,
CHARLES BROWN, *#949, Police Officer*, and
TEREL ANDERSON, *#03814*,

                              Defendants.

_____

APPEARANCES

Famian Cornado
Plaintiff, *pro se*

GEORGE H. LOWE, United States Magistrate Judge

Detective Corbin                                     December 28, 2009
Office of the Chief of Patrol
New York City Police Department                      Re: File # 2009-PL-3834
1 Police Plaza
New York, N.Y. 10038

Det. Corbin:
          Thank you for your response to my F.O.I.L. request dated 8/13/09.
As you requested, I have enclosed, for your review, a copy of my original letter,
as well as both Return Receipts dated 10/28/09 signed by Annette Williams
of the Internal Affairs office. Eventhough complaint # 09-24573 is
what your letter refers to, I was provided with a different file #
which I have provided for you above. Please check under this file number.
You'll probably find the information you are looking for. I have also sent
you a copy of the response letter of my request that your department sent me
on 8/13/09.
          I hope this will be helpful. Thank you for all your help in
this matter.

                                             Sincerely,

                                             Famian Cornado

# MOHAWK CORRECTIONAL FACILITY

P.O. BOX 8450 ● 6100 SCHOOL ROAD, ROME, N.Y. 13440 ● (315) 339 - 5232

*Moved to*
*(22E)*

## MESSAGE

Famian Conrad
07 R - 2873
56 B - 18 B

DATE 11/12/09
SUBJECT Correspondence of
"/10/09

We will get you an appointment
to see the Dentist.

SIGNED _A.R.Lubedain DSI_

## REPLY

DATE 12-2-2009

I need to see you the Dentist.

nota: 07R2873

Respondiendo su remision del 11-10-2009 fui al
Walsch donde me realizaron los class faciales de varios
angulos donde esta forman en total de 4 que se interseptan en
dos lineas una fue pasa por los incisivo superiores y por el
punto mas saliente de la frente y otra que va desde el
conducto auditorio hasta los dientes.

espero su respuesta lo mas ante posible tengo dolores

R# 07R2873

MK011

17-7-2009 El Dentista de certo frocciónes de huesos enterado en la encia. El mismo me los va ha extraer pero sin anestecia y como me estan molestando hace 3 años y 4 meses y dia respondi que Si.

También fui operado del ojo derecho en el cual presento problemas con unos objetos flotantes lo mismo que en el izquierdo y presento luces, no puedo leer bien.

Los testículos se me inflamaron otra ya que me trasladaron para un edificio donde tengo que subir más de 4 veces al dia. y no me trasladaron por que no aparese el documento que me acredita este traslado. Esto habla del problema que presento en el Escroto y en la misma direción hacia la espalda. Estoy con el tratamiento pero no aparese el documento medico.

```
+--------------------------------------------------------------------------+
| NEW YORK CITY POLICE DEPT ARREST REPORT RUN DATE 10/09/08 RUN TIME 17:37:12|
+------------------------- THIS IS AN UPDATED ARREST ----------------------+
****************************************************************************
| DEFENDANT INFORMATION                          ARREST ID: M06659270      |
| NAME:CORNADO        FAMIAN      SEX:M RACE:BLACK HIS DOB: ▓▓▓▓▓▓▓        |
| AKA: _____ CITZ? NO  POB:USA                 PHONE:(____) ____ _ |
|                                                                          |
| ADDR: _____ RES PCT: 000                   |
| SKIN TONE: DARK   HGT: 5'08" WGT: 170 EYE COLOR: BROWN  HAIR COLOR:BLACK  |
| SOC STATUS: _____ SOC SEC #: ___-__-____  DEFT/VICT RELAT: _____   |
| PHYSICAL COND: APPARENTLY NORMAL        TYPE DRUG USED: NONE              |
| OCCUPATIONAL AREA: NONE                                                   |
| LICENSE/PERMIT-TYPE(EXC DRIVER/OPR/REG): _____   NO: _____     |
| CALLS: NO:_____ NAME: REFUSED    NO:(  ) __  NAME: _____        |
| ORACLE# 00000000 NYSID# 0737582M FAX# M0048681 ARR.PROC: ON LINE         |
|                                                                          |
****************************************************************************
| NARRATIVE: AT T/P/O SUSPECT PUNCHED C/V IN THE EYE WITH A MET            |
|            AL MASTER LOCK AROUND HIS FINGERS. C/V SUSTAINED A            |
|            SEVERELY SWOLLEN EYE AND LACERATION. C/V WAS REMO             |
****************************************************************************
| CHARGES INFORMATION                                                      |
|                ATT  LAW   SEC SUB  CLS TYPE CTS    DESCRIPTION           |
| TOP CHARGE-->  N | PL | 120.05 02 | F | D | 01 | ASSAULT 2               |
| TOTAL CHARGES  _ |____|_____|___|___|____|_____        |
| COUNT = 01     _ |____|_____|___|___|____|_____        |
|                _ |____|_____|___|___|____|_____        |
|                _ |____|_____|___|___|____|_____        |
****************************************************************************
| ARREST RELATED INFORMATION         | DAT? NO                            |
|                                                                          |
| TIME 21:26 DATE 07/29/06 CMD 023  **********************************     |
| WEAPON POSS/USED:PHYSICAL FORCE     ARREST LOC: EAST RIVER   EAST 106 STR|
| NUM OF ASSOC:00                                                          |
| PROPERTY VOUCHERS:                                                       |
|      1 NO:         CMD:     VAL:_____  TYP:_____               |
|      2 NO:         CMD:     VAL:_____  TYP:_____               |
|      3 NO:         CMD:     VAL:_____  TYP:_____               |
****************************************************************************
| COMPLAINANT/UF-61/VICTIM INFORMATION                                     |
| IS COMPL A CORP? NO   OR PSNY? NO   OR DISABLED? NO   TOTAL VICTIMS = 00  |
| COMPL NAME: RODRIGUEZ     PETER       SEX: M RACE: BLACK HISPANIC  AGE:   |
| ADDR: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  NY 10029  TEL NUM: (____) ____               |
| AIDED NO: ____ AIDED CMD: ___ ACC NO: ____ ACC CMD: ____                 |
| UF-61: NO:005354 CMD:023 SECTOR:A  JURISDICTION: N.Y. POLICE DEPT        |
| TIME & DATE OF OCCURRENCE:  20:50  ON  07/29/06  METHOD: _____       |
| PREMISES: _____  LOCATION: _____   MANHATT              |
****************************************************************************
| ARRESTING OFFICER INFORMATION                                            |
| NAME:ANDERSON   TERRELL  M RANK:POM TAX NUMBER: 933551    SHIELD:03814   |
| DEPT:NYPD CMD:023 PCT CHART: OTHER            SQUAD: C1    ASSN:_____     |
|                                                                          |
| OFFICER: INJURED? NO    ASSIGNED? YES   ON DUTY? YES   IN UNIFORM? YES    |
| USED FORCE? NO  TYPE:_____   REASON:_____             |
+--------------------------------------------------------------------------+
```

Misc. 912-N (Rev 11-89)-H1

## CENTRAL BOOKING
### PRISONER'S PROPERTY FORM                    DATE

PRISONER'S NAME  CORONADO, FAMIN          ARREST #

FUNDS COUNTED AND RETURNED (Include total value of coins).  $

**THE BELOW LISTED ITEMS WERE REMOVED FROM PRISONER FOR RETURN TO PRISONER AT COURT OR ON RELEASE ON D.A.T.**

### PROPERTY - DESCRIBE

☐ SHOE LACES   ☐ CASH BOX   ☐ PEN   ☐ WALLET   ☐ HAND BAG   ☐ BELTS   ☐ KEYS   ☒ NAIL CLIPPER

☐ OTHER (DESCRIBE)

(Signature - Arresting Officer)                    (Shield)

(Signature - Prisoner)

(Member searching if other than A.O.)              (Reviewing Officer)

**NOTE:** If no funds counted and returned, indicate "NONE". If no property removed and safeguarded, indicate "NONE".
**Distribution - Original to C.B. - Duplicate to prisoner - Triplicate to Court Package**



**POLICE DEPARTMENT**
**LEGAL BUREAU**
F.O.I.L. Unit, Room 110C
One Police Plaza
New York, NY 10038

*6:09-CV-1202*
*DNH/GHL*

Riverview Correctional Facility
 Famian Cornado 07R2873
P.O Box 247
Ogdensburg NY 13669

7/31/2008

File #    2008-PL-3601
Your File #

Dear Sir or Madam:

This is in response to your letter dated 7/11/2008 that was received by this office on 7/15/2008 in which you requested access to certain records under the New York State Freedom of Information Law (FOIL).

As a preliminary matter, it appears that some of the records you have requested may be in the possession of this department and, if so, may be disclosable under FOIL. However, before you can be granted access to specific records or portions thereof that are responsive to your request, a search for such records must be conducted. If records responsive to your request are located, such records must be reviewed to assess the applicability of any particular exemptions from disclosure set forth in FOIL.

Due to the large volume of pending FOIL requests, which are processed in the order in which they are received, and due to the fact that NYPD records are kept in many offices located in five counties, it is anticipated that your request will require more than twenty days. It is anticipated that a determination will be reached on <u>12/1/2008.</u>

This is not a denial of the records you requested. Should your request be denied in whole or in part after review by this unit, you will then be advised in writing of the reason for denial, if any, and the name of the Records Access Appeals Officer.

Please be further advised that Associate <u>Investigator Hippolyte</u> has been assigned to handle this request, and any further inquiries or correspondence should be addressed to his/her attention.

*Case # 200 907045*
*Ref: IAB 200 907045*
*IAB Log #09-227220*
*6:09-CV-1202*
*(DNH/GHL)*

Sincerely,

James Russo
Sergeant

**COURTESY • PROFESSIONALISM • RESPECT**

Nota: yo he resivido con estas 5 cartas durante el tiempo que le escrito ha Police Department Legal Bureau One Police Plaza New eyork. N.Y 10038. y es esta la primera vez que le escribo al investigador, Hippolyte, ya que las cartas bienen firmadas todos por el Sergeant James Russo. y con el mismo Contenido y variando la fecha osea la postergan de mes en mes hasta, esta october 10/9/2008 y con deferente

File # 08PL 102989

*0: 89CV-1202 (DNH/GHL)*



# New York City Police Department
## Omniform System - Complaints



| Report Cmd:<br>023 | Jurisdiction:<br>N.Y. POLICE DEPT | Record Status:<br>Final, Initial Arrests made | Complaint #:<br>2006-023-05354 |
|---|---|---|---|

**Occurrence Location: NORTH EAST CORNER EAST RIVER & EAST 106 STREET**

Name Of Premise:
Premises Type: STREET
Location Within Premise:
Visible By Patrol?: YES

Precinct: 023
Sector: A
Beat:
Post:

**Occurrence From: 2006-07-29 20:50 SATURDAY**
Occurrence thru: 2006-07-29     21:00
Reported: 2006-07-29     21:40

Complaint Received: RADIO

Aided # 000111111
Accident #
O.C.C.B. #

**Classification: ASSAULT**
Attempted/Completed: COMPLETED
Most Serious Offense Is: FELONY
PD Code: 109   ASSAULT 2,1,UNCLASSIFIED
PL Section: 12005
Keycode: 106   ASSAULT-FELONIOUS

**Case Status: CLOSED**
Unit Referred To:
Clearance Code: UNIFORM ARREST
Log/Case #: 0
File #: 6
Prints Requested? NO

Was The Victim's Personal Information Taken Or Possessed?
NO

Was The Victim's Personal Information Used To Commit A Crime?
NO

| Gang Related?<br>NO | Gang Intel Log #: | Name Of Gang: | DIR Required?<br>NO | Child Abuse Suspected?<br>NO |
|---|---|---|---|---|

**If Burglary:**
Forced Entry?
Structure:
Entry Method:
Entry Location:

**Alarm:**
Bypassed?
Comp Responded?:
Company Name/Phone:
Crime Prevention
Survey Requested?:

**If Arson:**
Structure:
Occupied?:
Damage by:

| Supervisor On Scene - Rank / Name / Command :<br>SGT GURLEY 023 | Canvass Conducted:<br>NO | Interpreter(if used): |
|---|---|---|

NARRATIVE:
AT T/P/O DEFT. ASSAULTED C/V BY PUNCHING HIM THE EYE WITH A METAL MASTER LOCK. C/V SUSTAINED A SEVERELY SWOLLEN EYE AND LACERATION TO THE FACE.

## No NYC TRANSIT Data for Complaint # 2006-023-05354

| Total Victims:<br>1 | Total Witnesses:<br>0 | Total Reporters:<br>1 | Total Wanted:<br>0 |
|---|---|---|---|

| VICTIM: # 1 of 1 | Name:<br>RODRIGUEZ,PETER | Complaint#:<br>2006-023-05354 |
|---|---|---|

Nick/AKA/Maiden:
UMOS:
Sex/Type: MALE
Race: HISPANIC BLACK
Age: ■
Date Of Birth ■■■■■■
Disabled? NO

Gang Affiliation: NO
Name:
Identifiers:

Will View Photo: YES
Will Prosecute: YES

*2*



CENTRAL BOOKING

PRISONER'S PROPERTY FORM          DATE

Misc. 912-N (Rev. 11-89)-H1

PRISONER'S NAME  CORANADO, FANNIN          ARREST #          POT #

FUNDS COUNTED AND RETURNED (Include total value of coins). $

THE BELOW LISTED ITEMS WERE REMOVED FROM PRISONER FOR RETURN TO PRISONER AT COURT OR ON RELEASE ON D.A.T.

PROPERTY - DESCRIBE

☐ SHOE LACES  ☐ NECK CHAIN  ☐ BELT/WAIST BELT  ☐ HAND BAG  ☐ BELT  ☐ KEYS  ☐ NAIL CLIPPER

☐ OTHER (DESCRIBE)

TRANSFOLINE
(Signature - Arresting Officer)                    (Shield)                    (Command)

(Signature - Prisoner)

(Member searching prisoner on A.D.)                    (Reviewing Officer)

**NOTE:** If no funds counted and returned, indicate "NONE". If no property removed and safeguarded, indicate "NONE".
Distribution - Original to C.B.    Duplicate to prisoner    Triplicate to Court Package

| Need Interpreter: | | Notified Of Crime Victim Comp. Law: | YES |
| Language: | | | |
| N.Y.C.H.A Resident? NO | | | |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY ZIP | APT/ROOM |
| HOME-PERMANENT | ▓▓▓▓▓▓▓ | | ▓▓▓▓▓ | |

Phone #: HOME: 212-534-0845

| Action against Victim: | Actions Of Victim Prior To Incident: |
| Victim Of Similar Incident: NO | If Yes, When And Where |

---

## REPORTER: # 1 of 1

Name: ▓▓▓▓▓▓

Complaint #: **2006-023-05354**

| Nick/AKA/Maiden: | Gang Affiliation: NO |
| Sex/Type: MALE | Name: |
| Race: ▓▓▓▓▓▓ | Identifiers: |
| Age: ▓▓▓ | |
| Date Of Birth: ▓▓▓ | |
| Need Interpreter: ▓▓▓▓▓ | Relationship To Victim: NONE |
| Language: | |

| Location | Address | City | State/Country Zip | Apt/Room |
| HOME-PERMANENT | ▓▓▓▓▓ | | ▓▓▓▓ | |

Phone #: HOME: 212-534-0845

---

## ARRESTS:

Complaint # **2006-023-05354**

| Arrest ID | Status | Defendant Name | Sex | Race | | AGE | Arrest Date |
|---|---|---|---|---|---|---|---|
| M06659270 | ACTIVE | CORNADO, FAMIAN | MALE | HISPANIC BLACK | ● | | 03/29/2006 |

| Reporting/Investigating M.O.S. Name: POM TERRELL ANDERSON | Tax #: 933551 | Command: 023 PCT | Rep.Agency: NYPD |
| Supervisor Approving Name: SGT BENJAMIN GURLEY | Tax #: 925405 | Command: 023 PCT | Rep.Agency: NYPD |
| Complaint Report Entered By: POM PAGLIONE | Tax #: 939164 | Command: 023 PCT | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT OSULLIVAN | Tax #: 906993 | Command: 023 PCT | Rep.Agency: NYPD |

---



# END OF COMPLAINT REPORT
# # 2006-023-05354



Print this Report

*Re: File # 2009-PL-3834*
*Case # 200 907045*
*Ref IAB 200907045*
*IAB Log # 0922720*

*6:09-CV-1202*
*(DNH/GHL)*

Misc. 81C-M (Rev. 1-89)

# CENTRAL BOOKING

## PRISONER'S PROPERTY FORM

DATE 1/30/06

PRISONER'S NAME CORANADO, FAMIN    ARREST # M0665927014   PCT. 023

FUNDS COUNTED AND RETURNED (Include total value of coins). $_____ ¢

**THE BELOW LISTED ITEMS WERE REMOVED FROM PRISONER FOR RETURN TO PRISONER AT COURT OR ON RELEASE ON D.A.T.**

### PROPERTY - DESCRIBE

☐ SHOE LACES ☐ AFRO PICK ☐ PEN ☐ LIGHTER ☐ HAND BAG ☑ BELTS ☐ KEYS ☐ NAIL CLIPPER

☐ OTHER (DESCRIBE) _____

_____

Transporting

(Signature - Arresting Officer)                          1320                           023

                                                      (Shield)                        (Command)

(Signature - Prisoner)

her searching if other than A.O.)                    (Reviewing Officer)

**TE:** If no funds counted and returned, indicate "NONE". If no property removed and safeguarded, indicate "NONE".
**Distribution - Original to C.B. - Duplicate to prisoner - Triplicate to Court Package**